UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RELX, INC. d/b/a LexisNexis USA,** and **SUBHASREE CHATTERJEE**   Plaintiffs,  v.  **KATHY A. BARAN,** in her Official Capacity, Director of the California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, ET AL.   Defendants. | Case No.: 1:19-cv-01993-EGS |

**[PROPOSED] ORDER**

UPON consideration of the Fed.R.Civ.P. 56 and LCvR 7(h) Motion for Summary Judgment filed by Plaintiffs RELX, Inc. d/b/a LexisNexis USA ("LexisNexis") and Subhasree Chatterjee ("Chatterjee"), the Government Defendant's opposition thereto, and the entire record herein, it is HEREBY ORDERED that PLAINTIFFS' MOTION IS GRANTED.

Based on the foregoing, it is HEREBY ORDERED that the Government's January 23, 2019 final agency decision is hereby SET ASIDE AND VACATED pursuant to 5 U.S.C. § 706(2), effective immediately.

And, it is FURTHER ORDERED pursuant to 5 U.S.C. § 706(1), that the Government shall, before 5 p.m. EDT on August 5, 2019, issue Plaintiff SUBHASREE CHATTERJEE a

H-1B visa based on the April 2018 petition Plaintiff RELX, Inc. filed on her behalf and transmit a copy of the issued H-1B visa to Plaintiffs' counsel and the Court that same day.

    SO ORDERED.

_____                        _____
Date                                                Hon. Emmit G. Sullivan
                                                      United States District Court Judge

Copies to be served on:

Michael J. Schrier
(D.C. Bar No. 444693)
Denyse Sabagh
(D.C. Bar No. 369113)
DUANE MORRIS LLP
505 9th St., NW, Suite 1000
Washington, D.C.  20004-2166
Tel:  202-776-5221
Fax:  202-478-0158
MJSschrier@duanemorris.com
DSabagh@duanemorris.com


Matthew Kahn
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530
Tel: 202-252-6718
Matthew.Kahn@usdoj.gov

DM2\10210164.1