# EXHIBIT

# A

| A to Z Index | FAQs | About BLS | Contact Us | Subscribe to E-mail Updates | GO |

Follow Us | What's New | Release Calendar | Blog

Search BLS.gov

| Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta |

OOH HOME | OCCUPATION FINDER | OOH FAQ | OOH GLOSSARY | A-Z INDEX | OOH SITE MAP

# OCCUPATIONAL OUTLOOK HANDBOOK

Search Handbook [Go]

Occupational Outlook Handbook > About >

## Data for Occupations Not Covered in Detail

PRINTER-FRIENDLY

Although employment for hundreds of occupations is covered in detail in the *Occupational Outlook Handbook*, this page presents summary data on additional occupations for which employment projections are prepared but detailed occupational information is not developed. For each occupation, the Occupational Information Network (O*NET) code, the occupational definition, 2016 employment, the May 2018 median annual wage, the projected employment change and growth rate from 2016 to 2026, and education and training categories are presented. In addition, select occupations include links to career videos from CareerOneStop.

Occupational Groups (Note—click a link below to scroll the page to the occupational group):

Management occupations

Business and financial operations occupations

Computer and mathematical occupations

Architecture and engineering occupations

Life, physical, and social science occupations

Community and social service occupations

Legal occupations

Education, training, and library occupations

Arts, design, entertainment, sports, and media occupations

Healthcare practitioners and technical occupations

Healthcare support occupations

Protective service occupations

Food preparation and serving related occupations

Building and grounds cleaning and maintenance occupations

Personal care and service occupations

Sales and related occupations

Office and administrative support occupations

Farming, fishing, and forestry occupations

Construction and extraction occupations

Installation, maintenance, and repair occupations

Production occupations

Transportation and material moving occupations

## Management occupations

**Legislators**

Develop, introduce or enact laws and statutes at the local, tribal, State, or Federal level. Includes only workers in elected positions.

- Projected employment change, 2016–26:
  - Number of new jobs: **10,300**
  - Growth rate: **11 percent (Faster than average)**
- Education and training:
  - Typical entry-level education: **High school diploma or equivalent**
  - Work experience in a related occupation: **None**
  - Typical on-the-job training: **Moderate-term on-the-job training**
- O*NET links:
  - 13-2082.00 - Tax Preparers

**Financial specialists, all other**

All financial specialists not listed separately.

- 2016 employment: **135,900**
- May 2018 median annual wage: **$70,280**
  - Wages come from the Occupational Employment Statistics (OES) program, click here for more OES data on this occupation
- Projected employment change, 2016–26:
  - Number of new jobs: **13,100**
  - Growth rate: **10 percent (Faster than average)**
- Education and training:
  - Typical entry-level education: **Bachelor's degree**
  - Work experience in a related occupation: **None**
  - Typical on-the-job training: **Moderate-term on-the-job training**
- O*NET links:
  - 13-2099.00 - Financial Specialists, All Other
    - 13-2099.01 - Financial Quantitative Analysts
    - 13-2099.02 - Risk Management Specialists
    - 13-2099.03 - Investment Underwriters
    - 13-2099.04 - Fraud Examiners, Investigators and Analysts

## Computer and mathematical occupations

**Computer occupations, all other**

All computer occupations not listed separately. Excludes "Computer and Information Systems Managers" (11-3021), "Computer Hardware Engineers" (17-2061), "Electrical and Electronics Engineers" (17-2070), "Computer Science Teachers, Postsecondary" (25-1021), "Multimedia Artists and Animators" (27-1014), "Graphic Designers" (27-1024), "Computer Operators" (43-9011), and "Computer, Automated Teller, and Office Machine Repairs" (49-2011).

- 2016 employment: **287,200**
- May 2018 median annual wage: **$90,270**
  - Wages come from the Occupational Employment Statistics (OES) program, click here for more OES data on this occupation
- Projected employment change, 2016–26:
  - Number of new jobs: **26,600**
  - Growth rate: **9 percent (As fast as average)**
- Education and training:
  - Typical entry-level education: **Bachelor's degree**
  - Work experience in a related occupation: **None**
  - Typical on-the-job training: **None**
- O*NET links:
  - 15-1199.00 - Computer Occupations, All Other
    - 15-1199.01 - Software Quality Assurance Engineers and Testers
    - 15-1199.02 - Computer Systems Engineers/Architects
    - 15-1199.03 - Web Administrators
    - 15-1199.04 - Geospatial Information Scientists and Technologists
    - 15-1199.05 - Geographic Information Systems Technicians
    - 15-1199.06 - Database Architects
    - 15-1199.07 - Data Warehousing Specialists
    - 15-1199.08 - Business Intelligence Analysts
    - 15-1199.09 - Information Technology Project Managers
    - 15-1199.10 - Search Marketing Strategists
    - 15-1199.11 - Video Game Designers
    - 15-1199.12 - Document Management Specialists

- CareerOneStop videos for this occupation:
    - 15-1199.01 - Software Quality Assurance Engineers and Testers
    - 15-1199.11 - Video Game Designers

**Mathematical technicians**

Apply standardized mathematical formulas, principles, and methodology to technological problems in engineering and physical sciences in relation to specific industrial and research objectives, processes, equipment, and products.

- 2016 employment: **600**
- May 2018 median annual wage: **The annual wage is not available.**
- Projected employment change, 2016–26:
    - Number of new jobs: **0**
    - Growth rate: **8 percent (As fast as average)**
- Education and training:
    - Typical entry-level education: **Bachelor's degree**
    - Work experience in a related occupation: **None**
    - Typical on-the-job training: **None**
- O*NET links:
    - 15-2091.00 - Mathematical Technicians

**Mathematical science occupations, all other**

All mathematical scientists not listed separately.

- 2016 employment: **2,200**
- May 2018 median annual wage: **The annual wage is not available.**
- Projected employment change, 2016–26:
    - Number of new jobs: **200**
    - Growth rate: **11 percent (Faster than average)**
- Education and training:
    - Typical entry-level education: **Bachelor's degree**
    - Work experience in a related occupation: **None**
    - Typical on-the-job training: **None**
- O*NET links:
    - 15-2099.00 - Mathematical Science Occupations, All Other

## Architecture and engineering occupations

**Engineers, all other**

All engineers not listed separately.

- 2016 employment: **132,500**
- May 2018 median annual wage: **$96,980**
    - Wages come from the Occupational Employment Statistics (OES) program, click here for more OES data on this occupation
- Projected employment change, 2016–26:
    - Number of new jobs: **8,500**
    - Growth rate: **6 percent (As fast as average)**
- Education and training:
    - Typical entry-level education: **Bachelor's degree**
    - Work experience in a related occupation: **None**
    - Typical on-the-job training: **None**
- O*NET links:
    - 17-2199.00 - Engineers, All Other
        - 17-2199.01 - Biochemical Engineers
        - 17-2199.02 - Validation Engineers
        - 17-2199.03 - Energy Engineers
        - 17-2199.04 - Manufacturing Engineers
        - 17-2199.05 - Mechatronics Engineers
        - 17-2199.06 - Microsystems Engineers
        - 17-2199.07 - Photonics Engineers
        - 17-2199.08 - Robotics Engineers
        - 17-2199.09 - Nanosystems Engineers