# ADMINISTRATIVE

# RECORD

January 23, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship and Immigration Services**

LEXISNEXIS USA
c/o MICHAEL W HOOPS
DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036



WAC1814451524

Form I-129, Petition for a Nonimmigrant Worker



A111-665-024

<u>**DECISION**</u>



On April 12, 2018, your organization, LEXISNEXIS USA, filed a Petition for a Nonimmigrant Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS), seeking to classify CHATTERJEE, SUBHASREE (beneficiary) as a temporary worker in a specialty occupation (H-1B) under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA).

INA § 101(a)(15)(H)(i)(b) provides, in part, for the classification of a qualified nonimmigrant:

> …who is coming temporarily to the United States to perform services…in a specialty occupation described in section 214(i)(1)…, who meets the requirements for the occupation specified in section 214(i)(2)…, and with respect to whom the Secretary of Labor determines and certifies…that the intending employer has filed with the Secretary an application under section 212(n)(1).

You seek new employment for the beneficiary and requested that USCIS notify the consulate. You stated on the Form I-129 that you are an information technology solutions business with 5603 employees.  You seek to employ the beneficiary as a data analyst from October 1, 2018 to September 1, 2021.

On September 13, 2018, USCIS denied your petition on the grounds that you did not establish that the position offered qualified as a specialty occupation within the meaning of the regulations. On October 10, 2018, you filed a motion to reopen or a motion to reconsider the previously denied petition.

USCIS reviewed the record of evidence for eligibility in accordance with the INA and Title 8, Code of Federal Regulations (8 CFR) and could not determine whether you had established eligibility for the benefit sought.  After careful review and consideration of the entire record, based on a preponderance of the evidence, the petition will be denied for the reasons discussed below.

**Specialty Occupation**

The first issue to be discussed is whether the position offered to the beneficiary qualifies as a specialty occupation.

INA § 214(i)(1) defines "specialty occupation" as follows, in relevant part:

>...the term "specialty occupation" means an occupation that requires-

>(A) theoretical and practical application of a body of highly specialized knowledge, and

>(B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

8 CFR § 214.2(h)(4)(ii) defines a specialty occupation to mean:

>...an occupation which requires theoretical and practical application of a body of highly specialized knowledge in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

Pursuant to 8 CFR § 214.2(h)(4)(iii)(A), to qualify as a specialty occupation, the position must meet one of the following criteria:



>(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;

>(2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;

>(3) The employer normally requires a degree or its equivalent for the position; or

>(4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

A specialty occupation is defined as one that requires the theoretical and practical application of a body of highly specialized knowledge and the attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. The regulations at 8 CFR § 214.2(h)(4)(iii)(A) further clarify how a position can qualify as a specialty occupation. However, it should be noted that 8 CFR § 214.2(h)(4)(iii)(A) must logically be read together with INA § 214(i)(1) and 8 CFR § 214.2(h)(4)(ii). Hence, the criteria stated in 8 CFR § 214.2(h)(4)(iii)(A) should logically be read as being necessary but not necessarily sufficient to meet the statutory and regulatory definition of specialty occupation. To otherwise interpret this section as stating the necessary and sufficient conditions for meeting the definition of specialty occupation would result in particular positions meeting a condition under 8 CFR § 214.2(h)(4)(iii)(A) but not the statutory or regulatory definition. To avoid this illogical result, 8 CFR § 214.2(h)(4)(iii)(A) must therefore be read as providing supplemental criteria that must be met in accordance with, and not as alternatives to, the statutory and regulatory definitions of specialty occupation. As such and consistent with INA § 214(i)(1) and the regulation at 8 CFR § 214.2(h)(4)(ii), USCIS consistently interprets the term "degree" in the criteria at 8 CFR § 214.2(h)(4)(iii)(A) to mean not just any bachelor's or higher degree, but one in a specific specialty that is directly related to the proffered position. Applying this standard, USCIS regularly approves H-1B petitions for qualified nonimmigrants who are to be

AR0002

employed as engineers, computer scientists, certified public accountants, college professors, and other such occupations. These professions, for which petitioners have regularly been able to establish a minimum entry requirement in the United States of a bachelor's or higher degree in a specific specialty or its equivalent directly related to the duties and responsibilities of the particular position, fairly represent the types of specialty occupations that Congress contemplated when it created the H-1B visa category.

USCIS does not use a title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the proffered position, combined with the nature of your business operations are factors that USCIS considers. USCIS must examine the ultimate employment of the beneficiary and determine whether the position qualifies as a specialty occupation. The critical element is not the title of the position or an employer's self-imposed standards but whether the position actually requires the theoretical and practical application of a body of highly specialized knowledge, and the attainment of a bachelor's or higher degree in the specific specialty as the minimum for entry into the occupation, as required by the INA.

Each position is evaluated based upon the nature and complexity of the actual job duties to be performed with that specific employer. In addition, the beneficiary's obtainment of a degree in a related area does not guarantee the position is a specialty occupation. Further, performing specialty occupation duties that are incidental to the primary functions is insufficient to establish that the duties to be performed qualify as a specialty occupation. Through detailed descriptions of the beneficiary's duties, USCIS may discern the nature of the position and whether the position requires the theoretical and practical application of a body of highly specialized knowledge attained through attainment of at least a bachelor's degree or higher in a specific discipline.



When attempting to establish whether the position is a specialty occupation, you must show that the position meets at least one of four criteria at 8 CFR § 214.2(h)(4)(iii)(A). USCIS will now discuss each criterion in turn:

1. **A bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position**

USCIS often looks to the USDOL's <u>Occupational Outlook Handbook</u> (<u>OOH</u>) when determining whether a job qualifies as a specialty occupation. The latter publication is given considerable weight in determining whether an occupation qualifies as a specialty occupation. This is because the <u>OOH</u> provides specific and detailed information regarding the educational and other requirements for occupations. You provided a certified Labor Condition Application (LCA) from the DOL that the proffered position is a position within the computer occupations category. The OOH does not contain detailed profiles for the computer occupations category.

When the OOH does not support the proposition that a proffered position is one that meets the statutory and regulatory provisions of a specialty occupation, it is your responsibility to provide probative evidence (e.g., documentation from other objective, authoritative sources) that supports a finding that the particular position qualifies as a specialty occupation.

On motion, you argue that in your response to the RFE, you had indicated that your Data Analyst position is most closely aligned with the Department of Labor's "Business Intelligence Analyst" SOC code, which falls under the umbrella of the SOC for Computer Occupations, all other". In addition, you claim that the O*Net states that the industry generally requires a minimum of a degree for entry into the position of Business Intelligence Analysts.

A reference in the USDOL's O*NET, standing alone, fails to establish that an occupation is a specialty occupation. The O*NET classification system and its categorization of an occupation as "professional and kindred" are not directly related to a "specialty occupation." In the O*NET listing of occupations, any given subject area within the professions contains nonprofession work, as well as work within the professions. For example, the JobZone portion of the O*NET website groups the position of administrative services manager with occupations such as accountant, chef and head cook, computer programmer, historian, pharmacist, and police detective. It is noted that the DOL describes the educational requirements of the occupations in this grouping as follows:

> Most of these occupations require a four-year bachelor's degree, but some do not.

> Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training.

Clearly, this grouping includes some jobs which require a bachelor's degree and others which do not. Furthermore, JobZone does not specify that a bachelor's degree in a specific, specialized area is required for any of the jobs in this grouping. O*NET provides only general information regarding the tasks and work activities associated with a particular occupation, as well as the education, training and experience required to perform the duties of that occupation. Further, O*Net does not describe how those years are to be divided among training, formal education, and experience, nor specifies the particular type of degree, if any, that a position would require.

Therefore, counsel's argument that the USDOL has determined in its O*NET website that the offered position qualifies as a specialty occupation is not persuasive.

Here, you have not shown that the position is a specialty occupation under this criterion.

2. **The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree**

USCIS will discuss this criterion in two parts as follows:

a. **Degree requirement is common to the industry in parallel positions among similar organizations**

The first alternative prong requires that you submit evidence that the degree requirement (a bachelor's degree or higher or its equivalent in a specific specialty) is common to the industry in parallel positions among similar organizations.

Factors often considered by USCIS when determining the industry standard include: whether the OOH reports that the industry requires a degree; whether the industry's professional associations have made a degree a minimum entry requirement; or whether letters or affidavits from firms or individuals in the industry attest that such firms routinely employ and recruit only degreed individuals.

On motion, you state the "we respectfully disagree with USCIS that these fields are not appropriate or related to the proffered position. It is well established that fields such as accounting, economics, and operations research employ techniques from other mathematical principals, such as mathematical formulation, applied mathematics, and statistical analysis(...)"

It must be noted that USCIS, in its analysis of the previously issued denial letter, notes that multiple fields of education appear to be acceptable for entry into the position of Data Analyst, according to the



AR0004

job postings you previously submitted. It must be clarified that since multiple fields of education are suitable for the position of Data Analyst, the position is not one that is qualified as a specialty occupation, requiring the application of a body of knowledge in one specific field as a minimum to perform the duties associated with the position. You have not provided additional new evidence to overcome this issue.

As such, you have not shown that the degree requirement is common to the industry in parallel positions among similar organizations.

### b. **Complexity and uniqueness of the proffered position**

The second alternative prong allows you to show that the proffered position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher or its equivalent in a specific specialty. In reviewing this second alternative prong, USCIS looks to the Form I-129 and the documents filed in support of the petition. It is only in this manner that the agency can determine the exact position offered, the location of employment, the proffered wage, et cetera. Through detailed descriptions of the beneficiary's duties, USCIS may discern the nature of the position and whether the position requires the theoretical and practical application of a body of highly specialized knowledge attained through attainment of at least a bachelor's degree or higher or its equivalent in a specific specialty.

On motion, you provided a copy of the MAA (Mathematical Association of America) which elaborates on positions of "Mathematics and Operations Research in Industry". The document indicates the following:

"An exciting area of applied mathematics called Operations Research combines mathematics, statistics, computer science, physics, engineering, economics, and social sciences to solve real-world business problems. (...)

Some key steps in OR that are needed for effective decision-making are:

- Problem formulation (...)
- Mathematical Modeling (...)
- Data Collection (...)
- Solution Methods (...)
- Validation and Analysis (...)
- Interpretation and Implementation (...)

These steps all require a solid background in mathematics and familiarity with other disciplines (such as physics, economics, and engineering) as well as clear thinking and intuition. The mathematical sciences prepare students to apply tools and techniques and use a logical process to analyze and solve problems."

According to the evidence provided, it appears, again, that the position offered does not involve duties are so complex and unique that only an individual can perform them. It is noted that skills such as problem formulation, mathematical modeling, data collection, solution methods, validation and analysis, and interpretation and implementation are skills that can be obtained through various fields of education. This conclusion is reinforced by the statement on the document that education in the fields of mathematics, statistics, computer science, physics, engineering, economics, and social sciences may prepare an individual for the proffered position.

As such, you have not shown that this position involves duties seen as either unique or complex so



AR0005

that only an individual with a bachelor's degree or higher in a specific specialty could perform them.

### 3. The employer normally requires a degree or its equivalent for the position

This third criterion requires that you show that you normally require a bachelor's degree or higher or its equivalent in a specific specialty for the proffered position. USCIS looks to your employment practices as well as information regarding employees who previously held the position.

On motion, you have not provided evidence to overcome this issue.

As such, you have not shown that you normally require a degree or its equivalent in a specific specialty for the position.

### 4. The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree

The fourth criterion requires you to establish that the nature of the specific duties is so specialized and complex that the knowledge required to perform them is usually associated with the attainment of a bachelor's degree or higher or its equivalent in a specific specialty.

On motion, you refer to the evaluation of the proffered position performed by professor Gerhard Steinke and question the USCIS's arguments that the evaluation is insufficient to establish the fourth criteria of the 8 CFR § 214.2(h)(4)(iii)(A). Since the professor's evaluation does not constitute new evidence for purposes to this motion to reopen, this evidence will no be further discussed.

You have not provided further documentation to establish that he nature of the specific duties is so specialized and complex that the knowledge required to perform them is usually associated with the attainment of a bachelor's degree or higher or its equivalent in a specific specialty.

As such, you have not shown that the nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

You have not met any of the four criteria enumerated at 8 CFR § 214.2(h)(4)(iii)(A). Therefore, you have not shown that the proffered position is a specialty occupation.

The burden of proof to establish eligibility for the benefit request rests with you. Here, that burden has not been met.

Consequently, the petition is denied for the above stated reason.

If you disagree with this decision, you may appeal to the Administrative Appeals Office (AAO) by filing a Notice of Appeal or Motion (Form I-290B) within 30 days (33 days if by mail) of the date of this decision. Alternatively, you may use Form I-290B to submit a motion to reopen or reconsider. For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283, or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about



AR0006

regulatory enforcement, you may contact the ONO at http://www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

Kathy A. Baran
Director, California Service Center



# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
TAIWAN
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

MICHAEL W. HOOPS
Ph. 212.471.1846
Fax 212.202.4881

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

March 31, 2018

**VIA FEDERAL EXPRESS**

USCIS California Service Center
Attn: 1-129 H-1B Master's CAP
24000 Avila Road
2nd Floor, Room 2312
Laguna Niguel, CA 92677

Re: **LexisNexis USA - Petition for H-1B Status on Behalf of Subshasree Chatterjee**

Dear Officer:

In reference to the above-listed matter, enclosed please find the following:

1. Form G-28, Notice of Entry of Appearance as Attorney;
2. Form 1-129, Petition for a Nonimmigrant Worker, Form 1-129 H-l B Data Collection and Filing Fee Exemption Supplement, and Form 1-129 Supplement H, duly executed;
3. Labor Condition Application, certified by the U.S. Department of Labor;
4. Statement from the petitioner in support of the petition;
5. Supporting documentation; and
6. Checks in the amount of $460.00, $500.00, and $1500.00 to cover the applicable filing fees.

Please do not hesitate to contact me at 212-471-1846 if you have any questions.

Regards,

Michael Hoops

Special Counsel

MWH
Enclosures

AR0008



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

**Part 1.  Information About Attorney or Accredited Representative**

**1.** USCIS ELIS Account Number (*if any*)

▶ ☐☐☐☐☐☐☐☐☐☐☐☐☐

*Name and Address of Attorney or Accredited Representative*

**2.a.** Family Name *(Last Name)*   `Hoops`

**2.b.** Given Name *(First Name)*   `Michael`

**2.c.** Middle Name   `W`

**3.a.** Street Number and Name   `1540 Broadway`

**3.b.** Apt. ☐   Ste. ☐   Flr. ☐   `_____`

**3.c.** City or Town   `New York`

**3.d.** State `NY`   **3.e.** ZIP Code `10036`

**3.f.** Province   `_____`

**3.g.** Postal Code   `_____`

**3.h.** Country   `USA`

**4.** Daytime Telephone Number   `2124711846`

**5.** Fax Number   `2122024881`

**6.** E-Mail Address *(if any)*   `mwhoops@duanemorris.com`

**7.** Mobile Telephone Number *(if any)*   `_____`

---

**Part 2.  Notice of Appearance as Attorney or Accredited Representative**

This appearance relates to immigration matters before *(Select only one box)*:

**1.a.** ☒ USCIS

**1.b.** List the form numbers   `I-129`

**2.a.** ☐ ICE

**2.b.** List the specific matter in which appearance is entered   `_____`

**3.a.** ☐ CBP

**3.b.** List the specific matter in which appearance is entered   `_____`

I enter my appearance as attorney or accredited representative at the request of:

**4.** Select **only one** box:
☐ Applicant   ☒ Petitioner   ☐ Requestor
☐ Respondent (ICE, CBP)

*Information About Applicant, Petitioner, Requestor, or Respondent*

**5.a.** Family Name *(Last Name)*   `Andrade`

**5.b.** Given Name *(First Name)*   `Leticia`

**5.c.** Middle Name   `_____`

**6.** Name of Company or Organization *(if applicable)*   `LexisNexis USA`



AR0009

## Part 2. Notice of Appearance as Attorney or Accredited Representative (continued)

### Information About Applicant, Petitioner, Requestor, or Respondent (continued)

7. USCIS ELIS Account Number (if any)

   ▶ [                    ]

8. Alien Registration Number (A-Number) or Receipt Number

   [                    ]

9. Daytime Telephone Number

   6786946873

10. Mobile Telephone Number (if any)

    [                    ]

11. E-Mail Address (if any)

    leticia.andrade@relx.com

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name    1100 Alderman Drive

12.b. Apt. ☐  Ste. ☐  Flr. ☐  [                ]

12.c. City or Town    Alpharetta

12.d. State  GA    12.e. ZIP Code  30005

12.f. Province    [                ]

12.g. Postal Code    [                ]

12.h. Country

   USA

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. (If you need additional space, use **Part 6.**)

   Licensing Authority
   New York

1.b. Bar Number (if applicable)
   2843894

1.c. Name of Law Firm
   Duane Morris LLP

1.d. I (choose one) ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. (If you need additional space, use **Part 6.**)

   [                ]

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization
   [                ]

2.c. Date accreditation expires
   (mm/dd/yyyy) ▶ [                ]



AR0010

## Part 3.  Eligibility Information for Attorney or Accredited Representative *(continued)*

3.  ☐ I am associated with

[                                              ],
the attorney or accredited representative of record
who previously filed Form G-28 in this case, and my
appearance as an attorney or accredited representative
is at his or her request.

**NOTE:** If you select this item, also complete **Item
Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c. in
Part 3.** *(whichever is appropriate).*

4.a.  ☐ I am a law student or law graduate working under the
direct supervision of the attorney or accredited
representative of record on this form in accordance
with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b.  Name of Law Student or Law Graduate

[                                              ]

## Part 4.  Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### *Consent to Representation and Release of Information*

1.  I have requested the representation of and consented to
being represented by the attorney or accredited
representative named in **Part 1.** of this form.  According
to the Privacy Act of 1974 and DHS policy, I also consent
to the disclosure to the named attorney or accredited
representative of any record pertaining to me that appears
in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or
respondent) are represented, DHS will send notices to both
you and your attorney or accredited representative either
through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure
Record, to you **unless** you select **Item Number 2.a.** in
**Part 4.**  All secure identity documents and Travel
Documents will be sent to you (the applicant, petitioner,
requestor, or respondent) at your U.S. mailing address
**unless** you ask us to send your secure identity documents
to your attorney of record or accredited representative.

If you do not want to receive original notices or secure
identity documents directly, but would rather have such
notices and documents sent to your attorney of record or
accredited representative, please select **all applicable**
boxes below:

2.a.  ☒ I request that DHS send any notice (including Form I-94)
on an application, petition, or request to the U.S.
business address of my attorney of record or
accredited representative as listed in this form.  I
understand that I may change this election at any
future date through written notice to DHS.

2.b.  ☒ I request that DHS send any secure identity document,
such as a Permanent Resident Card, Employment
Authorization Document, or Travel Document, that I am
approved to receive and authorized to possess, to the
U.S. business address of my attorney of record or
accredited representative as listed in this form or to a
designated military or diplomatic address for pickup in a
foreign country (if permitted).  I consent to having my
secure identity document sent to my attorney of record
or accredited representative's U.S. business address and
understand that I may request, at any future date and
through written notice to DHS, that DHS send any
secure identity document to me directly.

3.a.  Signature of Applicant, Petitioner, Requestor, or
Respondent

➡ [ *Octavia Aranaca* ]

3.b.  Date of Signature *(mm/dd/yyyy)* ▶ [ 03/12/2018 ]

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions
contained in 8 CFR 103.2 and 292 governing appearances and
representation before the Department of Homeland Security.
I declare under penalty of perjury under the laws of the United
States that the information I have provided on this form is true
and correct.

1.  Signature of Attorney or Accredited Representative

[ *(signature)* ]

2.  Signature of Law Student or Law Graduate

[                                              ]

3.  Date of Signature *(mm/dd/yyyy)* ▶ [ 3/20/2018 ]



AR0011

## Part 6. Additional Information

Use the space provided below to provide additional information
pertaining to **Part 3., Item Numbers 1.a. - 1.d.** or to provide
your U.S. business address for purposes of receiving secure
identity documents for your client (if your client has consented
to your receipt of such documents under **Part 4.**)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



AR0012



# Petition for a Nonimmigrant Worker

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-129**

OMB No. 1615-0009
Expires 12/31/2018

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|

Class: _____
No. of Workers: _____
Job Code: _____
Validity Dates: _____
From: _____
To: _____

☐ **Classification Approved**
☐ Consulate/POE/PFI Notified
   At: _____
☐ Extension Granted
☐ COS/Extension Granted

▶ **START HERE - Type or print in black ink.**

## Part 1.  Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.  If you are a company or an organization** filing this petition, complete **Item Number 2.**

**1.   Legal Name of Individual Petitioner**

Family Name (Last Name)

Given Name (First Name)

Middle Name

**2.   Company or Organization Name**

LexisNexis USA

**3.   Mailing Address of Individual, Company or Organization**

In Care Of Name

Leticia Andrade

Street Number and Name

1100 Alderman Drive

Apt. Ste. Flr. ☐ ☐ ☐   Number

City or Town

Alpharetta

State

Georgia

ZIP Code

30005

Province

Postal Code

Country

UNITED STATES OF AMERICA

**4.   Contact Information**

Daytime Telephone Number

6786946873

Mobile Telephone Number

Email Address (if any)

leticia.andrade@relx.com

**5.   Other Information**

Federal Employer Identification Number (FEIN)

▶ 52-1471842

Individual IRS Tax Number

▶

U.S. Social Security Number (if any)

▶

AR0013

Form I-129  01/17/17   Y

Page 1 of 36

| Part 2. | Information About This Petition (See instructions for fee information) |
|---|---|

**1.** Requested Nonimmigrant Classification  (Write classification symbol): **H-1B**

**2.** **Basis for Classification** (select **only one** box):
- ☒ **a.** New employment.
- ☐ **b.** Continuation of previously approved employment without change with the same employer.
- ☐ **c.** Change in previously approved employment.
- ☐ **d.** New concurrent employment.
- ☐ **e.** Change of employer.
- ☐ **f.** Amended petition.

**3.** Provide the most recent petition/application receipt number for the beneficiary.  If none exists, indicate "None."  ► **N O N E**

**4.** **Requested Action** (select **only one** box):
- ☒ **a.** Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted.  (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
- ☐ **b.** Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations).  This is available only when you check "New Employment" in **Item Number 2.**, above.
- ☐ **c.** Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
- ☐ **d.** Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
- ☐ **e.** Extend the status of a nonimmigrant classification based on a free trade agreement.  (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
- ☐ **f.** Change status to a nonimmigrant classification based on a free trade agreement.  (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

**5.** Total number of workers included in this petition.  (See instructions relating to when more than one worker can be included.)  ► **ONE (1)**

| Part 3. | Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for.  Complete the blocks below.  Use the Attachment-1 sheet to name each beneficiary included in this petition.) |
|---|---|

**1.** If an Entertainment Group, Provide the Group Name

**2.** Provide Name of Beneficiary

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| **Chatterjee** | **Subhasree** | |

**3.** Provide all other names the beneficiary has used.  Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |

**4.** Other Information

Date of birth (mm/dd/yyyy) ▮**1989**     Gender  ☐ Male  ☒ Female     U.S. Social Security Number (if any) ► ▮ **0 9 4 3**

AR0014

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number)
▶ A- ████████████

Country of Birth
**India**

Province of Birth

Country of Citizenship or Nationality
**India**

5. **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)
**02/19/2018**

I-94 Arrival-Departure Record Number
▶ ████████████

Passport or Travel Document Number
████████

Date Passport or Travel Document Issued (mm/dd/yyyy)
**10/28/2010**

Date Passport or Travel Document Expires (mm/dd/yyyy)
**10/27/2020**

Passport or Travel Document Country of Issuance
**INDIA**

Current Nonimmigrant Status
**F-1**

Date Status Expires or D/S (mm/dd/yyyy) **D/S**

Student and Exchange Visitor Information System (SEVIS) Number (if any)
████████

Employment Authorization Document (EAD) Number (if any)
████████

6. **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name
**205 W Davie Street**

Apt. Ste. Flr. ☒ ☐ ☐

Number
**611**

City or Town
**Raleigh**

State
**NC**

ZIP Code
**27601**

**Part 4.  Processing Information**

1. If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

a. **Type of Office** (select only one box): ☒ Consulate   ☐ Pre-flight inspection   ☐ Port of Entry

b. **Office Address (City)**
**Kolkata**

c. **U.S. State or Foreign Country**
**India**

d. **Beneficiary's Foreign Address**

Street Number and Name
**N/A; Residing in the U.S**

Apt.Ste. Flr. ☐ ☐ ☐

Number

City or Town

State

Province

Postal Code

Country

2. Does each person in this petition have a valid passport? ☒ Yes   ☐ No. If no, go to **Part 9.** and type or print your explanation.

AR0015

Form I-129  01/17/17   Y

## Part 4.  Processing Information (continued)

3.  Are you filing any other petitions with this one?
    ☐ Yes.  If yes, how many? ▶ [                ]          ☒ No

4.  Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition?  Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at **www.cbp.gov/i94** instead of filing an application for a replacement/initial I-94.
    ☐ Yes.  If yes, how many? ▶ [                ]          ☒ No

5.  Are you filing any applications for dependents with this petition?
    ☐ Yes.  If yes, how many? ▶ [                ]          ☒ No

6.  Is any beneficiary in this petition in removal proceedings?
    ☐ Yes.  If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s).   ☒ No

7.  Have you ever filed an immigrant petition for any beneficiary in this petition?
    ☐ Yes.  If yes, how many? ▶ [                ]          ☒ No

8.  Did you indicate you were filing a new petition in **Part 2.**?
    ☒ Yes.  If yes, answer the questions below.          ☐ No.  If no, proceed to **Item Number 9.**

    a.  Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
        ☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.  ☒ No

    b.  Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
        ☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.  ☒ No

9.  Have you ever previously filed a nonimmigrant petition for this beneficiary?
    ☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.   ☒ No

10. If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
    ☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.   ☐ No   **N/A**

11.a. Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
    ☐ Yes.  If yes, proceed to **Item Number 11.b.**          ☒ No

11.b. If you checked yes in **Item Number 11.a.,** provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent.  Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.
    [                                                                                ]

## Part 5.  Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1.  Job Title
    **Data Analyst**

2.  LCA or ETA Case Number
    **I-200-18060-605447**

## Part 5.  Basic Information About the Proposed Employment and Employer (continued)

3. Address where the beneficiary(ies) will work if different from address in **Part 1.**

   Street Number and Name **1801 Varsity Drive**

   Apt. Ste. Flr. ☐ ☐ ☐   Number ____

   City or Town **Raleigh**   State **NC**   ZIP Code **27606**

4. Did you include an itinerary with the petition?   ☐ Yes  ☒ No

5. Will the beneficiary(ies) work for you off-site at another company or organization's location?   ☐ Yes  ☒ No

6. Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)?   ☐ Yes  ☒ No

7. Is this a full-time position?   ☒ Yes  ☐ No

8. If the answer to **Item Number 7.** is no, how many hours per week for the position?   ▶ ____

9. Wages:  $ **85,000**   per (Specify hour, week, month, or year)   ▶ **year**

10. Other Compensation (Explain)

    **Standard Company benefits**

11. Dates of intended employment  From: (mm/dd/yyyy) **10/01/2018**   To:  (mm/dd/yyyy) **09/01/2021**

12. Type of Business **Information solutions**   13. Year Established **1994**

14. Current Number of Employees in the United States **5603**   15. Gross Annual Income **$400 Million + (Group)**   16. Net Annual Income **Varies**

## Part 6.  Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions.  It is not required for any other classifications.  Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate.  DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☒ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

AR0017

**Part 7.  Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory** (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought.  I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information.  I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

1. **Name and Title of Authorized Signatory**

Family Name (Last Name)

**Andrade**

Given Name (First Name)

**Leticia**

Title

**Immig Compliance Specialist**

2. **Signature and Date**

Signature of Authorized Signatory

*Leticia Andrade*

Date of Signature (mm/dd/yyyy)  **03 | 12 | 2018**

3. **Signatory's Contact Information**

Daytime Telephone Number

**678-694-6873**

Email Address (if any)

**leticia.andrade@relx.com**

**NOTE:**  If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

**Part 8.  Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner**

Provide the following information concerning the preparer:

1. **Name of Preparer**

Family Name (Last Name)

**Hoops**

Given Name (First Name)

**Michael**

2. **Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

**Duane Morris LLP**

AR0018

**Part 8.  Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner** (continued)

3.   **Preparer's Mailing Address**

Street Number and Name

**1540 Broadway**

Apt. ☐  Ste. ☐  Flr. ☐   Number [ ]

City or Town

**New York**

State **NY**

ZIP Code **10036**

Province [ ]

Postal Code [ ]

Country **UNITED STATES OF AMERICA**

4.   **Preparer's Contact Information**

Daytime Telephone Number

**2124711846**

Fax Number

**2122024881**

Email Address (if any)

**mwhoops@duanemorris.com**

### Preparer's Declaration

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory.  The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

5.   **Signature and Date**

Signature of Preparer

Date of Signature
(mm/dd/yyyy)  8/21/21Y

AR0019

Form I-129  01/17/17  Y

## Part 9.  Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.  A-Number   ▶ A- | 1 | 1 | 1 | 6 | 6 | 5 | 0 | 2 | 4 |

2.  **Page Number**                          **Part Number**                          **Item Number**

3.  **Page Number**                          **Part Number**                          **Item Number**

4.  **Page Number**                          **Part Number**                          **Item Number**

Form I-129  01/17/17  Y



# H Classification Supplement to Form I-129

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

---

**1.** Name of the Petitioner

> **LexisNexis USA**

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

**2.a.** Name of the Beneficiary

> **Chatterjee, Subhasree**

**OR**

**2.b.** Provide the total number of beneficiaries

**3.** List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
| --- | --- | --- |
| | From | To |
| **None** | | |
| | | |
| | | |
| | | |
| | | |

**4.** Classification sought (select **only one** box):

- ☒ **a.** H-1B Specialty Occupation
- ☐ **b.** H-1B1 Chile and Singapore
- ☐ **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)
- ☐ **d.** H-1B3 Fashion model of distinguished merit and ability
- ☐ **e.** H-2A Agricultural worker
- ☐ **f.** H-2B Non-agricultural worker
- ☐ **g.** H-3 Trainee
- ☐ **h.** H-3 Special education exchange visitor program

**5.** Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?
☐ Yes   ☒ No

**6.** Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?
☐ Yes   ☒ No

**7.a.** Does any beneficiary in this petition have ownership interest in the petitioning organization?
☐ Yes. If yes, please explain in **Item Number 7.b.**   ☒ No

AR0021

**7.b.** Explanation

_____

_____

_____

---

**Section 1.   Complete This Section If Filing for H-1B Classification**

**1.** Describe the proposed duties.

   Please see attached supporting statement.

_____

_____

_____

**2.** Describe the beneficiary's present occupation and summary of prior work experience.

   Please see attached supporting statement.

_____

_____

_____

**Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore**

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment.  I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times.  If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| _Leticia Andrade_ | Leticia Andrade | 03/12/2018 |

**Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects**

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| _Leticia Andrade_ | Leticia Andrade | 03/12/2018 |

**Statement for H-1B U.S. Department of Defense Projects Only**

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

---

**Section 2.   Complete This Section If Filing for H-2A or H-2B Classification**

**1.** Employment is: (select **only one** box)

☐ **a.** Seasonal        ☐ **b.** Peak load        ☐ **c.** Intermittent        ☐ **d.** One-time occurrence

**2.** Temporary need is: (select **only one** box)

☐ **a.** Unpredictable        ☐ **b.** Periodic        ☐ **c.** Recurrent annually

Form I-129  01/17/17  Y                          H Classification Supplement

AR0022



# H-1B and H-1B1 Data Collection and Filing Fee Exemption Supplement

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

---

**1.** Name of the Petitioner

**LexisNexis USA**

**2.** Name of the Beneficiary

**Subhasree Chatterjee**

## Section 1.  General Information

**1.** **Employer Information -** (select all items that apply)

| | | |
|---|---|---|
| **a.** | Is the petitioner an H-1B dependent employer? | ☐ Yes  ☒ No |
| **b.** | Has the petitioner ever been found to be a willful violator? | ☐ Yes  ☒ No |
| **c.** | Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? | ☒ Yes  ☐ No |
| **c.1.** | If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? | ☒ Yes  ☐ No |
| **c.2.** | Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? | ☒ Yes  ☐ No |
| **d.** | Does the petitioner employ 50 or more individuals in the United States? | ☒ Yes  ☐ No |
| **d.1.** | If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? | ☐ Yes  ☒ No |

**2.** **Beneficiary's Highest Level of Education** (select **only one** box)

☐ **a.** NO DIPLOMA

☐ **b.** HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)

☐ **c.** Some college credit, but less than 1 year

☐ **d.** One or more years of college, no degree

☐ **e.** Associate's degree (for example: AA, AS)

☐ **f.** Bachelor's degree (for example: BA, AB, BS)

☒ **g.** Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

☐ **h.** Professional degree (for example: MD, DDS, DVM, LLB, JD)

☐ **i.** Doctorate degree (for example: PhD, EdD)

**3.** Major/Primary Field of Study

**Business Administration (Business Analytics)**

**4.** Rate of Pay Per Year

**$85,000**

**5.** DOT Code

| 0 | 3 | 0 |
|---|---|---|

**6.** NAICS Code

| 5 | 1 | 6 | 1 | 1 | 0 |
|---|---|---|---|---|---|

## Section 2.  Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional **$1,500** or **$750** American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

**1.** Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)?   ☐ Yes  ☒ No

**2.** Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)?   ☐ Yes  ☒ No

## Section 2.  Fee Exemption and/or Determination (continued)

3.  Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?  ☐ Yes  ☒ No

4.  Is this the second or subsequent request for an extension of stay that this petitioner has filed for this alien?  ☐ Yes  ☒ No

5.  Is this an amended petition that does not contain any request for extensions of stay?  ☐ Yes  ☒ No

6.  Are you filing this petition to correct a USCIS error?  ☐ Yes  ☒ No

7.  Is the petitioner a primary or secondary education institution?  ☐ Yes  ☒ No

8.  Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution?  ☐ Yes  ☒ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

9.  Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?  ☐ Yes  ☒ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750**. If you answered no, then you are required to pay an additional ACWIA fee of **$1,500**.

**NOTE:** A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee. For petitions filed on or after December 18, 2015, an additional fee of **$4,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement. This **$4,000** fee was mandated by the provisions of Public Law 114-113.

The Fraud Prevention and Detection Fee and Public Law 114-113 fee do not apply to H-1B1 petitions. **These fees, when applicable, may not be waived.** You must include payment of the fees when you submit this form. Failure to submit the fees when required will result in rejection or denial of your submission. Each of these fees should be paid by separate checks or money orders.

## Section 3.  Numerical Limitation Information

1.  Specify the type of H-1B petition you are filing.  (select **only one** box):

    ☐ **a.** CAP H-1B Bachelor's Degree  ☐ **c.** CAP H-1B1 Chile/Singapore

    ☒ **b.** CAP H-1B U.S. Master's Degree or Higher  ☐ **d.** CAP Exempt

2.  If you answered Item Number 1.b. "CAP H-1B U.S. Master's Degree or Higher," provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):

    a.  Name of the United States Institution of Higher Education

    **University of Cincinnati**

    b.  Date Degree Awarded

    **2016**

    c.  Type of United States Degree

    **Master of Science in Business Administration**

    d.  Address of the United States institution of higher education

    Street Number and Name

    **Office of the Registrar. P.O Box 210060**  Apt. ☐  Ste. ☐  Flr. ☐  Number

    City or Town

    **Cincinnati**  State **OP**  ZIP Code **45221**

## Section 3.   Numerical Limitation Information (continued)

**3.** If you answered Item Number 1.d. "CAP Exempt," you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

☐ **a.** The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).

☐ **b.** The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in 8 CFR 214.2(h)(8)(ii)(F)(2).

☐ **c.** The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(8)(ii)(F)(3).

☐ **d.** The beneficiary will be employed at a qualifying cap exempt institution, organization or entity pursuant to 8 CFR 214.2(h)(8)(ii)(F)(4).

☐ **e.** The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.

☐ **f.** The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.

☐ **g.** The beneficiary of this petition has been counted against the cap and **(1)** is applying for the remaining portion of the 6 year period of admission, or **(2)** is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).

☐ **h.** The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

## Section 4.   Off-Site Assignment of H-1B Beneficiaries

**1.** The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification is sought.   ☐ Yes   ☒ No

  If no, do not complete **Item Numbers 2.** and **3.**

**2.** Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification.   ☐ Yes   ☐ No

**3.** The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations.   ☐ Yes   ☐ No

AR0025

OMB Approval: 1205-0310
Expiration Date: 05/31/2018

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
**U.S. Department of Labor**



## Electronic Filing of Labor Condition Applications
## For The H-1B Nonimmigrant Visa Program

This Department of Labor, Employment and Training Administration (ETA), electronic filing system enables an employer to file a Labor Condition Application (LCA) and obtain certification of the LCA. This Form must be submitted by the employer or by someone authorized to act on behalf of the employer.

A) I understand and agree that, upon my receipt of ETA's certification of the LCA by electronic response to my submission, I must take the following actions at the specified times and circumstances:

- print and sign a hardcopy of the electronically filed and certified LCA;
- maintain a signed hardcopy of this LCA in my public access files;
- submit a signed hardcopy of the LCA to the United States Citizenship and Immigration Services (USCIS) in support of the I-129, on the date of submission of the I-129;
- provide a signed hardcopy of this LCA to each H-1B nonimmigrant who is employed pursuant to the LCA.

☑ Yes ☐ No

B) I understand and agree that, by filing the LCA electronically, I attest that all of the statements in the LCA are true and accurate and that I am undertaking all the obligations that are set out in the LCA (Form ETA 9035E) and the accompanying instructions (Form ETA 9035CP).

☑ Yes ☐ No

C) I hereby choose one of the following options, with regard to the accompanying instructions:

☐ I choose to have the Form ETA 9035CP electronically attached to the certified LCA, and to be bound by the LCA obligations as explained in this form

☑ I choose not to have the Form ETA 9035CP electronically attached to the certified LCA, but I have read the instructions and I understand that I am bound by the LCA obligations as explained in this form

---

ETA Form 9035/9035E Attestation        **FOR DEPARTMENT OF LABOR USE ONLY**                           Page 1 of 1

Case Number: ___I-200-18060-605447___  Case Status: ___CERTIFIED___  Period of Employment: ___09/02/2018___ to ___09/01/2021___

AR0026

OMB Approval: 1205-0310
Expiration Date: 05/31/2018

**Labor Condition Application for Nonimmigrant Workers**
**ETA Form 9035 & 9035E**
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the ETA Form 9035 or 9035E.  A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/.  In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor.  If the employer has received permission from the Administrator of the Office of Foreign Labor Certification to submit this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

---

**A.  Employment-Based Nonimmigrant Visa Information**

| 1.  Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-1B |
|---|---|

---

**B.  Temporary Need Information**

| 1.  Job Title *  DATA ANALYST | | |
|---|---|---|
| 2.  SOC (ONET/OES) code *  15-1199 | 3.  SOC (ONET/OES) occupation title *  COMPUTER OCCUPATIONS, ALL OTHER | |
| 4.  Is this a full-time position? *  ☑ Yes   ☐ No | **Period of Intended Employment** | |
| | 5.  Begin Date *  *(mm/dd/yyyy)*  09/02/2018 | 6.  End Date *  *(mm/dd/yyyy)*  09/01/2021 |

7.  Worker positions needed/basis for the visa classification supported by this application

| 1 | **Total Worker Positions Being Requested for Certification *** |
|---|---|

Basis for the visa classification supported by this application
*(indicate the total workers in each applicable category based on the total workers identified above)*

| | | | | |
|---|---|---|---|---|
| 1 | a.  New employment * | | 0 | d.  New concurrent employment * |
| 0 | b.  Continuation of previously approved employment * without change with the same employer | | 0 | e.  Change in employer * |
| 0 | c.  Change in previously approved employment * | | 0 | f.  Amended petition * |

---

**C.  Employer Information**

| 1.  Legal business name *  LEXISNEXIS USA | | |
|---|---|---|
| 2.  Trade name/Doing Business As (DBA), if applicable  N/A | | |
| 3.  Address 1 *  1100 ALDERMAN DRIVE | | |
| 4.  Address 2  N/A | | |
| 5.  City *  ALPHARETTA | 6.  State *  GA | 7.  Postal code *  30005 |
| 8.  Country *  UNITED STATES OF AMERICA | 9.  Province  N/A | |
| 10.  Telephone number *  6786946873 | 11.  Extension  N/A | |
| 12.  Federal Employer Identification Number (FEIN from IRS) *  521471842 | 13.  NAICS code (must be at least 4-digits) *  516110 | |

---

OMB Approval: 1205-0310
Expiration Date: 05/31/2018

**Labor Condition Application for Nonimmigrant Workers**
**ETA Form 9035 & 9035E**
**U.S. Department of Labor**



---

**D. Employer Point of Contact Information**

<u>Important Note</u>: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section <u>must be different</u> from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| | | |
|---|---|---|
| 1. Contact's last (family) name *<br>ANDRADE | 2. First (given) name *<br>LETICIA | 3. Middle name(s) *<br>N/A |

| 4. Contact's job title *   IMMIGRATION COMPLIANCE SPECIALIST |
|---|

| 5. Address 1 *   1100 ALDERMAN DRIVE |
|---|

| 6. Address 2    N/A |
|---|

| 7. City *  ALPHARETTA | 8. State * GA | 9. Postal code * 30005 |
|---|---|---|

| 10. Country *<br>UNITED STATES OF AMERICA | 11. Province<br>N/A | |
|---|---|---|
| 12. Telephone number *<br>6786946873 | 13. Extension<br>N/A | 14. E-Mail address<br>LETICIA.ANDRADE@RELX.COM |

---

**E. Attorney or Agent Information (If applicable)**

| 1. Is the employer represented by an attorney or agent in the filing of this application? *<br>If "Yes", complete the remainder of Section E below. | ☑ Yes   ☐ No |
|---|---|

| 2. Attorney or Agent's last (family) name §<br>HOOPS | 3. First (given) name §<br>MICHAEL | 4. Middle name(s) §<br>WILLIAM |
|---|---|---|

| 5. Address 1 §  1540 BROADWAY |
|---|

| 6. Address 2    N/A |
|---|

| 7. City §<br>NEW YORK | 8. State §<br>NY | 9. Postal code §<br>10036-4086 |
|---|---|---|

| 10. Country §<br>UNITED STATES OF AMERICA | 11. Province<br>N/A | |
|---|---|---|
| 12. Telephone number §<br>2124711846 | 13. Extension<br>N/A | 14. E-Mail address<br>MWHOOPS@DUANEMORRIS.COM |

| 15. Law firm/Business name §<br>DUANE MORRIS LLP | 16. Law firm/Business FEIN §<br>231392502 |
|---|---|

| 17. State Bar number (only if attorney) §<br><br>2843894 | 18. State of highest court where attorney is in good standing (only if attorney) §<br>NY |
|---|---|

| 19. Name of the highest court where attorney is in good standing (only if attorney) §<br><br>SECOND APPELLATE DIVISION |
|---|

---

ETA Form 9035/9035E

**FOR DEPARTMENT OF LABOR USE ONLY**

Page 2 of 5

Case Number: ___ I-200-18060-605447 ___   Case Status: ___ CERTIFIED ___   Period of Employment: ___ 09/02/2018 ___ to ___ 09/01/2021 ___

AR0028

OMB Approval: 1205-0310
Expiration Date: 05/31/2018

**Labor Condition Application for Nonimmigrant Workers**
**ETA Form 9035 & 9035E**
**U.S. Department of Labor**



---

**F. Rate of Pay**

| 1. Wage Rate (Required) | 2. Per: (Choose only one) * |
|---|---|
| From: $ _____ 80000.00 _____ * <br> To: $ _____ 90000.00 _____ | ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |

**G. Employment and Prevailing Wage Information**

<u>Important Note</u>: It is important for the employer to define the place of intended employment with as much geographic specificity as possible. The place of employment address listed below <u>must be a physical location and cannot be a P.O. Box</u>. The employer may use this section to identify up to three (3) physical locations and corresponding prevailing wages covering each location where work will be performed and the electronic system will accept up to 3 physical locations and prevailing wage information. If the employer has received approval from the Department of Labor to submit this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section.

### a. Place of Employment 1

| 1. Address 1 * | 1801 VARSITY DRIVE | |
|---|---|---|
| 2. Address 2 | | |
| 3. City * <br> RALEIGH | | 4. County * <br> WAKE |
| 5. State/District/Territory * <br> NC | | 6. Postal code * <br> 27606 |

| *Prevailing Wage Information (corresponding to the place of employment location listed above)* | |
|---|---|
| 7. Agency which issued prevailing wage § <br> N/A | 7a. Prevailing wage tracking number (if applicable) § <br> N/A |
| 8. Wage level *    ☐ I   ☑ II   ☐ III   ☐ IV   ☐ N/A | |
| 9. Prevailing wage * <br> $ _____ 64771.00 | 10. Per: (Choose only one) * <br> ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |
| 11. Prevailing wage source (Choose only one) * <br> ☑ OES   ☐ CBA   ☐ DBA   ☐ SCA   ☐ Other | |
| 11a. Year source published * <br><br> 2017 | 11b. If "OES", <u>and</u> SWA/NPC did not issue prevailing wage **OR** "Other" in question 11, specify source § <br> OFLC ONLINE DATA CENTER |

**H. Employer Labor Condition Statements**

! <u>Important Note</u>: In order for your application to be processed, you <u>MUST</u> read Section H of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

(1) **Wages:** Pay nonimmigrants at least the local prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. Offer nonimmigrants benefits on the same basis as offered to U.S. workers.

(2) **Working Conditions:** Provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed.

(3) **Strike, Lockout, or Work Stoppage:** There is no strike, lockout, or work stoppage in the named occupation at the place of employment.

(4) **Notice:** Notice to union or to workers has been or will be provided in the named occupation at the place of employment. A copy of this form will be provided to each nonimmigrant worker employed pursuant to the application.

| 1. <u>I have read and agree to</u> Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section H of the Labor Condition Application – General Instructions – Form ETA 9035CP. * | ☑ Yes  ☐ No |
|---|---|

---

ETA Form 9035/9035E                 **FOR DEPARTMENT OF LABOR USE ONLY**                 Page 3 of 5

Case Number: __I-200-18060-605447__   Case Status: __CERTIFIED__   Period of Employment: __09/02/2018__ to __09/01/2021__   AR0029

OMB Approval: 1205-0310
Expiration Date 05/31/2018

### Labor Condition Application for Nonimmigrant Workers
### ETA Form 9035 & 9035E
### U.S. Department of Labor



## I. Additional Employer Labor Condition Statements – H-1B Employers ONLY

*!* **Important Note**:  In order for your H-1B application to be processed, you **MUST** read Section I – Subsection 1 of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

### *a. Subsection 1*

| | |
|---|---|
| 1. Is the employer H-1B dependent? § | ☐ Yes  ☑ No |
| 2. Is the employer a willful violator? § | ☐ Yes  ☑ No |
| 3. If "Yes" is marked in questions I.1 and/or I.2, you must answer "Yes" or "No" regarding whether the employer will use this application ONLY to support H-1B petitions or extensions of status for exempt H-1B nonimmigrants? § | ☐ Yes  ☐ No  ☑ N/A |

If you marked "Yes" to questions I.1 and/or I.2 and "No" to question I.3, you **MUST** read Section I – Subsection 2 of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.

### *b. Subsection 2*

- A. **Displacement:** Non-displacement of the U.S. workers in the employer's workforce
- B. **Secondary Displacement:** Non-displacement of U.S. workers in another employer's workforce; and
- C. **Recruitment and Hiring:** Recruitment of U.S. workers and hiring of U.S. workers applicant(s) who are equally or better qualified than the H-1B nonimmigrant(s).

| | |
|---|---|
| 4. I have read and agree to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section I – Subsections 1 and 2 of the Labor Condition Application – General Instructions Form ETA 9035CP. § | ☑ Yes  ☐ No |

## J. Public Disclosure Information

*!* **Important Note**:  You **must** select from the options listed in this Section.

| | |
|---|---|
| 1.  Public disclosure information will be kept at: * | ☑ Employer's principal place of business ☐ Place of employment |

## K. Declaration of Employer

*By signing this form, I, on behalf of the employer, attest that the information and labor condition statements provided are true and accurate; that I have read  sections H and I of the Labor Condition Application – General Instructions Form ETA 9035CP, and that I agree to comply with the Labor Condition Statements as set forth in the Labor Condition Application – General Instructions Form ETA 9035CP and with the Department of Labor regulations (20 CFR part 655, Subparts H and I).  I agree to make this application, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act. Making fraudulent representations on this Form can lead to civil or criminal action under 18 U.S.C. 1001, 18 U.S.C. 1546, or other provisions of law.*

| 1.  Last (family) name of hiring or designated official * | 2. First (given) name of hiring or designated official * | 3. Middle initial * |
|---|---|---|
| ANDRADE | LETICIA | N/A |

| 4.  Hiring or designated official title * |
|---|
| IMMIGRATION COMPLIANCE SPECIALIST |

| 5.  Signature * | 6. Date signed * |
|---|---|
| *Leticia Andrade* | 03/16/2018 |

ETA Form 9035/9035E          **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 4 of 5

Case Number: ___I-200-18060-605447___   Case Status: ___CERTIFIED___   Period of Employment: ___09/02/2018___ to ___09/01/2021___      AR0030

OMB Approval: 1205-0310
Expiration Date: 05/31/2018

**Labor Condition Application for Nonimmigrant Workers**
ETA Form 9035 & 9035E
**U.S. Department of Labor**



---

## L. LCA Preparer

**Important Note**: Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |

| 4. Firm/Business name § |
|---|
| N/A |

| 5. E-Mail address §  N/A |
|---|

---

## M. U.S. Government Agency Use (ONLY)

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from _____09/02/2018_____ to _____09/01/2021_____.

*Certifying Officer*

Department of Labor, Office of Foreign Labor Certification

03/15/2018

Determination Date (date signed)

I-200-18060-605447

Case number

CERTIFIED

Case Status

*The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA.*

---

## N. Signature Notification and Complaints

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically. If the application is submitted electronically, any resulting certification **MUST** be signed *immediately upon receipt* from the Department of Labor before it can be submitted to USCIS for further processing.

Complaints alleging misrepresentation of material facts in the LCA and/or failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor. A listing of the Wage and Hour Division offices can be obtained at http://www.dol.gov/esa. Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Office of the Special Counsel for Immigration-Related Unfair Employment Practices, 950 Pennsylvania Avenue, NW, Washington, DC, 20530. Please note that complaints should be filed with the Office of Special Counsel at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

---

## O. OMB Paperwork Reduction Act *(1205-0310)*

These reporting instructions have been approved under the Paperwork Reduction Act of 1995. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Obligations to reply are mandatory (Immigration and Nationality Act, Section 212(n) and (t) and 214(c). Public reporting burden for this collection of information, which is to assist with program management and to meet Congressional and statutory requirements is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Room C-4312, 200 Constitution Ave. NW, Washington, DC 20210. (Paperwork Reduction Project OMB 1205-0310.) **Do NOT send the completed application to this address.**

---

ETA Form 9035/9035E          **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 5 of 5

Case Number: _____I-200-18060-605447_____  Case Status: _____CERTIFIED_____  Period of Employment: _____09/02/2018_____ to _____AR0031_____



March 7, 2018

U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA

**Re:     LexisNexis USA – Petition for Nonimmigrant Worker on Behalf of Subhasree**
**Chatterjee**

Dear Officer:

Your assistance is requested in approving the enclosed H-1B petition on behalf of Ms. Subhasree
Chatterjee so that he may perform a professional assignment with LexisNexis USA.

## II. The Petitioner

LexisNexis is a leading provider of comprehensive information and business solutions to
professionals in a variety of areas – legal, risk management, corporate, government, law
enforcement, accounting, and academic. A member of the RELX Group, LexisNexis helps
customers achieve their goals in 100 countries through 13,000 employees dedicated to putting
the customer first. We provide customers access to 5 billion searchable documents from more
than 32,000 legal, news, and business sources. Corporations and legal professionals also manage,
organize, and integrate their work processes using our unique set of solutions.

## II. The U.S. Assignment

During this professional assignment, Ms. Chatterjee will utilize her degree and professional
experience to make critical recommendations through data analysis that directly impacts how our
customers experience our core product offerings. She will be responsible for analyzing,
investigating, and hypothesizing data to effectively communicate with internal and external
customers, management and functional areas by presenting problem resolution, product
information and status reports in a professional manner. She will work with Designers and
Researches, embedded in product development teams, to help them understand customer
behavior. She will analyze, investigate, negotiate and resolve problems to help inform product
design decisions. She will maintain professional relationships with internal and external
customers. She will demonstrate understanding of product knowledge and customer
requirements to ensure thorough analysis and product recommendations align with customer
needs and initiate and implement projects. She will also influence and support fellow analysts
with problem resolution and creation of documentation.

### III. The Beneficiary

Ms. Chatterjee is well qualified for this professional assignment. She holds a Master of Science degree in Business Administration (Business Analytics) from The University of Cincinnati in Ohio, and she has relevant professional experience. Ms. Chatterjee has no prior stays in H-1B status.

Based on the foregoing, we respectfully request that the petition be approved through September 1, 2021 to allow flexibility in employing Ms. Chatterjee on an at-will basis through that date. During the period of Ms. Chatterjee's authorized stay we will comply with the terms of the labor condition application. Commensurate with the professional nature of this position, Ms. Chatterjee will be remunerated at a rate of at least $85,000 per year.

Thank you for your assistance with this matter.

Sincerely,

LEXISNEXIS USA

By: _____

Leticia Andrade
Immigration Compliance Specialist

DM2\8649521.1

AR0033

The Board of Trustees of the

# University of Cincinnati

on the recommendation of the Faculty of the

## Carl H. Lindner College of Business

of the University, does hereby confer upon

### Subhasree Chatterjee

the degree of

## Master of Science

with all the rights and privileges appertaining thereto. Given at Cincinnati, Ohio this sixth day of August, two thousand and sixteen.

_____
Chairman of the Board of Trustees

_____
Secretary of the Board of Trustees

_____
Interim President of the University

_____
Dean of the College

# UNIVERSITY OF CINCINNATI

Office of the Registrar
Cincinnati, Ohio 45221-0060

University Of Cincinnati Official Transcript

Page 1 of 1

Name: Subhasree Chatterjee
Student ID: 11157819

Print Date: 02/21/2017
Campus ID: M08670957
SSN: XXX-XX-XXXX
Birthdate:

## Beginning of Graduate Record

### 2015 Fall

LCB Master's
Carl H. Lindner College of Business
Business Administration (Business Analytics) Program

| Course | | Description | Att Hrs | E Hrs | | Grade | GPA Pts |
|---|---|---|---|---|---|---|---|
| BANA | 6035 | SIMULATION MODELING | 4.0 | 4.0 | | A | 16.000 |
| BANA | 6037 | DATA VISUALIZATION | 2.0 | 2.0 | | A | 8.000 |
| BANA | 6043 | STAT COMPUTING | 2.0 | 2.0 | | A | 8.000 |
| BANA | 7031 | PROBABILITY MODELS | 4.0 | 4.0 | | B+ | 13.332 |
| BANA | 7041 | STATISTICAL METHODS | 4.0 | 4.0 | | A | 16.000 |
| IS | 6030 | DATA MANAGEMENT | 2.0 | 2.0 | | A | 8.000 |

| | Att Hrs | E Hrs | P Hrs | GPA Hrs | GPA Pts | | |
|---|---|---|---|---|---|---|---|
| Term Tot | 18.0 | 18.0 | 0.0 | 18.0 | 69.332 | Term GPA | 3.852 |
| Trans Tot | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | | |
| Comb Tot | 18.0 | 18.0 | | 18.0 | 69.332 | | 3.852 |

### 2016 Spr

Program: LCB Master's
Plan: Carl H. Lindner College of Business
Business Administration (Business Analytics) Program

| Course | | Description | Att Hrs | E Hrs | Grade | GPA Pts |
|---|---|---|---|---|---|---|
| BANA | 6025 | OPTIMIZATION MODELS | 2.0 | 2.0 | A | 7.334 |
| BANA | 6026 | OPT METHODS | 2.0 | 2.0 | A | 8.000 |
| BANA | 7042 | STAT MODELING | 2.0 | 2.0 | A | 8.000 |
| BANA | 7046 | DATA MINING I | 2.0 | 2.0 | A | 8.000 |
| BANA | 7047 | DATA MINING II | 2.0 | 2.0 | A | 8.000 |
| BANA | 7048 | MULTIVAR METHODS | 2.0 | 2.0 | A | 8.000 |
| BANA | 7050 | FORECASTING METHODS | 2.0 | 2.0 | A | 8.000 |
| BANA | 7095 | GRAD. CASE STUDIES | 2.0 | 2.0 | A | 8.000 |
| BANA | 8083 | MS CAPSTONE | 0.0 | 0.0 | W | 0.000 |
| MKTG | 7000 | MARKETING FOUNDATNS | 1.0 | 1.0 | A | 4.000 |

| | Att Hrs | E Hrs | P Hrs | GPA Hrs | GPA Pts | | |
|---|---|---|---|---|---|---|---|
| Term Tot | 17.0 | 17.0 | 0.0 | 17.0 | 67.334 | Term GPA | 3.961 |
| Trans Tot | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | | |
| Comb Tot | 17.0 | 17.0 | | 17.0 | 67.334 | | 3.961 |

### 2016 Sum

Program: LCB Master's
Plan: Carl H. Lindner College of Business
Business Administration (Business Analytics) Program

| Course | | Description | Att Hrs | E Hrs | P Hrs | GPA Hrs | GPA Pts | Grade |
|---|---|---|---|---|---|---|---|---|
| BANA | 8083 | MS CAPSTONE | 1.0 | 1.0 | 1.0 | 0.0 | 0.000 | P |

| | Att Hrs | E Hrs | P Hrs | GPA Hrs | GPA Pts | | |
|---|---|---|---|---|---|---|---|
| Term Tot | 1.0 | 1.0 | 1.0 | 0.0 | 0.000 | Term GPA | 0.000 |
| Trans Tot | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | | |
| Comb Tot | 1.0 | 1.0 | | 0.0 | 0.000 | | 0.000 |

## ------- UNIVERSITY OF CINCINNATI AWARDS -------

Degree: Master of Science
Confer Date: 8/13/2016
College: CARL H. LINDNER COLLEGE OF BUSINESS
Plan: MASTER OF SCIENCE
AUGUST 6, 2016
BUSINESS ADMINISTRATION (BUSIN

## Graduate Career Totals

| | Att Hrs | E Hrs | P Hrs | GPA Hrs | GPA Pts | | |
|---|---|---|---|---|---|---|---|
| Cum Tot | 36.0 | 36.0 | 1.0 | 35.0 | 136.666 | Cum GPA | 3.905 |
| Trans Tot | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | | |
| Comb Tot. | 36.0 | 36.0 | | 35.0 | 136.666 | | 3.905 |

------- End of University of Cincinnati Official Transcript -------



This transcript is a record of the student's academic performance and academic standing only.

Disclosure of information contained in this transcript may not be made to another party without the prior written consent of the student whose name appears herein. This information may be used solely by the individual or institution to which it was originally released for the purpose for which the disclosure was made.

**Douglas K. Burgess, University Registrar**

Official transcript only. If signature is white with a grey background and marked with the words of the Office of the Registrar seal. See reverse side for explanation of entries.



**U.S. Department of Justice**
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students (OMB NO. 1653-0038)

Page 1

SEVIS

Student's Copy
N0013131597

Please read instructions on Page 2.
This page must be completed and signed in the U.S. by a designated school official.

1. Family Name (Surname)
   CHATTERJEE
   First (Given) Name                    Middle Name
   SUBHASREE
   Country of birth                      Date of birth (mm/dd/year)
   INDIA
   Country of citizenship                Admission number
   INDIA

For Immigration Official Use

2. School (School district) name
   University of Cincinnati
   University of Cincinnati

   School official to be notified of student's arrival in U.S. (Name and Title)
   Andrew Sionix
   Advisor, UC International Services
   School address (include zip code)
   2600 Clifton Avenue
   Cincinnati, OH 45221

Visa issuing post        Date Visa issued

   School code (including 3-digit suffix, if any) and approval date:
   CLE214F00355000          approved on  01/27/2003

Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
   ☒ initial attendance at this school.

   Level of education the student is pursuing or will pursue in the United States:
   MASTER'S

5. The student named above has been accepted for a full course of study at this
   school, majoring in Management Science
   The student is expected to report to the school no later than 08/24/2015
   and complete studies not later than 08/17/2016 . The normal length of
   study is  12  months.

6. English proficiency:
   ☒ This school requires English proficiency.
   ☒ The student has the required English proficiency.

7. This school estimates the student's average costs for an academic term of
   9 (up to 12) months to be:
   a. Tuition and fees                   $    16,910.00
   b. Living expenses                    $    14,255.00
   c. Expenses of dependents  ( 0 )      $        0.00
   d. Other (specify):                   $     2,358.00
      Total                              $     43,523.00

8. This school has information showing the following as the student's
   means of support, estimated for an academic term of  12
   months (Use the same number of months given in item 7).
   a. Student's personal funds           $        0.00
   b. Funds from this school             $        0.00
      Specify type:
   c. Funds from another source          $    43,523.00
      Specify type: Family and Educational Loan
   d. On-campus employment               $        0.00
      Total                              $    43,523.00

9. Remarks:

10. School Attestation: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form
    and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of
    the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the
    execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student
    will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6). I am a designated official of the above named school and am authorized
    to issue this form.
    Andrew Sionix                        Advisor, UC International Services
    _Andrew Sionix_                      _at Services_              04/21/2015    Cincinnati, OH
    Name of School Official              Signature of Designated School Official    Title    Date Issued    Place Issued (city and state)

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on
    page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I
    seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this
    form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine
    my nonimmigrant status.
    SUBHASREE CHATTERJEE                  _subhasree Chatterjee_         23.04.15
    Name of Student                       Signature of Student            Date

    Name of parent or guardian            Signature of parent or guardian    Address (city)    (State or Province)    (Country)    (Date)
    (if student is under 18)

    Form I-20 A-B (Rev. 01-25-10) N

For Official Use Only
Microfilm Index Number:

AR0037

Page 2

3. SCHOOL. For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa, by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

4. REENTRY. A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

5. TRANSFER. A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

6. EXTENSION OF STAY. If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

7. EMPLOYMENT. As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

8. Notice of Address. If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

9. Arrival/Departure. When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

10. Financial Support. You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

11. Authorization to Release Information by School. To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

12. Penalty. To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

AUTHORITY FOR COLLECTING. Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form.

REPORTING BURDEN. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536, and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503.

AR0038





Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID:** ▮▮▮▮▮▮▮

| | |
|---|---|
| **SURNAME/PRIMARY NAME** Chatterjee | **GIVEN NAME** Subhasree |
| **PREFERRED NAME** Subhasree Chatterjee | **PASSPORT NAME** |
| **COUNTRY OF BIRTH** INDIA | **COUNTRY OF CITIZENSHIP** INDIA |
| **DATE OF BIRTH** ▮▮▮▮ | **ADMISSION NUMBER** |
| **FORM ISSUE REASON** CONTINUED ATTENDANCE | **LEGACY NAME** Subhasree Chatterjee |

**CLASS**

# F-1

ACADEMIC AND LANGUAGE

**SCHOOL INFORMATION**

| | |
|---|---|
| **SCHOOL NAME** University of Cincinnati University of Cincinnati | **SCHOOL ADDRESS** 2600 Clifton Avenue, Cincinnati, OH 45221 |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL** Brittaney Smith Advisor, UC International Services | **SCHOOL CODE AND APPROVAL DATE** CLE214F10355000 27 JANUARY 2003 |

**PROGRAM OF STUDY**

| | |
|---|---|
| **EDUCATION LEVEL** MASTER'S | **MAJOR 1** Management Science 52.1301 | **MAJOR 2** None 00.0000 |
| **NORMAL PROGRAM LENGTH** 12 MONTHS | **PROGRAM ENGLISH PROFICIENCY** Required | **ENGLISH PROFICIENCY NOTES** Student is proficient |
| **PROGRAM START DATE** 23 AUGUST 2016 | **PROGRAM END DATE** 03 AUGUST 2016 | |

**FINANCIALS**

| ESTIMATED AVERAGE COSTS FOR: 12 MONTHS | | STUDENT'S FUNDING FOR: 12 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 26,210 | Personal Funds | $ 0 |
| Living Expenses | $ 15,255 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family and Educational Loan | $ 43,593 |
| Health Insurance | $ 2,128 | On-Campus Employment | $ |
| **TOTAL** | $ 43,593 | **TOTAL** | $ 43,593 |

**REMARKS**

Student is seeking post completion OPT in a position that is directly related to the field of study... major and academic sciences

**SCHOOL ATTESTATION**

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

▮▮▮▮▮ (signature)

| SIGNATURE OF ... Advisor, UC International | DATE ISSUED 10 May 2016 | PLACE ISSUED Cincinnati, OH |

**STUDENT ATTESTATION**

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

| SIGNATURE OF ... STUDENT | DATE 05-10-2016 |
| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country) | DATE |

Page 1 of 3

Department of Homeland Security
ICE, Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

SEVIS ID: ███████ (F-1)        NAME: Subhasree Chatterjee

**EMPLOYMENT AUTHORIZATIONS**

| AUTHORIZATION TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|---|---|---|---|---|
| OPT-COMPLETION OF | FULL TIME | REQUESTED | 04 AUGUST 2015 | 03 AUGUST 2017 |

**CHANGE OF STATUS/CAP-GAP EXTENSION**

**AUTHORIZED DROP BELOW FULL COURSE OF STUDY**

**TRAVEL ENDORSEMENT**

This page, when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

REVISION: 03/16/2010

Page 2 of 3

**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION:** You should read everything on this page carefully. Be sure that you understand the forms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20:** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION:** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to give the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION:** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid visa (unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon admission/entry to the United States, you must report to the DSO at the school named on your Form I-20 and Your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States you must contact the school named on the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT:** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be eligible for several kinds of employment while you are attending school. You may apply for written permission from your DSO or U.S. Citizenship and Immigration Services (USCIS) for employment under certain circumstances. All employment is governed by laws and is subject to severe economic hardship. You must apply for employment authorization from USCIS related to your degree. You must have authorization from USCIS before you begin work. Contact your DSO for information about the employment application) may not work in the United States.

**PERIOD OF STAY:** You may remain in the United States while taking a full course of study. After authorized employment after your program, F-1 status requires you to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the expiration of your Form I-20; or 3) the termination of your program for any reason. Contact your DSO for details.

**EXTENSION OF PROGRAM:** If you cannot complete the education program by your program end date on your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER:** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 to the DSO at the school (within 15 days after beginning attendance at the new school). The DSO will then report to the Department of Homeland Security (DHS). You must enroll in the new school at the next session/start date. The DSO must then update your registration in SEVIS.

**NOTICE OF ADDRESS:** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY:** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO.

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL:** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY:** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(t) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20:** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING:** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefit requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement, 801 I Street NW, Stop 5300, Washington, DC 20536-5600. Do not send the form to this address.

ICE Form I-20 (3/31/2018)

Page 3 of 3

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID:**

**SURNAME/PRIMARY NAME**

**PREFERRED NAME**

**COUNTRY OF BIRTH**
INDIA

**DATE OF BIRTH**

**GIVEN NAME**
Subhashree

**PASSPORT NAME**

**COUNTRY OF CITIZENSHIP**
INDIA

**ADMISSION NUMBER**

**LEGACY NAME**
Subhashree Chatterjee

**Class of Admission**

# F-1

**ACADEMIC AND LANGUAGE**

**FORM ISSUE REASON**
INITIAL ATTENDANCE

**SCHOOL INFORMATION**

**SCHOOL NAME**
University of Cincinnati

**SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL**

**SCHOOL ADDRESS**
2600 Clifton Avenue, Cincinnati, OH 45221

**SCHOOL CODE AND APPROVAL DATE**
CLE214743835000
27 JANUARY, 2003

**PROGRAM OF STUDY**

**EDUCATION LEVEL**
MASTER'S

**PROGRAM ENGLISH PROFICIENCY**
REQUIRED

**START OF CLASSES**

**MAJOR 1**
Management Science 52.1301

**ENGLISH PROFICIENCY NOTES**
Student is proficient

**PROGRAM START DATE**
24 AUGUST 2015 - 03 AUGUST 2016

**MAJOR 2**
None 00.0000

**EARLIEST ADMISSION DATE**
25 JULY 2015

**FINANCIALS**

| ESTIMATED AVERAGE COSTS FOR: 12 MONTHS | | STUDENT'S FUNDING FOR: 12 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 24,210 | Personal Funds | $ 0 |
| Living Expenses | $ 15,255 | Funds From This School | $ |
| Expenses of Dependents (0) | $ | Family and Educational Loan | $ 43,593 |
| Other (Graduate) | $ 2,128 | On-Campus Employment | $ |
| TOTAL | $ 43,593 | TOTAL | $ 43,593 |

**REMARKS**

**SCHOOL ATTESTATION**

DATE ISSUED                PLACE ISSUED
05 August 2016             Cincinnati, OH

**STUDENT ATTESTATION**

SIGNATURE OF STUDENT                DATE

NAME OF PARENT OR GUARDIAN    SIGNATURE         ADDRESS (city/state or province/country)    DATE

Page 1 of 3

ICE Form I-20 (3/31/2015)



Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

SEVIS ID: ▮▮▮▮▮▮▮ (F-1)     NAME: Subhasree Chatterjee

EMPLOYMENT AUTHORIZATIONS

| TYPE | FULL/PART TIME | STATUS | START DATE | END DATE |
|---|---|---|---|---|
| POST-COMPLETION OPT | FULL TIME | APPROVED | 04 AUGUST 2016 | 03 AUGUST 2017 |

EMPLOYER INFORMATION

| TYPE | AUTHORIZATION DATES |
|---|---|
| POST-COMPLETION OPT | 04 AUGUST 2016 – 03 AUGUST 2017 |

| EMPLOYER NAME | START DATE | END DATE | CITY & STATE |
|---|---|---|---|
| | 04 AUGUST 2016 | 03 AUGUST 2017 | RALEIGH, NC |

CHANGE OF STATUS/CAP-GAP EXTENSION

AUTHORIZED REDUCED COURSE LOAD

CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|

TRAVEL ENDORSEMENT
This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

ICE Form I-20 (3/31/2010)

Page 2 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of this Form I-20.A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you are authorized in the United States and that you are authorized to stay for admission to the United States in F-1 class of admission. A student may use Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school to obtain your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). You must have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the information of the school and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa (unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon entering the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular official for an F-1 visa that matches the new school. Failure to enroll in school by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for termination of your student status and removal from the United States. You may engage in certain employment. You may engage in on-campus employment. You must also obtain authorization from your DSO and the U.S. Citizenship and Immigration Services (USCIS) for off-campus employment or practical training. You may apply for a Social Security Number (SSN). To do so, you need to present: 1) your Form I-20; 2) proof of your F-1 status; 3) proof of your identity; and 4) your passport.

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study and during authorized employment after your program. F-1 status will be required to leave the United States on the earliest of the following: 1) your program end date on your Form I-20 plus 60 days; 2) the day following the withdrawal of your program; or 3) the termination of your program for any other reason. Contact your DSO for detail.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on your Form I-20, you should contact your DSO. Before the end date of the program and data to request an extension.

**SCHOOL TRANSFER.** To transfer schools, you must notify the DSO at the school you are attending of your intent to transfer and obtain a Form I-20 from the new school to the DSO. When you obtain a Form I-20 for the new school to the DSO, you must enroll within 15 days of beginning attendance at the new school. The DSO will record the transfer in the Department of Homeland Security (DHS) you must complete the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO.

**AUTHORIZATION TO RELEASE INFORMATION BY DHS.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Form I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that this form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no materially changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there has been a material change, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's admission into the United States and current immigration status from the school. The school must have the student's address, program of study, and financial resources on record at all times.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of a larger mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 10 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection, unless it displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer Forms Management Branch, U.S. Immigration and Customs Enforcement, 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

ICE Form I-20 (3/31/2018)

# <u>DUPLICATE COPY</u>

# PLEASE FORWARD TO KCC

AR0046

I94 - Official Website

Page 1 of 1



**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number :** ████████

**Most Recent Date of Entry:** 2018 February 19

**Class of Admission :** F1

**Admit Until Date :** D/S

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | CHATTERJEE |
| First (Given) Name : | SUBHASREE |
| Birth Date : | 1989 ████ |
| Passport Number : | ████████ |
| Country of Issuance : | India |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2018

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

AR0047

3/7/2018



AR0048



REPUBLIC OF INDIA

Country Code
IND

Surname
CHATTERJEE

Given Name(s)
SUBHASREE

Nationality
INDIAN

Sex
F

Date of Birth
/1989

Place of Birth
SSKM HOSPITAL

Place of Issue
KOLKATA

Date of Issue
28/10/2010

Date of Expiry
27/10/2020

CHATTERJEE<<SUBHASREE<<<<<<<<<<<<<<<<<
IND8905215F2010278<<<<<<<<<<<<<<<6

Name of Father / Legal Guardian
CHATTERJEE

CHATTERJEE

NAGAR,
KOLKATA-700114

Old Passport No. with Date and Place of Issue

May 7, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590

LEXISNEXIS USA
c/o MICHAEL W HOOPS
DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036



**U.S. Citizenship
and Immigration
Services**

Form I-129, Petition for a Nonimmigrant Worker



WAC1814451524



A111-665-024

## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL
NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires
additional evidence to process your form. Please provide the evidence requested below. Include
duplicate copies if you are requesting consular notification.

**Your response must be received in this office by August 2, 2018.**

Please note that you have been allotted the maximum period allowed for responding to a Request for
Evidence (RFE). The time period for responding cannot be extended. Title 8, Code of Federal
Regulations (8 CFR) § 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are
encouraged to respond to this request as early as possible, but no later than the deadline provided
above. If you do not respond to this notice within the allotted time, your case may be denied. The
regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested
evidence, USCIS will consider your response a request for a decision on the record. 8 CFR
§ 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a
full and **complete** English translation. The translator must certify that the translation is accurate and he
or she is competent to translate from that language to English. **If you submit a foreign language
translation in response to this request for evidence, you must also include a copy of the foreign
language document.**

Processing of your Form I-129 will resume upon receipt of your response. If you have not heard from
USCIS within **60 days of responding**, you may contact the USCIS National Customer Service Center
(NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at
**1-800-767-1833.**

AR0050

On April 12, 2018, your organization, LEXISNEXIS USA, filed a Petition for a Nonimmigrant
Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS), seeking to classify
CHATTERJEE, SUBHASREE (beneficiary) as a temporary worker in a specialty occupation (H-1B)
under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA).

A specialty occupation is one that requires the theoretical and practical application of a body of highly
specialized knowledge and that requires the attainment of a bachelor's or higher degree in a specific
specialty, or its equivalent, as a minimum, for entry into the occupation in the United States.

You seek new employment for the beneficiary and requested that USCIS notify the consulate. You
stated on the Form I-129 that you are an information solutions busines with 5603 employees.  You
seek to employ the beneficiary as a data analyst from October 1, 2018 to September 1, 2021.

To process your petition and determine whether your organization and the beneficiary are eligible,
additional information is required.  This request provides suggested evidence that you may submit to
satisfy each requested item.  You may:



- Submit one, some, or all of these items;
- Submit none of the suggested items and instead submit other evidence to satisfy the request;
- Explain how the evidence in the record already establishes eligibility; or
- Request a decision based on the record.

Please note that you are responsible for providing evidence showing that your organization and the
beneficiary meet all requirements and are eligible for the requested benefit at the time you filed the
Form I-129.  Also, note that statements made in cover letters should be supported with additional
documentary evidence.

### Specialty Occupation

A specialty occupation is one that requires the theoretical and practical application of a body of highly
specialized knowledge and which requires the attainment of a bachelor's or higher degree in a specific
specialty, or its equivalent, as a minimum, for entry into the occupation in the United States.

USCIS does not use the job title, by itself, when determining whether a particular position qualifies as
a specialty occupation.  The specific duties of the proffered position, combined with the nature of the
petitioning entity's business operations, are factors that USCIS considers.

To qualify as a specialty occupation, the position must meet at least one of the following criteria:

1. Bachelor's or higher degree or its equivalent is normally the minimum requirement for entry
   into the particular position;
2. The degree requirement is common to the industry in parallel positions among similar
   organizations or, in the alternative, an employer may show that its particular position is so
   complex or unique that it can be performed only by an individual with a degree;
3. The employer normally requires a degree or its equivalent for the position; or
4. The nature of the specific duties is so specialized and complex that knowledge required to
   perform the duties is usually associated with the attainment of a bachelor's or higher degree.

USCIS interprets the term degree in the above criteria to mean not just any degree, but a degree in a
specific field of study that is directly related to the proffered position.

**AR0051**

To show that the position offered to the beneficiary qualifies as a specialty occupation, you submitted:

- Description of the beneficiary's duties;
- A certified Labor Condition Application (LCA);
- Information about your organization's products or services.

USCIS recognizes the *Occupational Outlook Handbook* ("OOH"), a publication of the U.S. Department of Labor (DOL), as an authoritative source on the duties and educational requirements of the wide variety of occupations that it addresses. You provided a certified Labor Condition Application (LCA) from the DOL that the proffered position is a Computer Occupations – All Other position. The OOH does not contain descriptions for this occupation. You did not provide other evidence to show that a bachelor's degree or higher or its equivalent in a specific specialty is normally required for entry into the position.

Moreover, the duties as described do not establish the depth, complexity, level of specialization, or substantive aspects of the duties for which the beneficiary would be responsible. You described the duties of the proffered position in relatively generalized and abstract terms that do not relate substantial details about either the position or its constituent duties. You did not further elaborate on the specific tasks, methodologies and applications of knowledge that would be required in furtherance of these overarching duties. This type of generalized description may be appropriate when defining the range of duties that may be performed within an occupational category, but it does not adequately convey the substantive work that the beneficiary will perform. Without a meaningful job description, the record lacks evidence sufficiently concrete and informative to demonstrate that the proffered position requires a specialty occupation's level of knowledge in a specific specialty.

You have not shown that the position offered to the beneficiary is a specialty occupation. You may submit additional evidence to satisfy this requirement. Evidence may include, but is not limited to:

- A detailed statement to:
  - o explain the beneficiary's proposed duties and responsibilities;
  - o indicate the percentage of time devoted to each duty; and
  - o state the educational requirements for these duties.
- A copy of a line-and-block organizational chart showing your hierarchy and staffing levels. The organizational chart should:
  - o list all divisions in the organization;
  - o identify the proffered position in the chart;
  - o show the names and job titles for those persons, if any, whose work will come under the control of the proposed position; and
  - o indicate who will direct the beneficiary, by name and job title.
- Job postings or advertisements showing a degree requirement is common to the industry in parallel positions among similar organizations.
- Letters from an industry-related professional association indicating that they have made a bachelor's degree or higher in a specific specialty a requirement for entry into the field.
- Copies of letter or affidavits from firms or individuals in the industry that attest that similar organizations routinely employ and recruit only degreed individuals in a specific specialty. Any letter or affidavit should be supported by the following:
  - o The writer's qualifications as an expert;
  - o How the conclusions were reached; and
  - o The basis for the conclusions supported by copies or citations of any materials used.
- Copies of your present and past job postings or announcements for the proffered position showing that you require applicants to have a minimum of a bachelor's or higher degree in a



specific specialty or its equivalent.
- Documentary evidence of your past employment practices for the position, including:
  - Copies of employment or pay records; and
  - Copies of degrees or transcripts to verify the level of education of each individual and the field of study for which the degree was earned.
- An explanation of what differentiates your products and services from other employers in the same industry and why a bachelor's level of education in a specific field of study is a prerequisite for entry into the proffered position.  Be specific and provide documentation to support any explanation of complexity.
- Copies of documentary examples of work product created by current or prior employees in similar positions, such as:
  - Reports;
  - Presentations;
  - Evaluations;
  - Designs; or
  - Blueprints.
- Additional information about your organization, such as:
  - Press releases;
  - Business plans;
  - Promotional materials;
  - Advertisements;
  - Patents; or
  - Articles.
- Any evidence you believe will establish that the position qualifies as a specialty occupation.

<u>PLEASE RETURN THE REQUESTED INFORMATION AND ALL SUPPORTING DOCUMENTS</u>
<u>WITH THIS ORIGINAL REQUEST ON TOP TO:</u>
**<u>U.S. CITIZENSHIP AND IMMIGRATION SERVICES</u>**
**<u>P.O. BOX 10590</u>**
**<u>LAGUNA NIGUEL, CA. 92607-0590</u>**

Sincerely,



Kathy A. Baran
Director, California Service Center

# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
TAIWAN
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

MICHAEL W. HOOPS
Ph. 212.471.1846
Fax 212.202.4881

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

June 18, 2018

**VIA FEDERAL EXPRESS**

USCIS California Service Center
Attn: I-129 H-1B
24000 Avila Road
2nd Floor, Room 2312
Laguna Niguel, CA 92677

     **Re:**   **LexisNexis USA - Petition for H-1B Status on Behalf of Subhasree Chatterjee**

Dear Officer:

In connection with the May 7, 2018 Request for Evidence issued by your office in reference to the above-listed matter, enclosed please find the following:

1.  Statement from LexisNexis USA addressing your evidentiary requests; and
2.  Supporting documents.

Please do not hesitate to contact me at 212-471-1846 if you have any questions.

Regards,

Michael Hoops

Special Counsel

MWH
Enclosures



June 12, 2018

U.S. Citizenship & Immigration Services
California Service Center

Re:     **Response to Request for Evidence**
         Petitioner: LexisNexis USA
         Beneficiary: Subhasree Chatterjee
         Receipt No.: WAC-18-144-51524

Dear Officer:

Thank you for the opportunity to provide additional evidence in connection with the H-1B petition filed by
LexisNexis USA on behalf of Ms. Chatterjee. We address your evidentiary requests below.

## I.     Specialty Occupation

As indicated in the H-1B petition filed on his behalf, Ms. Chatterjee will be employed by LexisNexis USA
as a Data Analyst. In this position, she will utilize her business analytics education and relevant
professional experience to:

- Use SQL to extract data to describe user behavior on LexisAdvance, accessing the correct data
  sources, checking data integrity, and ensuring overall data quality (30%);

- Use R, Python, or other statistical programming software to program analyses and generate reports
  leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or logistic
  regression so that decisions on A/B test results are made with full statistical confidence (20%);

- Perform exploratory data analyses using tools like R and Python; techniques such as descriptive
  statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction (20%);

- Use Looker or other Business Intelligence tools to visualize data to provide ongoing insight into
  key metrics for stakeholders in the UX and PM teams (10%);

- Assist stakeholders in the formulation of hypotheses for web analytics A/B testing (10%);

AR0055

- Present findings of reports to stakeholders, ensuring they understand implications of how decisions can affect the customer experience (5%); and
- Train stakeholders in the use of data tools such as Looker, ElasticSearch, and Kibana; document use of those tools for stakeholder reference (5%)

Ms. Chatterjee's work will be fully supervised by Steve Comey, Global Digital Business Director at LexisNexis USA, to whom she will directly report (please refer to **Exhibit A** for an organizational chart depicting Mr. Comey's team).

Our Data Analyst position, which is most closely akin to the Department of Labor's "Business Intelligence Analyst" position (O*NET Code 15-1199.08), is a professional, full-time position which requiring the services of an individual with a bachelor's degree in business analytics, statistics mathematics, or a related quantitative field. Without a relevant bachelor's degree an individual would be entirely incapable of performing the job duties of our Data Analyst position. Specifically, bachelor's level programs in business analytics, statistics, mathematics, or a related quantitative field have required courses in subject matters that are necessary to perform the job duties of the Data Analyst position. Ms. Chatterjee holds a Master of Science degree in Business Administration (Business Analytics) from The University of Cincinnati. As such, her educational background is directly relevant to our Data Analyst position.

As noted above, our Data Analyst position is most closely akin to the Department of Labor's "Business Intelligence Analyst" position. While there is no corresponding position in the Department of Labor's Occupational Outlook Handbook, enclosed, please find job postings for positions similar to our Data Analyst. You will note that these positions also require bachelor's degree in quantitative fields (please refer to **Exhibit B**).

Finally, as evidence that both our Data Analyst position is a specialty occupation for H-1B classification purposes, and that Ms. Chatterjee qualifies for this position on the basis of her Master's degree in Business Analytics, enclosed in **Exhibit C** please find a professional opinion letter from Dr. Gerhard Steinke, Professor of Management and Information Systems, Seattle Pacific University. With regard to our Data Analyst position, Dr. Steinke states:

> "After examining the Data Analyst position in detail, it becomes apparent that a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field provides an individual with the core competencies and skills needed for the role. This is because the nature of these specific responsibilities and knowledge is so specialized and complex that knowledge required to perform these duties is usually associated with the attainment with a bachelor's degree in this field.
>
> The duties listed above require the employee to understand data and information technologies, databases, design options, along with business intelligence processes and methodologies. This position requires a broad understanding of the business environment, as well as knowledge and understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. Such deeper knowledge and understanding is seldom achieved without a solid university education. A position with these duties would normally be entrusted only to a person with a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field at a minimum in order to competently handle the duties required by the Data Analyst position."

With regard to Ms. Chatterjee's qualifications for our Data Analyst position, Dr. Steinke states:

> "Ms. Subhasree Chatterjee earned a Master of Science degree in the Business Administration (Business Analytics) Program—and thus meets the minimum requirement of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field.

Furthermore, here are some of the relevant graduate courses that Ms. Subhasree Chatterjee has completed giving her a solid understanding of business intelligence topics such as quantitative analysis, statistics and modeling:

- Simulation Modeling
- Data Visualization
- Statistical Computing
- Probability Models
- Statistical Methods
- Data Management
- Optimization Models
- Optimization Methods
- Statistical Modelling
- Data Mining I, II
- Multivariate Methods
- Forecasting Methods
- Marketing Foundations

I conclude that Ms. Subhasree Chatterjee is qualified for the position of Data Analyst since her degree matches the minimum degree requirement and her academic program included numerous relevant courses such as the courses listed above."

In conclusion, Dr. Steinke states:

"Based on my qualifications, I conclude that the position of Data Analyst is a specialty occupation as defined under 8 C.F.R. 214.2(h)(4)(ii) requiring theoretical and practical application of a body of highly specialized knowledge, a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field and meets sufficient criteria for a specialty occupation under 8   C.F.R. 214.2(h)(4)(iii)(A). In addition, I conclude that the nature of the position is so specialized and complex that only an individual with a Bachelor's degree in such a field would be able to perform the job duties. Furthermore, the degree requirement is common to the industry in parallel positions among similar organizations and firms similar to the petitioner's routinely recruit and employ only degreed individuals in the specific specialty. I also conclude that Ms. Subhasree Chatterjee is qualified for the position of Data Analyst by virtue of her academic achievements."

## II.      Conclusion

We trust that we have provided sufficient documentation and information to address each of your evidentiary requests. Please do not hesitate to contact me if you need additional information.

Sincerely,
LEXISNEXIS USA

Leticia Andrade
Immigration Compliance Specialist



Find Jobs    Company Reviews    Find Salaries    Find Resumes    Employers / Post Job      Upload Your Resume    Sign In

**What**
Data Analyst quantitative
job title, keywords or company

**Where**
city, state, or zip

**Data Analyst**
Kum & Go - 531 reviews -
West Des Moines, IA

**Apply On Company Site**

Data Analyst quantitative jobs

**Recommended Jobs** - 57 new

My Recent Searches
Data Analyst - 81 new
Data Analys - Pennsylvania
Data Analyst business analytics - Pennsylvania
Data Analyst - Pennsylvania - 1 new
Software Engineer III - 1 new
Quality Test Engineer - 28 new
Data Systems Engineer - 53 new
Systems Engineer - 111 new
Software Engineer 1 year - 10 new
» clear searches

SORT BY:
Relevance - Date

Salary Estimate
| | |
|---|---|
| $65,000 | (8946) |
| $75,000 | (7690) |
| $90,000 | (5405) |
| $100,000 | (4911) |
| $120,000 | (1978) |

Job Type
| | |
|---|---|
| Full-time | (10647) |
| Contract | (455) |
| Part-time | (153) |
| Temporary | (109) |
| Internship | (106) |
| Commission | (65) |

Location
| | |
|---|---|
| New York, NY | (1163) |
| San Francisco, CA | (571) |
| Chicago, IL | (445) |
| Boston, MA | (300) |
| Atlanta, GA | (312) |

More »

Company
| | |
|---|---|
| Wells Fargo | (148) |
| Amazon.com | (127) |
| Bank of America | (124) |
| JP Morgan Chase | (105) |
| Google | (101) |

More »

Experience Level
| | |
|---|---|
| Mid Level | (5198) |
| Entry Level | (2199) |
| Senior Level | (1697) |

Tip: Enter your zip code in the "where" box to show results in your area.

Upload your resume - Let employers find you

Show: All Jobs - 9 New Jobs

**Quantitative Research Analyst/ Senior Research Analyst**
Research for Action - 3 reviews -
Philadelphia, PA 19110
Quantitative Research Analyst* Research for Action (RFA) is seeking an Analyst or Senior Analyst in Quantitative Research to contribute to education policy and...
Easily apply
Sponsored - Save Job

**Staff Data Scientist**
eBay Inc. - 1,201 reviews - San Jose, CA
Strong understanding with Bachelor's degree in Computer Science, Math, Economics, Physics, Engineering....
Sponsored - Save Job

**Scientist - Data and Statistics**
United Airlines Inc. - 2,044 reviews -
Chicago, IL 60601
MS degree in Quantitative field In-depth knowledge of United/industry data sources Drives management decisions through descriptive and inquisitive data...
Sponsored - Save Job

**Smart Device Services Data Analyst/Engineer**
HP - 9,861 reviews - Boise, ID
Strong knowledge of machine learning algorithms including, conducting exploratory data analysis, cleaning/imputing noisy/missing data, feature engineering....
Sponsored - Save Job

**Data Scientist**
RR Donnelley - 2,758 reviews - Bolingbrook, IL
The Data Scientist will define data collection requirements, perform statistical analysis on data sets and create reports....
8 hours ago - Save Job - More...

**J-Tech I - Data Analyst II**
Saalex Solutions - 3 reviews - Ridgecrest, CA 93555
Performs professional work in operations research and analyzes test runs on computers to correct or direct correction of programs and input data....
Saalex Solutions, Inc. - 1 day ago - Save Job - More...

**Associate, Data Analyst**
MSCI Inc. - 6 reviews - Norman, OK 73072
As a Data Analyst you will develop business logic required to integrate upstream data feeds to a normalized set of terms and conditions data models....
1 day ago - Save Job - More...

**Data Analyst**
Kum & Go - 532 reviews - West Des Moines, IA
Kum & Go is searching for a Data Analyst, who will provide the aforementioned views of business operations to support key partners in decision-making across the....
14 days ago - Save Job - More...

**Data Scientist**
RS Energy Group - Conshohocken, PA
Quantitative background with advanced degrees (Master +) in Statistics, Computer Science, Informatics, Data Science, Mathematics or Actuarial Science....
12 hours ago - Save Job - More...

**Data Analyst**
Calendly - Atlanta, GA
Calendly is looking for a Data Analyst to help drive growth throughout the funnel. Work as an embedded data analyst within our marketing organization to help....
19 hours ago - Save Job - More...

**Data Analyst - FCA**
Internet Brands - Troy, MI
Data Analyst, Business Analyst, Web, online, Internet, Statistics, Analytics. Internet Brands is searching for a Data Analyst....
16 hours ago - Save Job - More...

**Quantitative Analyst**
Fitch Ratings - 61 reviews - New York, NY

**Data Analyst**
Kum & Go - 531 reviews -
West Des Moines, IA
Advanced Job Search

Do you have experience with statistical software and programming languages (such as SPSS, SQL, SAS, and R) and look forward to utilizing that skillset to meet and exceed critical deadlines? Do you have an advanced analytical skillset that also encompasses a working knowledge of Tableau (or similar visualization tools), in addition to knowledge of relationship databases? Are you looking forward to an opportunity to work across multiple departments of the organization, supporting these partners' decision making with historical, current, and predictive views of business data?

Kum & Go is searching for a Data Analyst, who will provide the aforementioned views of business operations to support key partners in decision-making across the enterprise. This position is responsible for working closely with technology, operations, marketing, and other business groups to perform statistical analyses addressing business challenges. Success is measured by the ability to perform in-depth analysis, give recommendations, and deliver solutions to all areas of the organization.

**What you'll do**
- Execute assigned projects by analyzing large data sources to understand key drivers of the business. Creatively and rigorously apply statistical data analysis techniques to a wide range of business problems - techniques can include segmentation, predictive modeling, forecasting, and multivariate analysis. Derive conclusions and recommendations, and present these findings to the business.
- Support the execution of the &Rewards loyalty program through ad-hoc customer analysis, customer list selection, and offer analysis.
- Create and generate reports tracking key metrics with the purpose of maximizing sales and gross margin. Provide executive summaries showing key insights derived from the reports.
- Identify, research, and implement new, cutting-edge analytics techniques.

**What we're looking for**
- Intermediate skills with statistical software and programming languages, such as SPSS, SQL, SAS, and R.
- Working knowledge of Tableau or similar visualization tools.
- Intermediate knowledge of relational databases, such as MS SQL Server, Oracle, and Teradata.
- Advanced Excel and ad-hoc reports.
- Ability to produce standard and ad-hoc reports.
- Ability to multi-task and meet critical deadlines.
- Ability to derive insights and create recommendations.
- Must have strong communication skills.
- Ability to work independently, as well as be a team player.
- Ability to manage projects.

**Other key requirements**
- Bachelor's Degree in a quantitative field, such as business analytics, statistics, mathematics, economics, operations research, or a closely related field is required.
- Master's Degree is preferred.
- Minimum of 1 year of experience in a similar role is required.

**Leadership Competencies**
- Communication: Delivers clear, effective communication and listens to others
- Conceptual/Systems Thinking: Recognizes patterns, trends, themes, and connections in information to develop innovative ideas and solutions
- Constructive Engagement: Expresses ideas and disagreements, constructively resolves conflict, and encourages others to do the same
- Customer Orientation: Meets the expectations and needs of internal and external customers
- Decision Making: Makes good decisions in a timely manner

**Dismiss**

By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.

Case 1:19-cv-01893-JEJ  Document 74  Filed 07/21/19  Page 61 of 189

Find Jobs    Company Reviews    Find Salaries    Find Resumes    Employers / Post Job

Upload Your Resume    Sign In

**What**
Data Analyst business analytics
job title, keywords or company

**Where**
Pennsylvania
city, state, or zip

Data Analyst business analytics jobs in
Pennsylvania

Recommended Jobs - 75 new

My Recent Searches

Data Analyst - Pennsylvania
Software Engineer III - 1 new
Quality Test Engineer - 28 new
Software Systems Engineer - 53 new
Systems Engineer - 111 new
Software Engineer 1 year - 1 new
Software Engineer - 9 new
Software Engineer Bachelor's deg...
Software Engineer II - 4 new
» clear searches

SORT BY:
Relevance · Date

Salary Estimate
$65,000          (601)
$75,000          (482)
$85,000          (363)
$95,000          (264)
$105,000         (160)

Job Type
Full-time        (689)
Contract         (41)
Part-time        (15)
Internship       (9)
Temporary        (5)
Commission       (2)

Location
Philadelphia, PA        (201)
Pittsburgh, PA          (160)
King of Prussia, PA     (38)
Malvern, PA             (25)
Plymouth Meeting, PA    (19)
More »

Company
Highmark Health         (62)
Comcast                 (27)
PNC Financial Services Gr...  (22)
CMI Media and Compas, Inc.  (16)
IQVIA                   (16)
More »

Experience Level
Mid Level               (376)
Senior Level            (129)
Entry Level             (98)

Upload your resume - Let employers find you

Page 3 of 722 jobs

## RISK MANAGEMENT DATA ANALYST
Beneficial Bank -        79 reviews - Philadelphia, PA
Minimum of 3 - 5 years experience with data analytics. The Data Analyst provides the analysis that drives strategic decision-making....
Easily apply
Sponsored - Save Job

## Analyst, Hedging Operations
Lincoln Financial -                665 reviews -
Philadelphia, PA
The Analyst will be involved in implementing models that combine capital market, actuarial and quantitate finance disciplines to produce data and analytics that...
Sponsored by Lincoln Financial Group - Save Job

## Marketing Data Analyst
Nutrisystem -            99 reviews - Fort Washington, PA
$95,000 - $100,000 a year
Design analytic plans, translating business problems/opportunities into analytic approaches. Nutrisystem is seeking a Marketing Data Analyst to join its growing...
Easily apply
Sponsored - Save Job

## Data Scientist Analyst Staff
LOCKHEED MARTIN CORPORATION -
         5,747 reviews - King of Prussia, PA 19406
The Data Scientist understands structure and techniques of data analysis and can lead data analysts. The Data Scientist will be fully integrated into the team's...
28 days ago - Save Job - More...

## Data Analyst I
Northwest Tri-County Intermediate Unit -        6 reviews -
Edinboro, PA 16412
$40,000 - $60,000 a year
Bachelor's degree in Data Analytics, Statistics, Business, Accounting or other related field. Provide data analysis, data mapping, and logical data modeling for...
Easily apply
22 days ago - Save Job - More...

## Data Analytics Engineer
F.N.B. Corp. -            1,631 reviews - Pittsburgh, PA
Data and Analytics Engineer 1. Manager of Data and Analytics Engineering. Collects, analyzes and shares data to help business teams drive improvement in key...
14 days ago - Save Job - More...

## Data Analyst/ Business Analyst
TMNA Services LLC - Bala-Cynwyd, PA 19004
Perform data profiling on source data and document data anomalies. Define analytics requirements. Business Analyst III/ Integration Team is responsible for the...
30+ days ago - Save Job - More...

## Technical Analyst Trainee
Guard.com -            9 reviews - Wilkes-Barre, PA
We are currently searching for a Technical Analyst Trainee to join our Business Analytics Team. Incorporate business intelligence functions throughout the...
23 hours ago - Save Job - More...

## Analytics Consultant, Decision Analytics
EXL -            1,146 reviews - Horsham, PA

---

## Data Analyst I
Northwest Tri-County Intermediate Unit
6 reviews - Edinboro, PA
$40,000 - $60,000 a year

**Apply Now**

This employer accepts applications via Indeed.

Find Jobs    Advanced Job Search

**Position Summary:**

The Data Analyst 1 implements the goals and promotes initiatives established by the Northwest Tri-County Intermed Unit. This position will primarily provide data analysis, using various techniques such as statistical analysis, explanatory predictive modeling, and data mining, for Special Education and Finance. These services may be offered to other Northwest Tri-County Intermediate Unit departments or customers on an as needed basis.

**Required Qualifications:**

- Bachelor's degree in Data Analytics, Statistics, Business, Accounting or other related field
- Excellent statistical and probability skills

**Desired Qualifications:**

- Three or more years of data analytics experience
- Familiarity with Pennsylvania public schools
- Experience with Standard Query Language (SQL)
- Experience with Tableau and Microsoft Power BI

**Essential Functions and Responsibilities:**

- Work with internal and external clients to determine analytical requirements
- Provide data analysis, data mapping, and logical data modeling for clients
- Discover data anomalies and recommend/implement data quality improvements
- Import, transform, validate, and model data with the purpose of understanding or formulating options from the data to help administration with strategic decision making
- Utilize computerized tools, such as Excel, Tableau, a Power BI, to generate paper, digital, and online ad ho reports
- Understand the source, uses, and requirements of Intermediate Unit data systems
- Work closely with the Intermediate Unit software development team on the design of data systems
- Perform all other duties as assigned

**Performance Factors/Job Competencies:**

- Ability to work effectively in a collaborative team environment and/or independently with minimal supervision.
- Maintain and improve technical skill set through trainings, classes, journals, and web research with a commitment to lifelong learning.
- Communicate effectively, both orally and in writing, to explain complex instructions in an easily understand fashion to technical and non-technical clients.
- Maintain accurate records
- Ability to multi-task, while being responsive and flexit
- Must employ critical thinking skills.
- Must be successful in setting priorities and meeting deadlines.

Job Type: Full-time

Salary: $40,000.00 to $60,000.00 /year

By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.    Dismiss

Find Jobs    Company Reviews    Find Salaries    Find Resumes    Employers / Post Job

Upload Your Resume    Sign In

| What | Where |
|---|---|
| Data Analyst business analytics | Pennsylvania |
| job title, keywords or company | city, state, or zip |

**Data Analyst SQL R Excel**
Liberty Personnel Services
21 reviews - Dresher, PA

Find Jobs    Advanced Job Search

Apply Now

Data Analyst business analytics jobs in Pennsylvania

Recommended Jobs - 78 new

My Recent Searches

Data Analyst - Pennsylvania
Software Engineer III - 1 new
Quality Test Engineer - 2 new
Software Systems Engineer - 4 new
Systems Engineer - 9 new
Software Engineer 1 year - 1 new
Software Engineer - 9 new
Software Engineer Bachelor's deg...
Software Engineer II - 1 new
» clear searches

SORT BY:
Relevance - Date

Salary Estimate

| $65,000 | (601) |
|---|---|
| $75,000 | (482) |
| $85,000 | (363) |
| $95,000 | (264) |
| $105,000 | (160) |

Job Type

| Full-time | (689) |
|---|---|
| Contract | (41) |
| Part-time | (15) |
| Internship | (9) |
| Temporary | (5) |
| Commission | (2) |

Location

| Philadelphia, PA | (201) |
|---|---|
| Pittsburgh, PA | (160) |
| King of Prussia, PA | (38) |
| Malvern, PA | (25) |
| Plymouth Meeting, PA | (19) |

More »

Company

| Highmark Health | (62) |
|---|---|
| Comcast | (27) |
| PNC Financial Services Gr... | (22) |
| CMI Media and Compas, Inc. | (16) |
| IQVIA | (16) |

More »

Experience Level

| Mid Level | (378) |
|---|---|
| Senior Level | (129) |
| Entry Level | (98) |

Upload your resume - Let employers find you

Page 2 of 722 jobs

**Advanced Data Analyst**
Vanguard -    698 reviews - Malvern, PA 19355
Analyzes data and surfaces insights using advanced analytic methods. Working with (large/"big") data sets, data processing, ETL processes used to support...
Sponsored - 1 day ago - Save Job

**Data Scientist**
Viridity Energy Solutions, Inc. - Philadelphia, PA
As the Data Scientist, you will work with a cross functional team to provide data analytic support for Viridity's Battery Storage as a Service (BSaaS) platform....
Easily apply
Sponsored - 19 hours ago - Save Job

**Data & Advanced Analytics Lead Architect**
Pittsburgh International Airport - ACAA -
Township of Moon, PA
Provide direction for the use of data and analytics to drive critical business decisions and business strategy;...
Easily apply
Sponsored - 3 days ago - Save Job

**Data & Information Analytics - Senior Associate**
PwC -    5,429 reviews - Philadelphia, PA 19113
Possessing deep specialization in either Analytics Enablement, Data Integration, or Data Governance; Our Data and Analytics consultants help clients maximize...
Sponsored - Save Job

**Business Reporting Analyst**
Letco Medical, LLC -    6 reviews - Wayne, PA 19087
Business Reporting Analyst. This includes analyzing data along with providing business improvement recommendations. Senior Financial Analyst....
Easily apply
10 hours ago - Save Job - More...

**Jr. Data Scientist**
GlaxoSmithKline -    2,907 reviews -
Collegeville, PA 19426
Projects will span areas such as architecting and implementing data-science solutions, mapping the data processing flow from raw data or data stores,...
20 hours ago - Save Job - More...

**Data Quality Analyst**
CEI -    132 reviews -
Philadelphia, PA 19103 (Belmont area)
$90,000 - $108,000 a year
Data Quality Analyst*. Expanding an enterprise Business Intelligence team, including advanced analytics across multiple large data sets....
Easily apply
6 days ago - Save Job - More...

**Data Analyst**
Dun & Bradstreet -    136 reviews -
Center Valley, PA 18034
Enterprise Data Governance; Minimum 2-3 years' experience working with and analyzing general business information, particularly semi-structured or textual data....
21 days ago - Save Job - More...

**SQL Data Analyst**
Liberty Personnel Services -    21 reviews -
Philadelphia, PA

**Marketing Data Analyst - SQL, R, Excel**

Our client located in Dresher, PA is seeking a full-time, permanent, Marketing Data Analyst that has a strong backg... in SQL, R and Excel. This person will not only be responsibl... creating reports, creating queries and pulling data, but also manipulating, analyzing that data and making recommendation... the marketing team to solve complex business challenges.

Qualifications:

- 5+ years in a Data Analytics role
- Experience with marketing analytics, digital marketing... response modeling, predicting customer behavior, ch... and customer lifetime value
- 5+ years of experience in data manipulation using S... and Excel
- Understanding of relational databases
- Bachelor's degree in Mathematics, Statistics, Data S... Economics or any other related field
- Experience with Python preferred by not required
- Machine learning experience preferred including but limited to data imputation, propensity models, cluster... decision trees, clustering
- Must be a US Citizen or Green Card Holder

If you have the above qualifications and you are looking to w... with a fast growing company that values work/life balance, p... submit your resume to Dylan Bronson at dylan@libertyjobs...

Dylan Bronson

Liberty Personnel Services, Inc.
410 Feheley Drive | King of Prussia, PA 19406

dylan@libertyjobs.com www.libertyjobs.com

Key Words: Data Analytics, Marketing, SQL, R, Excel, Pytho... Reporting, Modeling, Clustering, data modeling, data, analy... statistics, machine learning, forecasting

21 days ago - Save Job - original job

By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.    Dismiss

AR0061

Find Jobs    Company Reviews    Find Salaries    Find Resumes    Employers / Post Job

Upload Your Resume    Sign In

| What | Where |
|---|---|
| Data Analyst business analytics | Pennsylvania |
| job title, keywords or company | city, state, or zip |

**goPuff**

**Data Analyst**

goPuff    22 reviews -
Philadelphia, PA    Advanced Job Search

Find Jobs

(Apply On Company Site)

Data Analyst business analytics jobs in Pennsylvania

Upload your resume - Let employers find you    Page 1 of 722 jobs

Recommended Jobs - 113 new

**My Recent Searches**
Data Analyst - Pennsylvania
Software Engineer III - 1 new
Quality Test Engineer - 2 new
Software Systems Engineer - 4 new
Systems Engineer - 9 new
Software Engineer 1 year - 1 new
Software Engineer - 9 new
Software Engineer Bachelor's deg...
Software Engineer III - 1 new
Project Manager construction law...
» clear searches

**SORT BY:**
Relevance - Date

**Salary Estimate**
| | |
|---|---|
| $65,000 | (601) |
| $75,000 | (482) |
| $85,000 | (363) |
| $95,000 | (264) |
| $105,000 | (160) |

**Job Type**
| | |
|---|---|
| Full-time | (689) |
| Contract | (41) |
| Part-time | (15) |
| Internship | (9) |
| Temporary | (5) |
| Commission | (2) |

**Location**
| | |
|---|---|
| Philadelphia, PA | (201) |
| Pittsburgh, PA | (160) |
| King of Prussia, PA | (38) |
| Malvern, PA | (25) |
| Plymouth Meeting, PA | (19) |
More »

**Company**
| | |
|---|---|
| Highmark Health | (62) |
| Comcast | (27) |
| PNC Financial Services Gr... | (22) |
| CMI Media and Compas, Inc. | (16) |
| IQVIA | (16) |
More »

**Experience Level**
| | |
|---|---|
| Mid Level | (378) |
| Senior Level | (129) |
| Entry Level | (98) |

**Advanced Analytics Analyst - Liberty Mutual Surety**
Liberty Mutual -    2,448 reviews -
King of Prussia, PA
Advanced Analytics Analyst - Liberty Mutual Surety-95322.
Summarize and create data visualizations, dashboards, and
operational scorecards to help drive Surety...
Sponsored - Save Job

**Senior Analyst, HR Analytics**
Comcast -    11,159 reviews -
Philadelphia, PA 19102
Fundamental knowledge and ability to understand technology,
information systems, data, and business processes...
Sponsored - Save Job

**Data Quality & Audit Analyst**
AmeriHealth Caritas -    326 reviews -
Philadelphia, PA
Required 3 years of business or clinical analytics or operations (i.e.,
health care data, The analyst will create and report results using
dashboards, pivot...
Sponsored - Save Job

**Marketing Data Analyst**
Nutrisystem -    99 reviews - Fort Washington, PA
$95,000 - $100,000 a year
Design analytic plans, translating business problems/opportunities
into analytic approaches. Nutrisystem is seeking a Marketing Data
Analyst to join its growing...
Easily apply
Sponsored - Save Job

**Data Analyst**
Community Behavioral Health -    43 reviews -
Philadelphia, PA
Support various departments for their data analytics and business
intelligence needs/requirements. Test codes and perform data
analytics of data mining to...
2 days ago - Save Job - More...

**Data Scientist**
ORMAT -    6 reviews - Philadelphia, PA
As the Data Scientist, you will work with a cross functional team to
provide data analytic support for Viridity's Battery Storage as a
Service (BSaaS) platform....
20 hours ago - Save Job - More...

**Jr. Data Scientist**
GSK Belgium -    149 reviews - Pennsylvania
Projects will span areas such as architecting and implementing
data-science solutions, mapping the data processing flow from raw
data or data stores, ...
18 hours ago - Save Job - More...

**Data Scientist**
RS Energy Group - Conshohocken, PA
Work together with Data Engineers and Software Developers to
evaluate the technical trade-offs of tools to build simple, yet robust,
data science pipelines ...
12 hours ago - Save Job - More...

**Data Scientist**
Viridity Energy Solutions, Inc. - Philadelphia, PA
As the Data Scientist, you will work with a cross functional team to
provide data analytic support for Viridity's Battery Storage as a
Service (BSaaS) platform....
Easily apply
19 hours ago - Save Job - More...

**Advanced Data Analyst**
Vanguard -    698 reviews - Malvern, PA 19355
Analyzes data and surfaces insights using advanced analytic
methods. Working with (large/"big") data sets, data processing, ETL
processes used to support...
23 hours ago - Save Job - More...

**Data Analyst**
goPuff -    22 reviews - Philadelphia, PA
Define business processes, document business definitions of data,
maintain data dictionaries and metadata. GoPuff is seeking several
exceptionally talented Data...

**Overview**

GoPuff is seeking several exceptionally talented Data Analyst
to help drive business results by continuing to improve decision
making across the organization using data and insights as the
focus point. This role will directly report into a centralized data
& analytics department. The analytics team is a newly formed
team so you will have the opportunity to establish how we
process and analyze data throughout the company. You will be
embedded within one or more departments (Marketing,
Operations, Merchandising, Supply Chain, Finance, or
Business Strategy) and be a strategic partner to the leader of
the department. You will also spend time collaborating, sharing
insights and best practices with other data analysts within the
centralized data & analytics department. Additionally, you will
manage data integrity, ownership over data tools and recurring
reporting.

This is an important role for the organization as data is at the
center of our operations and decisions. Ideal candidates will
have strong analytical skills, experience with a variety of top-
notch data tools (and moving between tools) as well as
excellent communication skills - explaining complex problems
from other departments and having the vision to initiate new
projects as needed. Success in this role requires a strong bias
for action and the ability to consistently perform at the highest
level.

The successful candidate will combine a passion for innovative
analysis with attention to detail and a tenacity to overcome
difficult and complex analytical challenges. Ideally, this person
will have worked in a similar role and will feel comfortable
interacting with other stakeholders and senior management on
a regular basis.

**Responsibilities**

- Responsible for all data accuracy and integrity within the
  respective department that you will be partnering with
- Responsible for driving data insights and helping them
  continuously make better business decisions
- Support ongoing analysis of business performance
  trends and insights to inform how to operate and
  optimize the business on a regular basis
- Design and build dashboards to monitor and understand
  business health within your respective group
- Partner with other data analysts that support other
  functions of the business and collaborate, share insights
  and best practices to ensure consistency of decision
  making throughout the organization
- Responsible for all the recurring reporting processes
  within your supported department
- Define business processes, document business
  definitions of data, maintain data dictionaries and
  metadata. Locate and define new process improvement
  opportunities.
- Perform deep-dives to analyze problems and
  opportunities by researching, building models, and
  suggesting experiments based on data insights
- You will drive ad-hoc analysis and reporting on a
  frequent basis

**Qualifications**

- 4+ Years of industry working experience in analyzing
  large datasets and solving business problems
- BS and above in Statistics, Applied Mathematics,
  Engineering, Economics or other quantitative discipline
- Proficient with SQL or other querying language
- Working experience with MySQL, Amazon Redshift,
  Hive, and other databases
- Expertise with Google analytics, Tableau; other similar
  analytics tools are a plus
- Familiar with R, Python or other scripting languages
- A deep understanding of statistical analysis and
  experiment design; can pick up appropriate tools for the
  challenges at hand
- Strong written and verbal communication skills, can

By continuing you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review. Dismiss

Find Jobs   Company Reviews   Find Salaries   Find Resumes   Employers / Post Job

Upload Your Resume   Sign In

| What | Where |
|---|---|
| Data Analyst business analytics | Pennsylvania |
| job title, keywords or company | city, state, or zip |

**Marketing Data Analyst**
Nutrisystem -   99 reviews - Fort Washington, PA
$95,000 - $100,000 a year

Nutrisystem   Find Jobs   Advanced Job Search

**Apply Now**

This employer accepts applications via Indeed.

Data Analyst business analytics jobs in Pennsylvania

**Upload your resume - Let employers find you**   Page 1 of 722 jobs

Recommended Jobs - 113 new

My Recent Searches

Data Analyst - Pennsylvania
Software Engineer III - 1 new
Quality Test Engineer - 2 new
Software Systems Engineer - 4 new
Systems Engineer - 9 new
Software Engineer 1 year - 1 new
Software Engineer - 9 new
Software Engineer Bachelor's deg...
Software Engineer II - 1 new
Project Manager construction law...
» clear searches

SORT BY:
Relevance - Date

Salary Estimate
$65,000   (601)
$75,000   (482)
$85,000   (363)
$95,000   (264)
$105,000   (160)

Job Type
Full-time   (689)
Contract   (41)
Part-time   (15)
Internship   (9)
Temporary   (5)
Commission   (2)

Location
Philadelphia, PA   (201)
Pittsburgh, PA   (160)
King of Prussia, PA   (38)
Malvern, PA   (25)
Plymouth Meeting, PA   (19)
More »

Company
Highmark Health   (62)
Comcast   (27)
PNC Financial Services Gr...   (22)
CMI Media and Compas, Inc.   (16)
IQVIA   (16)
More »

Experience Level
Mid Level   (378)
Senior Level   (129)
Entry Level   (98)

**Advanced Analytics Analyst - Liberty Mutual Surety**
Liberty Mutual -   2,448 reviews -
King of Prussia, PA
Advanced Analytics Analyst - Liberty Mutual Surety-95322.
Summarize and create data visualizations, dashboards, and operational scorecards to help drive Surety...
Sponsored - Save Job

**Senior Analyst, HR Analytics**
Comcast -   11,159 reviews -
Philadelphia, PA 19102
Fundamental knowledge and ability to understand technology, information systems, data, and business processes....
Sponsored - Save Job

**Data Quality & Audit Analyst**
AmeriHealth Caritas -   326 reviews -
Philadelphia, PA
Required 3 years of business or clinical analytics or operations (i.e., health care data; The analyst will create and report results using dashboards, pivot...
Sponsored - Save Job

**Marketing Data Analyst**
Nutrisystem -   99 reviews - Fort Washington, PA
$95,000 - $100,000 a year
Design analytic plans, translating business problems/opportunities into analytic approaches. Nutrisystem is seeking a Marketing Data Analyst to join its growing...
Easily apply
Sponsored - Save Job

**Data Analyst**
Community Behavioral Health -   43 reviews -
Philadelphia, PA
Support various departments for their data analytics and business intelligence needs/requirements. Test codes and perform data analytics of data mining to...
2 days ago - Save Job - More...

**Data Scientist**
ORMAT -   6 reviews - Philadelphia, PA
As the Data Scientist, you will work with a cross functional team to provide data analytic support for Viridity's Battery Storage as a Service (BSaaS) platform....
20 hours ago - Save Job - More...

**Jr. Data Scientist**
GSK Belgium -   149 reviews - Pennsylvania
Projects will span areas such as architecting and implementing data-science solutions, mapping the data processing flow from raw data or data stores,...
18 hours ago - Save Job - More...

**Data Scientist**
RS Energy Group - Conshohocken, PA
Work together with Data Engineers and Software Developers to evaluate the technical trade-offs of tools to build simple, yet robust, data science pipelines....
12 hours ago - Save Job - More...

**Data Scientist**
Viridity Energy Solutions, Inc. - Philadelphia, PA
As the Data Scientist, you will work with a cross functional team to provide data analytic support for Viridity's Battery Storage as a Service (BSaaS) platform....
Easily apply

**Position Summary:**

Nutrisystem is seeking a Marketing Data Analyst to join its growing Analytics community. This role will develop, manage and deliver analytical solutions to solve complex business challenges. The Marketing Data Analyst will closely interact with online and offline Marketing, Product Development, Ca Center Sales, Retail and Finance to influence key business decisions through fact-driven insights. The ideal candidate v possess excellent analytical and communication skills and h a history of thriving in fast- paced business environments.

**Essential Duties and Responsibilities:**

- Proactively track trends and monitor factors impacting customer acquisition and retention efforts, communicating key drivers and variances to management.

- Support ad-hoc analysis, discussions and conclusion around the efficacy of marketing channels to drive revenue per customer, length of stay and lifetime valu

- Analyze data to describe customer behavior and preferences, understand marketing channel effectiveness, diagnose customer experience problem size marketing opportunity and measure the impact o marketing initiatives.

- Develop queries and performs extensive programmin to access, transform and prepare data for analysis, a hoc and automated reporting and modeling.

- Prepare and deliver insight presentations and recommendations. Communicates complex material digestible terms appropriate for each audience. Educ company executives and the broader marketing team analytical findings and implications using storytelling data visualization techniques.

- Design analytic plans, translating business problems/opportunities into analytic approaches. Engage with project sponsors and stakeholders to understand each business question. Probe for hidden questions and goals. Bring structure to each request translate requirements into the appropriate analytic approach.

- Design and develop models to target marketing offer including identifying look-a-like targeting opportunities and next best offer recommendations. Responsible fo model validation, implementation and documentation

- Participate in special projects and performs other dut as required.

**Qualifications (Include Education and Specific Experien**

- Bachelor's degree in Statistics, Mathematics, Data Science, Analytics, Operations Research, Economics other quantitative field required. Master's degree preferred.

- Minimum 5 years of experience with a history of takir on additional analytical responsibilities.

- Experience in marketing analytics: customer acquisition, digital marketing, response modeling

By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.

AR0063

Find Jobs     Company Reviews     Find Salaries     Find Resumes     Employers / Post Job     Upload Your Resume     Sign In

What — Data Analyst quantitative — job title, keywords or company

Where — city, state, or zip

Tip: Enter your zip code in the "where" box to show results in your area.

**Data Analyst quantitative jobs**

**Recommended Jobs** - 57 new

**My Recent Searches**
Data Analyst - 81 new
Data Analys - Pennsylvania
Data Analyst business analytics - Pennsylvania
Data Analyst - Pennsylvania - 1 new
Software Engineer III - 1 new
Quality Test Engineer - 28 new
Software Systems Engineer - 53 new
Systems Engineer - 111 new
Software Engineer 1 year - 16 new
» clear searches

**SORT BY:**
Relevance - Date

**Salary Estimate**
$65,000          (8946)
$75,000          (7690)
$90,000          (5405)
$100,000         (4011)
$120,000         (1078)

**Job Type**
Full-time        (10547)
Contract         (455)
Part-time        (153)
Temporary        (109)
Internship       (106)
Commission       (65)

**Location**
New York, NY     (1163)
San Francisco, CA (571)
Chicago, IL      (445)
Boston, MA       (390)
Atlanta, GA      (312)
          More »

**Company**
Wells Fargo      (148)
Amazon.com       (127)
Bank of America  (124)
JP Morgan Chase  (105)
Google           (101)
          More »

**Experience Level**
Mid Level        (5198)
Entry Level      (2199)
Senior Level     (1697)

Upload your resume - Let employers find you

Page 2 of 11,055 jobs

Show:  All Jobs - 9 New Jobs

**Quantitative Research Analyst/ Senior Research Analyst**
Research for Action -           3 reviews -
Philadelphia, PA 19110
Quantitative Research Analyst*. Research for Action (RFA) is seeking an Analyst or Senior Analyst in Quantitative Research to contribute to education policy and
Easily apply
Sponsored - Save Job

**Staff Data Scientist**
eBay Inc. -              1,201 reviews - San Jose, CA
Strong quantitative background with Bachelor's degree in Computer Science, Math, Economics, Physics, Engineering....
Sponsored - Save Job

**Scientist - Data and Statistics**
United Airlines Inc. -          2,044 reviews -
Chicago, IL 60601
MS degree in Quantitative field. In-depth knowledge of United/industry data sources. Drives management decisions through descriptive and inquisitive data...
Sponsored - Save Job

**Smart Device Services Data Analyst/Engineer**
HP -            9,861 reviews - Boise, ID
Strong knowledge of machine learning algorithms including, conducting exploratory data analysis, cleaning/imputing noisy/missing data, feature engineering....
Sponsored - Save Job

**Data Scientist**
RR Donnelley -           2,758 reviews - Bolingbrook, IL
The Data Scientist will define data collection requirements, perform statistical analysis on data sets and create reports....
8 hours ago - Save Job - More...

**J-Tech I - Data Analyst II**
Saalex Solutions -       3 reviews - Ridgecrest, CA 93555
Performs professional work in operations research and analyzes test runs on computers to correct or direct correction of programs and input data...
Saalex Solutions, Inc. - 1 day ago - Save Job - More...

**Associate, Data Analyst**
MSCI Inc. -              6 reviews - Norman, OK 73072
As a Data Analyst you will develop business logic required to integrate upstream data feeds to a normalized set of terms and conditions data models....
1 day ago - Save Job - More ...

**Data Analyst**
Kum & Go -               532 reviews - West Des Moines, IA
Kum & Go is searching for a Data Analyst, who will provide the aforementioned views of business operations to support key partners in decision-making across the...
14 days ago - Save Job - More...

**Data Scientist**
RS Energy Group - Conshohocken, PA
Quantitative background with advanced degrees (Master +) in Statistics, Computer Science, Informatics, Data Science, Mathematics or Actuarial Science....
12 hours ago - Save Job - More...

**Data Analyst**
Calendly - Atlanta, GA
Calendly is looking for a Data Analyst to help drive growth throughout the funnel. Work as an embedded data analyst within our marketing organization to help ...
19 hours ago - Save Job - More...

**Data Analyst - FCA**
Internet Brands - Troy, MI
Data Analyst, Business Analyst, Web, online, Internet, Statistics, Analytics. Internet Brands is searching for a Data Analyst....
16 hours ago - Save Job - More...

**Quantitative Analyst**
Fitch Ratings -          61 reviews - New York, NY

---

## Data Analyst

Calendly - Atlanta, GA          ×

Find Jobs          Advanced Job Search

Apply On
Company Site

**What's The Job?**
Calendly is looking for a Data Analyst to help drive growth throughout the funnel. This person will analyze and report on Calendly's acquisition, conversion and retention funnels – break them down by segments and cohorts, measure the impact of campaigns and tests, identify areas of opportunity and collaborate with teams to optimize the business to grow in smarter, faster ways. The role will report to the VP of Marketing and serve the highest-priority BI needs of the leadership team. This role will be based out of either our Atlanta headquarters or our New York City office.

You will be successful in this role if you are a business-savvy, technically-capable analyst with SQL skills and an advanced understanding of SaaS user economics. We're looking for someone with strong analytical and statistical aptitude who possess the ability to communicate business recommendations; someone driven to ask the right questions about the business and identify data-based opportunities and solutions. This person will foster close working relationships with the marketing, product and engineering teams and company leadership.

**Responsibilities:**

- Work as an embedded data analyst within our marketing organization to help set, track and achieve quarterly acquisition, conversion and retention objectives
- Dive deep into customer data and connect our quantitative/qualitative research insights to help us better understand how we can improve the customer journey
- Fulfill data and analysis requests from the CEO and leadership team and influence Calendly's data driven culture with best practices
- Perform analysis and modeling to show how acquisition channel, customer behaviors and product marketing initiatives impact LTV for each cohort and customer segment
- Help drive strategic decision-making and make business recommendations based on detailed analysis, insights and reporting on key performance indicators (KPIs) and financial results
- Apply best practices to the design, set-up and analysis of A/B tests to drive iterative improvement through efficient experimentation.
- Measure the ROI of content and marketing efforts, including organic, paid, and earned content and connect content engagement to business outcomes
- Complete at least one in-depth customer behavior impact analysis (e.g., analyzing impact of sending a new onboarding email stream) within the first 6 months
- Work with the technical team to improve tracking implementation and data accessibility to increase the information we can measure and its accuracy
- Create and maintain the right dashboards and data models in our BI platform, Looker, and specify data integrations necessary to conduct robust cross-channel and cross-platform analysis

**Requirements:**

- 2+ years experience in data analytics, marketing intelligence, or performance marketing
- A degree in Mathematics, Economics, Statistics or another quantitative field or equivalent experience
- Advanced working knowledge of SQL and excel data manipulation
- Experience solving complex business problems using data and transforming analysis into concise insights and recommendations
- Experience with BI data tools (e.g. Looker), marketing automation platforms (e.g. Intercom), and other attribution or optimization products
- Familiarity with A/B testing and customer acquisition channel optimization
- US Citizen or Permanent Resident (we do not sponsor at this time)

**What We Value**

By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.    Dismiss



**Seattle Pacific**
UNIVERSITY

School of Business and Economics · 3307 Third Avenue West, Suite 201 · 206 281 2970 phone · www.spu.edu/sbe
Seattle, Washington 98119-1950 · 206 281 2733 fax

June 11, 2018

To Whom It May Concern:

I have been asked to render an opinion concerning (1) whether the position of Data Analyst qualifies as a specialty occupation, requiring a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field, (2) whether because the nature of the position is so specialized and complex that only an individual with a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field, would be able to perform the job duties, (3) whether the degree requirement is common to the industry in parallel positions among similar organizations, (4) whether firms similar to the petitioner's routinely recruit and employ only degreed individuals in the specific specialty, and (5) whether Ms. Subhasree Chatterjee is qualified for the position of Data Analyst. I have based my professional opinion on documents indirectly provided by Lexis Nexis USA.

**My Qualifications.** I received a Bachelor of Science in Computer Science degree from the University of Alberta, an MBA from Ball State University in Muncie, Indiana, and a doctorate degree (Informatik) from the University of Passau in Germany. I have served on the Computer Science faculty at Anderson University in Anderson, Indiana, taught Computer Science at Hong Kong Baptist University in Hong Kong, and since 1992 I have been on the faculty of the School of Business, Government and Economics at Seattle Pacific University as Professor of Management and Information Systems. I came to SPU to head up the graduate Master of Science in Information Systems Management degree program. SPU's School of Business, Government and Economics (SBGE) has been accredited by the AACSB (The Association to Advance Collegiate Schools of Business) since April 2000. I actively participate on various university and school wide committees, including SBE's graduate committee. I have had occasion to evaluate educational transcripts from universities outside the United States submitted by applicants to our school. I have authored and co-authored research papers in Information Systems that were published in highly competitive forums. From 2009-2013 I served as a member of the College Level Examination Program (CLEP) Test Development Committee, serving on the Information Systems Committee. This committee reviews and shapes exam questions and specifications on a regular basis. At SPU I have authority to grant college level credit for training and experience and to determine whether it applies to meeting academic requirements. I am also considered to be a recognized authority and I have issued over 250 professional opinions during the past year regarding industry and academic standards for professionals in my and allied fields to USCIS and other institutions and agencies which have been accepted as authoritative by USCIS and other institutions and agencies.

**Evidence for Assessment.** I have been provided with the following documentation:

1. A copy of a letter written to USCIS by Leticia Andrade, Immigration Compliance Specialist, dated March 7, 2018,
2. A copy of a document that provides the job responsibilities for the position of Data Analyst at Lexis Nexis USA.
3. A copy of the LCA filed for this case.

Page 1 of 6

AR0065

4. A copy of a diploma that Ms. Subhasree Chatterjee received from the University of Cincinnati stating that she earned the degree of Master of Science, along with a copy of an Official Transcript document listing the courses taken and the grades received in each course while obtaining this degree. The transcript states that she was in the Business Administration (Business Analytics) Program.

**Analysis of Position of Data Analyst.** The title of Data Analyst is given to a person who specializes in designing and performing complex data modeling, quantitative analysis and statistical analysis with a focus on enabling the business to better analyze and evaluate their processes, operations and customers.

It appears that duties and responsibilities for this Data Analyst position are similar to business intelligence analyst tasks. Duties and qualifications for typical industry-standard "Business Intelligence Analysts" employment positions are described in the Occupational Information Network (O*NET) database. The U.S. Department of Labor, Employment and Training Administration (USCOL/ETA) sponsors the development of the Occupational Information Network (O*NET) database of occupational information, containing information on hundreds of standardized and occupation-specific descriptors. O*NET contains a summary report on the Internet at https://www.onetonline.org/link/summary/15-1199.08 for job category Business Intelligence Analysts. This information reads, in part:

*"Summary Report for:*
*15-1199.08 - Business Intelligence Analysts*

*Produce financial and market intelligence by querying data repositories and generating periodic reports. Devise methods for identifying data patterns and trends in available information sources.*

*Sample of reported job titles: Business Intelligence Analyst; Business Intelligence Manager; Commercial Intelligence Manager; Competitive Intelligence Analyst; Consultant, Strategic Business and Technology Intelligence; Director of Enterprise Strategy; Director of Market Intelligence; Director, Global Intelligence; Intelligence Analyst; Manager, Market Intelligence"*

*Tasks:*

- *Analyze competitive market strategies through analysis of related product, market, or share trends.*
- *Synthesize current business intelligence or trend data to support recommendations for action.*
- *Communicate with customers, competitors, suppliers, professional organizations, or others to stay abreast of industry or business trends.*
- *Manage timely flow of business intelligence information to users.*
- *Collect business intelligence data from available industry reports, public information, field reports, or purchased sources.*
- *Identify and analyze industry or geographic trends with business strategy implications.*
- *Analyze technology trends to identify markets for future product development or to improve sales of existing products.*
- *Generate standard or custom reports summarizing business, financial, or economic data for review by executives, managers, clients, and other stakeholders.*
- *Identify or monitor current and potential customers, using business intelligence tools.*
- *Maintain or update business intelligence tools, databases, dashboards, systems, or methods.*

AR0066

- *Maintain library of model documents, templates, or other reusable knowledge assets.*
- *Create business intelligence tools or systems, including design of related databases, spreadsheets, or outputs.*
- *Conduct or coordinate tests to ensure that intelligence is consistent with defined needs.*
- *Disseminate information regarding tools, reports, or metadata enhancements."*

The O*NET description for Business Intelligence Analysts goes on with information about Job Zone requirements:

*Job Zone Summary:*
- *"Title: Job Zone Four: Considerable Preparation Needed*
- *Education: Most of these occupations require a four-year bachelor's degree, but some do not.*
- *Related Experience: A considerable amount of work-related skill, knowledge, or experience is needed for these occupations. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified.*
- *Job Training: Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training.*
- *SVP Range: (7.0 to < 8.0)"*

According to the documents I've received, as well as information found on the website, Lexis Nexis USA provides solutions and services related to data and data analytics. A quote from their website:

*"LexisNexis® Risk Solutions provides customers with solutions and decision tools that combine public and industry specific content with advanced technology and analytics to assist them in evaluating and predicting risk and enhancing operational efficiency.*

*We use the power of data and advanced analytics to help our customers make better, timelier decisions. Our innovative solutions enable organizations to manage risks like identity theft, fraud, money laundering and terrorism, and prevent financial crimes, and insurance and government benefit scams. We help those without traditional credit histories obtain access to funds, assist agencies to find uncollected revenue, and research ways to improve business outcomes for healthcare companies. We also work with law enforcement to solve crimes.*

*By bringing clarity to information, we ultimately help make communities safer, insurance rates more accurate, commerce more transparent, business decisions easier and processes more efficient."* (https://risk.lexisnexis.com/about-us)

Lexis Nexis USA has an open fulltime employment position for a "Data Analyst". A job description states that the position requires a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field. Responsibilities, along with percentage time allocated to each set of tasks, include:

- *"Use SQL to extract data to describe user behavior on LexisAdvance, accessing the correct data sources, checking data integrity, and ensuring overall data quality (30%);*
- *Use R, Python, or other statistical programming software to program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or*

AR0067

> *logistic regression so that decisions on A/B test results are made with full statistical confidence (20%);*
> - *Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction (20%);*
> - *Use Looker or other Business Intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams (10%);*
> - *Assist stakeholders in the formulation of hypotheses for web analytics A/B testing (10%);*
> - *Present findings of reports to stakeholders, ensuring they understand implications of how decisions can affect the customer experience (5%); and*
> - *Train stakeholders in the use of data tools such as Looker, ElasticSearch, and Kibana; document use of those tools for stakeholder reference (5%)."*

The position of "Data Analyst" that is offered by Lexis Nexis USA incorporates a large and diverse group of responsibilities that correlate well with the primary duties and responsibilities of "Data Analysts" as outlined in the O*NET guideline. The above duties incorporate data analysis, modeling and evaluation skills. The position presupposes knowledge of information data and database technologies, business analytics, analysis, design, quality assurance and testing principles, along with an understanding of complex mathematical and quantitative functions, as well as business processes, operations and organizational initiatives. I would judge these requirements as typical of the position of a Data Analyst.

**Why the position would be considered a specialty occupation (i.e. one that requires a bachelor's degree in a specific field).** After examining the Data Analyst position in detail, it becomes apparent that a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field provides an individual with the core competencies and skills needed for the role. This is because the nature of these specific responsibilities and knowledge is so specialized and complex that knowledge required to perform these duties is usually associated with the attainment with a bachelor's degree in this field.

The duties listed above require the employee to understand data and information technologies, databases, design options, along with business intelligence processes and methodologies. This position requires a broad understanding of the business environment, as well as knowledge and understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. Such deeper knowledge and understanding is seldom achieved without a solid university education. A position with these duties would normally be entrusted only to a person with a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field at a minimum in order to competently handle the duties required by the Data Analyst position.

In particular, it is terms such as the following (from the job description above) that make it clear to me that this position requires at least an undergraduate degree in one of the specified fields: *"checking data integrity, and ensuring overall data quality", "program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or logistic regression so that decisions on A/B test results are made with full statistical confidence", "Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction", "Use Looker or other Business Intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams", "Assist stakeholders in the formulation of hypotheses for web analytics A/B testing",* and *"Train stakeholders in the use of data tools such as Looker, ElasticSearch, and Kibana; document use of those tools for stakeholder reference"*

AR0068

Lexis Nexis USA's minimum requirement for their Data Analyst (i.e., a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field) is a standard baseline requirement common to the industry in parallel positions among similar organizations. Firms similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. Therefore, my conclusion: The position of Data Analyst, as described, would be a specialty occupation requiring an in-depth theoretical and practical knowledge, and requiring the attainment of a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field.

My professional opinion is rooted not only in my in-depth understanding of the proffered position, but also in my years of experience within the field of computer science and information systems. While a visit of Lexis Nexis USA's physical premises and observation/interview of current employees was considered, I am familiar with Data Analyst positions industry-wide and would consider such a visit as superfluous. The application of this position may differ in different organizations, yet the education and skills required to sufficiently excel in the position remains the same in organizations that employ individuals with this job title of Data Analyst.

**Ms. Subhasree Chatterjee's Qualifications for the Position of Data Analyst.** Ms. Subhasree Chatterjee earned a Master of Science degree in the Business Administration (Business Analytics) Program—and thus meets the minimum requirement of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field.

Furthermore, here are some of the relevant graduate courses that Ms. Subhasree Chatterjee has completed giving her a solid understanding of business intelligence topics such as quantitative analysis, statistics and modeling:

- Simulation Modeling
- Data Visualization
- Statistical Computing
- Probability Models
- Statistical Methods
- Data Management
- Optimization Models
- Optimization Methods
- Statistical Modelling
- Data Mining I, II
- Multivariate Methods
- Forecasting Methods
- Marketing Foundations

I conclude that Ms. Subhasree Chatterjee is qualified for the position of Data Analyst since her degree matches the minimum degree requirement and her academic program included numerous relevant courses such as the courses listed above.

**Conclusion.**
Based on my qualifications, I conclude that the position of Data Analyst is a specialty occupation as defined under 8 C.F.R. 214.2(h)(4)(ii) requiring theoretical and practical application of a body of highly specialized knowledge, a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field and meets sufficient criteria for a specialty occupation under 8 C.F.R.

Page 5 of 6

214.2(h)(4)(iii)(A). In addition, I conclude that the nature of the position is so specialized and complex that only an individual with a Bachelor's degree in such a field would be able to perform the job duties. Furthermore, the degree requirement is common to the industry in parallel positions among similar organizations and firms similar to the petitioner's routinely recruit and employ only degreed individuals in the specific specialty. I also conclude that Ms. Subhasree Chatterjee is qualified for the position of Data Analyst by virtue of her academic achievements.

Sincerely,

Gerhard Steinke, Ph.D.
Professor of Management and Information Systems
Seattle Pacific University

Page 6 of 6



**Seattle Pacific**
UNIVERSITY

School of Business and Economics                3307 Third Avenue West, Suite 201      206 281 2970 phone     www.spu.edu/sbe
                                                 Seattle, Washington 98119-1950         206 281 2733 fax

# GERHARD H. STEINKE, PH.D.

**Professor of Management and Information Systems**
**Seattle Pacific University**
**Seattle, WA 98119, USA**
**Telephone: 206-281-2377**
**Email: gsteinke@spu.edu**

## EDUCATION
- CISSP (Certified Information Systems Security Professional), August 2000
- Ph.D., University of Passau, Germany, 1992
- M.B.A., Ball State University, Muncie, IN, May 1984
- B.S., Honors in Computer Science, University of Alberta, Edmonton, Alberta, May 1975

## TEACHING / RESEARCH INTERESTS
Teaching and research in the areas of Information Systems Management, Information Security, IS Project Management, and IS/IT Governance, as well as Privacy, Legal and Ethical issues.

## COURSES OFFERED AT SEATTLE PACIFIC UNIVERSITIY
- Management Information Systems
- Information Systems Security
- System Development
- Project Management
- Telecommunication and Networking
- IT Organization and Role of CIO

## PROFESSIONAL EXPERIENCE
- Professor of Management and Information Systems, Seattle Pacific University, School of Business, Government and Economics, Seattle, WA, from 9/92 to present.
- Adjunct Professor of Management and Information Systems, The University of Texas at Dallas, from 2012 to 2017.
- Guest Professor, Duy Tan University, Danang, Vietnam. Taught Information Systems, IT Project Management, Database Management, and Information Security, 2009 to present.
- Adjunct Professor of Management and Information Systems, Infotec, Mexico City, Mexico, from 2003 to 2017.
- Adjunct Professor of Management and Information Systems, Emanuel University, Oradea, Romania, from 1999 to present.

AR0071

**CONSULTING ASSIGNMENTS**

- Appointed to the College Level Examination Program (CLEP) Test Development Committee, serving on the Information Systems Committee. This committee reviews and shapes exam questions and specifications on a regular basis.
- IT Security Risk Assessment Examinations:   Conduct Information System and Technology Security Audits of credit unions in the State of Washington.
- Broadpath Healthcare Solutions: Conducted and created a process for HIPAA security assessment and compliance examinations for medical providers.
- First Montana Bank: Developed a Business Impact Analysis document and process.
- Seminar Presentations:  Presented seminars on "Information Security" in Mexico, Dubai and Malaysia.  Presented seminar on "Organizing the IT Function" to IT Managers at PEMEX and government Chief Information Officers (CIOs) in Mexico City.
- AT&T Wireless:  Responsibility for examining security policies and procedures related to electronic commerce, working on a Computer Emergency Response Team (CERT) process and evaluating various security issues facing the organization.
- Microsoft:  Consultant in the Corporate Security Department and MSN Security Team. Participated with their Red Team in finding security vulnerabilities and developing an Operation Security Policy.
- The Boeing Company: Awarded a Boeing Faculty Fellowship to evaluate computer security initiatives in their Research and Applied Technology section.

**SELECTED PUBLICATIONS**

- "Big Data Analytics Sentiment: US-China Reaction to Data Collection by Business and Government." with Ryan C. LaBrie, Li Xiangmin and Joseph A. Cazier. *Technological Forecasting* Available online July 11 (2017).
- "Innovating Information System Development Methodologies with Design Thinking" with Meshal Shams Al-Deen and Ryan C. LaBrie, Proceedings of 5th International Conference on Applied Innovation in IT, March 17, 2017.
- "A Call for a Review of Software Quality Issues in Healthcare IT Systems", with Jim Nindel-Edwards and Trevor Rohm, 27th Annual Conference of the International Information Management Association (IIMA), Taipei, Taiwan, September 17-21, 2016.
- "Impacts of Unified Communications on Work" with Joseph Williams, Albert Erisman, and Ryan LaBrie, PMA 2014 Conference (Performance Management Association), Aarhus, Denmark, June, 2014.
- "Big Data Ethics: A Longitudinal Study Of Consumer, Business, And Societal Perceptions" with Ryan C. LaBrie, Joseph A. Cazier, *Journal of Management Systems*, Volume 24.2, pp. 23-38, 2014.
- "Towards a Theory of Trusted Performance in Software Development Projects" with Jim Jenkins, *Communications of the International Information Management Association (CIIMA),* Volume 12.1, pp. 27-34, 2012.
- "Towards an Understanding of Web Application Security Threats and Incidents" with Emanuel Tundrea and Kenmoro Kelly, *Journal of Information Privacy & Security*, Volume 7.4, pp. 54-69, 2011.

AR0072



**Seattle Pacific**
UNIVERSITY

**Student Academic Services**

September 25, 2017

To Whom It May Concern:

This letter is to confirm that Dr. Gerhard Steinke is a member of the faculty of
Seattle Pacific University and thus has the authority to grant college credit for
training and experience both in the area of his training/expertise and more broadly in
general education and university degree requirements for our academic programs.

Faculty make decisions of course equivalency and college level experience for all
students. This includes transfer credits, assessing credentials from other institutions
both from other nations and within the US according to our academic policies. This is
usually a function of admission, advising, major acceptance, placement, degree
completion and graduate school recommendations.

A current faculty listing is available at
https://spu.edu/catalog/undergraduate/20178/about-spu/teaching-faculty

If you have further questions, please contact me at kgatlin@spu.edu.

Sincerely,

*Kenda Gatlin*

Kenda Gatlin
University Registrar

Student Academic Services
3307 Third Avenue West, Suite 113
Seattle, WA 98119-1922
P: 206-281-2031
F: 206-281-2669

AR0073

SBGE Faculty and Staff - Seattle Pacific University

SBGE Home

About >

Events >

Undergraduate
Programs >

Graduate Programs >

Continuing Education >

Center for Applied

Center for Integrity in
Business

**Faculty and Staff**

Give to SBGE

Contact

---

✉ sbge@spu.edu
📞 206-281-2970
📍 McKenna Hall

NEWSLETTER

*Shareholders*

FOLLOW US

in

SPU Home / Academics / SBGE Home /

# Faculty and Staff

| Search | 🔍 |

**Faculty** | **Center Directors** | **Staff** | **View All**

---



### Leah Airt

*Business and
Social Sciences
Librarian
MLIS, Florida
State University*

✉ airtl@spu.edu
📞 206-281-2788
📍 Ames Library



### Bruce Baker

*Associate
Professor of
Business Ethics
PhD, University
of St. Andrews*

✉ 
bakerb@spu.edu
📞 206-281-2775
📍 McKenna Hall
212

---



### Randy Beavers

*Assistant
Professor of
Finance
PhD, University
of Alabama*

✉ reb@spu.edu
📞 206-281-3523
📍 McKenna Hall
219



### Denise Daniels

*Professor of
Management
PhD, University
of Washington*

✉ 
ddaniels@spu.edu
📞 206-281-2243
📍 McKenna Hall
205

AR0074



**Jennifer Danke**

*Program Coordinator, Center for Applied Learning*
*MA, Regent College*

📞 206-281-2151
📍 SBGE Center House



**Reed Davis**

*Professor of Political Science*
*PhD, University of Virginia*

 rdavis@spu.edu
📞 206-281-2395
📍 McKenna Hall 215



**Douglas Downing**

*Associate Professor of Economics*
*PhD, Yale University*

✉ ddowning@spu.edu
📞 206-281-2890
📍 McKenna Hall 216



**Katya Drozdova**

*Associate Professor of Political Science*
*PhD, New York University*

✉ drozdova@spu.edu
📞 206-281-2157
📍 McKenna Hall 215



**Ruth Ediger**

*Associate Professor of Political Science*
*PhD, University of Nebraska*

✉ ediger@spu.edu
📞 206-281-2937
📍 McKenna Hall 225



**Vicki Eveland**

*Assistant Professor of Marketing*
*DBA, Mississippi State University*

✉ evelav@spu.edu
📞 206-281-2088
📍 McKenna Hall 211

**Randal**

**John Godek**

AR0075

SBGE Faculty and Staff - Seattle Pacific University



### Franz

*Professor of Management PhD, Stanford University*

✉ rfranz@spu.edu
📞 206-281-2729
📍 McKenna Hall 203



*Associate Professor of Management PhD, University of Michigan*

✉ godek@spu.edu
📞 206-281-2833
📍 McKenna Hall 210



### Caleb Henry

*Associate Professor of Political Science PhD, Claremont Graduate University*

✉ henryc@spu.edu
📞 206-281-2162
📍 McKenna Hall 206



### Dan Hess

*Professor of Finance PhD, University of Arizona*

✉ dhess@spu.edu
📞 206-281-2192
📍 McKenna Hall 208



### Elisabetta Ipino

*Instructor of Accounting PhD, University of Padova*

✉ eipino@spu.edu
📞 206-281-2927
📍 McKenna Hall 201



### Gary Karns

*Professor of Marketing; Associate Dean for Graduate Programs PhD, University of Washington*

✉ gkarns@spu.edu
📞 206-281-2948
📍 McKenna Hall 223

### Gene Kim

*Executive Director, Center*

### Ryan LaBrie

*Associate Professor of*

AR0076



*for Integrity in Business (CIB); Executive Director of Global Programs*
*MBA, University of Virginia*

 genekim@spu.edu
📞 206-281-2502
📍 SBGE Center House



*Management and Information Systems*
*PhD, Arizona State University*

 ryanl@spu.edu
📞 206-281-2213
📍 McKenna Hall 221

---



**Don Lee**

*Associate Professor of Management*
*PhD, University of Pittsburgh*

 donlee@spu.edu
📞 206-281-2555
📍 McKenna Hall 213



**Geri Mason**

*Associate Professor of Economics*
*PhD, University of Hawaii at Manoa*

 geri@spu.edu
📞 206-281-2709
📍 McKenna Hall 209

---



**Kristen McGaw**

*Budget Manager*

 mcgawk@spu.edu
📞 206-281-2905
📍 McKenna Hall 226



**Jennifer Meredith**

*Assistant Professor of Economics*
*PhC, University of Washington*

 jmeredith@spu.edu
📞 206-281-2181
📍 McKenna Hall 217

**Bradley**

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



**Jackqueline Miller**

*Graduate Program Director*
*EdD, Seattle University*

✉ drj@spu.edu
📞 206-281-2753
📍 McKenna Hall 222



**Bradley Murg**

*Assistant Professor of Political Science*
*PhD, University of Washington*

✉
murgb@spu.edu
📞 206-281-2651
📍 SBGE Center House, 2nd floor south



**Mark Oppenlander**

*Director, Center for Applied Learning*

✉
marko@spu.edu
📞 206-281-2942
📍 SBGE Center House



**Charity Osborn**

*Assistant Professor of Business Law*
*JD, University of Michigan Law School*

✉
osbornc@spu.edu
📞 281-2906
📍 McKenna Hall 224



**Joanna Poznanska**

*Professor of International Business*
*PhD, Warsaw Polytechnic University*

✉
jpoznan@spu.edu
📞 206-281-2935
📍 McKenna Hall 220



**Charlotte Qu**

*Assistant Professor of Accounting*
*PhD, University of Michigan*

✉ qu@spu.edu
📞 206-281-2397
📍 McKenna Hall 211

**Jim Rand**

**Kim Sawers**

AR0078

5/7



*Executive in
Residence
LLB, La Salle
Extension
University, 1972*



*Professor of
Accounting;
Associate Dean
for
Undergraduate
Studies
PhD, University
of Washington*

 ksawers@spu.edu
📞 206-281-2221
📍 McKenna Hall
228



### Regina Schlee

*Professor of
Marketing
PhD,
Washington
State University*

 rschlee@spu.edu
📞 206-281-3638
📍 McKenna Hall
207



### Richard Sleight

*Instructor,
Manager of
Information
Systems
PhD, University
of Washington*

✉ sl8@spu.edu
📞 206-281-2265
📍 McKenna Hall
123A



### Kathy Stegman

*Office Manager
and Events
Coordinator*

 kstegman@spu.edu
📞 206-281-2992
📍 McKenna Hall
227



### Gerhard Steinke

*Professor of
Management
and Information
Systems
PhD, University
of Passau*

 gsteinke@spu.edu
📞 206-281-2377
📍 McKenna Hall
204

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



## Ross Stewart

*Dean,
Professor of
Accounting
PhD, University
of Glasgow*

✉ rstewart@spu.edu
📞 206-281-2087
📍 McKenna Hall 229



## Kenman Wong

*Professor of
Business Ethics
PhD, University
of Southern
California*

✉ klwong@spu.edu
📞 206-281-2353
📍 McKenna Hall 218

AR0080



| U.S. Department of Education | | Home | FAQ about Accreditation | FAQ about this website | Glossary | Help |

## The Database of Accredited Postsecondary Institutions and Programs

OFFICE OF POSTSECONDARY EDUCATION

## Accreditation > History

**Institution: Seattle Pacific University**

**General Information**
3307 3rd Ave W
Seattle, WA  98119-1997
Phone: 206-281-2000
For more information about this institution, visit www.spu.edu

← Back to Results

🔍 New Search

OPE ID: 00378800

### Institutional Accreditation
* denotes an estimated date

| Agency Name | Accredited Status | Accredited Date | Current Action & Date of Current Action | Justification for Action | Next Review Date |
|---|---|---|---|---|---|
| Northwest Commission on Colleges and Universities | Accredited | 09/01/1933 | - | - | 12/31/2017 |

### Specialized Accreditation
* denotes an estimated date

**Agency Name**

| Program Name | Accredited Status | Accredited Date | Current Action & Date of Current Action | Justification for Action | Next Review Date |
|---|---|---|---|---|---|
| **Academy of Nutrition and Dietetics, Accreditation Council for Education in Nutrition and Dietetics** | | | | | |
| Didactic Program in Dietetics | Accredited | 09/01/1991 | - | - | 1/1/2014 |
| **American Association for Marriage and Family Therapy, Commission on Accreditation for Marriage and Family Therapy Education (No Longer Recognized ?)** | | | | | |
| Marriage and Family Therapy (MFT) - Clinical training programs at the master's, doctoral, and postgraduate levels | Accredited | 07/31/2004 | Agency no longer recognized  04/15/2013 | - | 12/31/2014 |
| **American Psychological Association, Commission on Accreditation** | | | | | |
| Clinical Psychology (CLPSY) - PhD Doctoral programs | Accredited | 10/17/2006 | - | - | 12/31/2020 |
| **Commission on Collegiate Nursing Education** | | | | | |
| Nursing (CNURED) - Nursing education programs at the baccalaureate degree levels | Accredited | 04/30/1998 | - | - | 12/31/2019 |
| Nursing (CNURED) - Nursing education programs at the graduate degree levels | Accredited | 04/30/1998 | - | - | 12/31/2019 |
| **National Association of Schools of Music, Commission on Accreditation** | | | | | |
| Music (MUS) - Institutions and units within institutions offering degree-granting and/or non-degree-granting programs | Accredited | *09/01/1970 | - | - | 12/31/2016 |
| **National Council for Accreditation of Teacher Education (No Longer Recognized ?)** | | | | | |
| Teacher Education (TED) - Baccalaureate and graduate programs for the | Accredited | 05/22/1964 | - | - | - |

AR0081

preparation of teachers and other
professional personnel for elementary
and secondary schools

## *Internship/Residency*

* denotes an estimated date

Agency Name

| Program Name | Accredited Status | Accredited Date | Current Action & Date of Current Action | Justification for Action | Next Review Date |
|---|---|---|---|---|---|
| No Internship/Residency has been found | | | | | |

Click here for more information about Accreditation in the U.S.

AR0082

10/30/2017

Gerhard Steinke - Seattle Pacific University

SBGE Home

SPU Home / Academics / SBGE Home /

About >

Events >

Undergraduate
Programs >

Graduate Programs >

Continuing Education >

Center for Applied

Center for Integrity in
Business

**Faculty and Staff**

Give to SBGE

Contact

✉ sbge@spu.edu
📞 206-281-2970
📍 McKenna Hall

NEWSLETTER
*Shareholders*

FOLLOW US

**in**

# Faculty Profile



# Gerhard Steinke

*Professor of Management and
Information Systems*

**Email:** gsteinke@spu.edu
**Phone:** 206-281-2377
**Office:** McKenna Hall 204

**Education:** MBA, Ball State University,
1984; MDiv, Anderson University School of
Theology, 1985; PhD, University of Passau,
1992. At SPU since 1992.

Gerhard Steinke came to the School of
Business and Economics to bring leadership
to the graduate Information Systems
Management program. Born in Canada, he
has worked for various Canadian government
departments as well as a small consulting
firm. His academic experience includes work
at universities in the U.S., Hong Kong, and
Germany. Dr. Steinke completed his doctoral



**Why I Teach at
SPU**

**Gerhard Steinke,
Professor of
Management
and Information
Systems**

"I enjoy teaching
at SPU because
this is a vibrant
place that brings
together
undergraduate
and graduate
students and
dedicated faculty
in the midst of a
large city. Having
a part in
preparing
students for
challenging and
rewarding work
and impacting
their community
— that thrills my
heart."

10/30/2017                        Gerhard Steinke - Seattle Pacific University

work at the University of Passau in Germany in 1992.

Dr. Steinke has taught Information Systems and Information Security at Seattle Pacific University for the last 20 years. In addition, he has consulted for organizations such as Boeing, Microsoft, AT&T Wireless, and the state of Washington. His international assignments include teaching courses and seminars in Mexico, Dubai, Malaysia, and Romania.

# Books



***Task-Based Security for Knowledge Base Systems***
Reihe Informatik, Shaker Verlag, 1992

# Selected Publications

- "Towards an Understanding of Web Application Security Threats and Incidents," with Emanuel Tundrea and Kenmoro Kelly, *Journal of Information Privacy & Security* 7.4 (2011): 54–69.
- "Integrating Failure Mode Effect Analysis Into the Medical Device Approval Process," with Vania Kurniawati and Jim Nindel-Edwards, *Communications of the IIMA,* Volume 10.3, pp. 49–58, 2010.
- "The Development of a Thorough Test Plan in the Analysis Phase Leading to More Successful Software Development Projects," with J. Nindel-Edwards, *Journal of International Technology and*

AR0084                                                          2/3

Gerhard Steinke - Seattle Pacific University

*Information Management,* Volume 16, Number 1, 2007.

- "Business Rules as the Basis of an Organization's Information Systems," with C. Nickolette, *Journal of Industrial Management and Data Systems*, pp. 52–63, Vol 103, Number 1, 2003.
- Data Privacy Approaches From U.S. and EU Perspectives," *Telematics and Informatics Journal*, Jan. 2002.

Please view Dr. Steinke's CV (PDF) for additional publications.

# Personal Links

Dr. Steinke's website

AR0085

September 13, 2018



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



LEXISNEXIS USA
c/o MICHAEL W HOOPS
DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036

WAC1814451524

Form I-129, Petition for a Nonimmigrant Worker



A111-665-024

## DECISION

On April 12, 2018, your organization, LEXISNEXIS USA, filed a Petition for a Nonimmigrant Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS), seeking to classify CHATTERJEE, SUBHASREE (beneficiary) as a temporary worker in a specialty occupation (H-1B) under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA).

INA § 101(a)(15)(H)(i)(b) provides, in part, for the classification of a qualified nonimmigrant:

> ...who is coming temporarily to the United States to perform services...in a specialty occupation described in section 214(i)(1)..., who meets the requirements for the occupation specified in section 214(i)(2)..., and with respect to whom the Secretary of Labor determines and certifies...that the intending employer has filed with the Secretary an application under section 212(n)(1).

You seek new employment for the beneficiary and requested that USCIS notify the consulate. You stated on the Form I-129 that you are an information technology solutions business with 5603 employees. You seek to employ the beneficiary as a data analyst from October 1, 2018 to September 1, 2021.

USCIS reviewed the initial record of evidence for eligibility in accordance with the INA and Title 8, Code of Federal Regulations (8 CFR) and could not determine whether you had established eligibility for the benefit sought. Accordingly, USCIS issued a Request for Evidence (RFE) on May 7, 2018. On June 19, 2018 you submitted a response.

After careful review and consideration of the entire record, based on a preponderance of the evidence, the petition will be denied for the reasons discussed below.

### Specialty Occupation

The issue to be discussed is whether the position offered to the beneficiary qualifies as a specialty occupation.



INA § 214(i)(1) defines "specialty occupation" as follows, in relevant part:

> ...the term "specialty occupation" means an occupation that requires-
>
> (A) theoretical and practical application of a body of highly specialized knowledge, and
>
> (B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

8 CFR § 214.2(h)(4)(ii) defines a specialty occupation to mean:

> ...an occupation which requires theoretical and practical application of a body of highly specialized knowledge in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

Pursuant to 8 CFR § 214.2(h)(4)(iii)(A), to qualify as a specialty occupation, the position must meet one of the following criteria:

> (1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
>
> (2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
>
> (3) The employer normally requires a degree or its equivalent for the position; or
>
> (4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.



A specialty occupation is defined as one that requires the theoretical and practical application of a body of highly specialized knowledge and the attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. The regulations at 8 CFR § 214.2(h)(4)(iii)(A) further clarify how a position can qualify as a specialty occupation. However, it should be noted that 8 CFR § 214.2(h)(4)(iii)(A) must logically be read together with INA § 214(i)(1) and 8 CFR § 214.2(h)(4)(ii). Hence, the criteria stated in 8 CFR § 214.2(h)(4)(iii)(A) should logically be read as being necessary but not necessarily sufficient to meet the statutory and regulatory definition of specialty occupation. To otherwise interpret this section as stating the necessary and sufficient conditions for meeting the definition of specialty occupation would result in particular positions meeting a condition under 8 CFR § 214.2(h)(4)(iii)(A) but not the statutory or regulatory definition. To avoid this illogical result, 8 CFR § 214.2(h)(4)(iii)(A) must therefore be read as providing supplemental criteria that must be met in accordance with, and not as alternatives to, the statutory and regulatory definitions of specialty occupation. As such and consistent with INA § 214(i)(1) and the regulation at 8 CFR § 214.2(h)(4)(ii), USCIS consistently interprets the term "degree" in the criteria at 8 CFR § 214.2(h)(4)(iii)(A) to mean not just any bachelor's or higher degree, but one in a specific specialty that is directly related to the proffered position. Applying this standard, USCIS regularly approves H-1B petitions for qualified nonimmigrants who are to be employed as engineers, computer scientists, certified public accountants, college professors, and other

AR0087

such occupations. These professions, for which petitioners have regularly been able to establish a minimum entry requirement in the United States of a bachelor's or higher degree in a specific specialty or its equivalent directly related to the duties and responsibilities of the particular position, fairly represent the types of specialty occupations that Congress contemplated when it created the H-1B visa category.

USCIS does not use a title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the proffered position, combined with the nature of your business operations are factors that USCIS considers. USCIS must examine the ultimate employment of the beneficiary and determine whether the position qualifies as a specialty occupation. The critical element is not the title of the position or an employer's self-imposed standards but whether the position actually requires the theoretical and practical application of a body of highly specialized knowledge, and the attainment of a bachelor's or higher degree in the specific specialty as the minimum for entry into the occupation, as required by the INA.

Each position is evaluated based upon the nature and complexity of the actual job duties to be performed with that specific employer. In addition, the beneficiary's obtainment of a degree in a related area does not guarantee the position is a specialty occupation. Further, performing specialty occupation duties that are incidental to the primary functions is insufficient to establish that the duties to be performed qualify as a specialty occupation. Through detailed descriptions of the beneficiary's duties, USCIS may discern the nature of the position and whether the position requires the theoretical and practical application of a body of highly specialized knowledge attained through attainment of at least a bachelor's degree or higher in a specific discipline.

Subsequent to the filing of the petition, you were requested to provide additional evidence to include a detailed description of the actual duties to be performed by the beneficiary on a day-to-day basis, and evidence to establish that the position meets the standards to qualify as a specialty occupation.

You described the duties of the proffered position as follows:

- Use SQL to extract data to describe user behavior on Lexis Advance, accessing the correct data sources checking data integrity, and ensuring overall data quality. (30%)
- Use R, Python, or other statistical programming software to program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or logistic regression so that decisions on A/B test results are made with full statistical confidence. (20%)
- Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling and dimensionality reduction. (20%)
- Use looker or other business intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams. (10%)
- Assist stakeholders in the formulation of hypotheses for web analytics A/B testing (10%)
- Present findings of reports to stakeholders, ensuring they understand implications of how decisions can affect the customer experience. (5%)
- Train stakeholders in the use of data tools such as Looker, ElasticSearch and Kibana; document use of those tools for stakeholder reference. (5%)

When attempting to establish whether the position is a specialty occupation, you must show that the position meets at least one of four criteria at 8 CFR § 214.2(h)(4)(iii)(A). USCIS will now discuss each criterion in turn:

1. **A bachelor's or higher degree or its equivalent is normally the minimum requirement for**



AR0088
www.uscis.gov

entry into the particular position

USCIS will analyze this criterion as follows:

a) LCA occupation title

USCIS recognizes the *Occupational Outlook Handbook* (OOH), a publication of the U.S. Department of Labor (DOL), as an authoritative source on the duties and educational requirements of the wide variety of occupations that it addresses. You provided a certified Labor Condition Application (LCA) from the DOL that the proffered position is within the "computer occupations, all other" occupation. The OOH does not contain detailed profiles for the "computer occupations, all other" position category.

When the OOH does not support the proposition that a proffered position is one that meets the statutory and regulatory provisions of a specialty occupation, it is your responsibility to provide probative evidence (e.g., documentation from other objective, authoritative sources) that supports a finding that the particular position qualifies as a specialty occupation. Here, the evidence you provided is insufficient, as will be further discussed in this denial notice.   Thus, you have not shown that the position is a specialty occupation under this criterion.

b) The actual duties

A review of the beneficiary's job duties shows that the beneficiary is primarily performing quantitative and data analysis duties. Upon a review of the proposed job duties, USCIS has determined that this position does not appear to qualify as a specialty occupation. A data analyst is a position whose educational requirements may vary according to the type of industry the individual is employed at. Further, the OOH does not provide a comprehensive description for a position such as a "data analyst" or the minimum educational requirements to perform as such. It is noted that the position appears to require an individual to possess strong mathematical, quantitative, and analytical skills. However, these skills may be obtained through a variety of educational fields. Consequently, the position offered does not meet the specialty occupation definition within the meanings of the regulations.

It must be noted that a particular position is not precluded from qualifying as a specialty occupation under the criterion at 8 C.F.R. § 214.2(h)(4)(iii)(A)(1).  However, you are required to establish, through sufficient documentary evidence, that the proffered position requires a baccalaureate or higher degree, or its equivalent, at a minimum, in a specific field related to the beneficiary's education. You have not done so in this case.

As a result, USCIS finds that you have not established the proffered position as a specialty occupation under the requirements of the first criterion at 8 C. F. R. § 214.2(h)(4)(iii)(A).

2. **The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree**

USCIS will discuss this criterion in two parts as follows:

a. **Degree requirement is common to the industry in parallel positions among similar organizations**

The first alternative prong requires that you submit evidence that the degree requirement (a bachelor's



degree or higher or its equivalent in a specific specialty) is common to the industry in parallel positions among similar organizations.

Factors often considered by USCIS when determining the industry standard include: whether the OOH reports that the industry requires a degree; whether the industry's professional associations have made a degree a minimum entry requirement; or whether letters or affidavits from firms or individuals in the industry attest that such firms routinely employ and recruit only degreed individuals.

You submitted several job postings. The following table lists the employer, whether the employer is similar to your organization, the title of the position and the degree requirement for each job posting:

| Employer | Similar to Petitioning Entity | Job Title | Degree Requirement |
|---|---|---|---|
| Kum & Go | Cannot determine whether this entity is similar to petitioning entity | Data Analyst | Bachelor's degree in a quantitative field, such as business analytics, statistics, mathematics, economics, operations research, or a closely related field. |
| Northwest Tri-County Intermediate Unit | Cannot determine whether this entity is similar to petitioning entity | Data Analyst | Bachelor's degree in Data Analytics, Statistics, Business, Accounting or other related field. |
| Liberty Personnel Services | Cannot determine whether this entity is similar to petitioning entity | Data Analyst SQL R Excel | Bachelor's degree in Mathematics, Statistics, Data, Economics or related field. |
| GoPuff | Cannot determine whether this entity is similar to petitioning entity | Data Analyst | BS Statistics, Applied Mathematics, Engineering, Economics, or other quantitative discipline. |
| Nutrisystem | Cannot determine whether this entity is similar to petitioning entity | Marketing Data Analyst | BA degree in Statistics, Mathematics, Data Science, Analytics, Operations Research, Economics or other quantitative field required. |



To satisfy this first alternative prong and establish that the employers who placed the job postings are similar to your organization, you must show that your organization and those employers share similar characteristics. When determining whether your organization and an advertising employer share similar characteristics, such factors may include information regarding the nature or type of organization; when pertinent, the particular scope of operations; and as well as the level of revenue and staffing (to list just a few elements that may be considered). It is not sufficient to claim that an organization is similar and in the same industry without providing a basis for such an assertion.

Although you submitted five job postings, the job postings are not sufficient evidence of a degree requirement being common to the industry in parallel positions among similar organizations. You did

AR0090
www.uscis.gov

not provide sufficient evidence for USCIS to determine whether any of job postings are from employers who are similar to your organization.

While the postings do specify a specific specialty, they do not limit the field of study to a particular field that is appropriate to the proffered position, such as Statistics or Mathematics, but allow for a wide variety of fields to include Economics, Operations Research, Business, Accounting, Engineering, etc.

In addition, you did not provide documentation that industry-related professional associations have made a bachelor's degree in a specific specialty a requirement for entry into the position. Further, you did not submit letters or affidavits from firms or individuals in the industry that attest that such businesses routinely employ and recruit only degreed individuals. Also, no other evidence was submitted that is sufficient to establish that the degree requirement is common to the industry in parallel positions among similar organizations. Accordingly, you have not met this criterion.

Thus, you have not shown that a requirement for a bachelor's degree or higher or its equivalent in a specific specialty is common to the industry in parallel positions among similar organizations.

As such, you have not shown that the degree requirement is common to the industry in parallel positions among similar organizations.

### b. Complexity and uniqueness of the proffered position

The second alternative prong allows you to show that the proffered position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher or its equivalent in a specific specialty. In reviewing this second alternative prong, USCIS looks to the Form I-129 and the documents filed in support of the petition. It is only in this manner that the agency can determine the exact position offered, the location of employment, the proffered wage, et cetera. Through detailed descriptions of the beneficiary's duties, USCIS may discern the nature of the position and whether the position requires the theoretical and practical application of a body of highly specialized knowledge attained through attainment of at least a bachelor's degree or higher or its equivalent in a specific specialty.

You submitted a breakdown of the job duties for the proffered position along with the percentage of time that the beneficiary will spend on the various duties. However, the submitted list of duties provides no further detail as to the unique or complex nature of the proffered position. This breakdown is not viewed as sufficient to establish that the proffered position is more unique or complex than other similar positions within the same industry. Without additional evidence showing the unique or complex nature of the position, or how this position differs from other similar positions within the same industry, you have not met this criterion.

As such, you have not shown that this position involves duties seen as either unique or complex so that only an individual with a bachelor's degree or higher in a specific specialty could perform them.

### 3. The employer normally requires a degree or its equivalent for the position

This third criterion requires that you show that you normally require a bachelor's degree or higher or its equivalent in a specific specialty for the proffered position. USCIS looks to your employment practices as well as information regarding employees who previously held the position.

You had no evidence to present on this issue. As such, you have not established this criterion.



AR0091

CSCI129CSCI12000007620554

As such, you have not shown that you normally require a degree or its equivalent in a specific specialty for the position.

### 4. The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree

The fourth criterion requires you to establish that the nature of the specific duties is so specialized and complex that the knowledge required to perform them is usually associated with the attainment of a bachelor's degree or higher or its equivalent in a specific specialty.

You provided an advisory opinion of the proffered position from a college professor at Seattle Pacific University. The professor opined that the duties of the proffered position are so specialized and complex that the knowledge required to perform these duties requires the attainment of a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field at a minimum in order to perform the duties of the position.

The professor listed the same job duties as you provided along with your petition and justifies his finding based on the following:

"The duties listed above require the employee to understand data and information technologies, databases, design options, along with business intelligence and methodologies. This position requires a broad understanding of the business environment, as well as knowledge and understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. Such deeper knowledge and understanding is seldom achieved without a solid university education. A position with these duties would normally be entrusted only to a person with a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field at a minimum in order to competently perform the duties of the position."

The professor further states:

"Lexis Nexis USA's minimum requirement for their Data Analyst (i.e. bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field) is a standard baseline requirement common to the industry in parallel positions among similar organizations. Firms similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. Therefore, my conclusion: The position of Data Analyst, as described, would be a specialty occupation requiring an in-depth theoretical and practical knowledge, and requiring the attainment of a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field."

The professor reached this conclusion by relying on your description of the position rather than any specific study of the position at your organization. There is no evidence that the professor knew any more about the specific duties of the position than what you provided. The professor does not demonstrate or assert in-depth knowledge of your business operations or how the duties of the position would actually be performed in the context of your business. The professor's opinion does not relate the professor's conclusion to specific, concrete aspects of your business operations so as to demonstrate a sound factual basis for the professor's conclusions about the educational requirements for the proffered position. The does not explain why the knowledge required for the furtherance of the job duties can only be obtained through education in Business Analytics, Statistics, Mathematics or a related quantitative field. Further, the professor states that he drew his conclusion based on the requirement common to the industry in parallel positions among similar organizations because firms



similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. However, the record does not support the professor's conclusion that firms similar to your organization routinely recruit and employ only individuals with such degrees

As such, the professor has not provided sufficient facts that would support the contention that the proffered position requires at least a bachelor's degree or higher or its equivalent in a specific specialty.

Given the professor's limited review of the duties of the position, based largely on the job descriptions furnished by you, USCIS gives less weight to the professor's opinion. The evidence does not distinguish the difference between the duties to be performed by the beneficiary and those normally performed by similar workers, and how the duties of the proffered position are more specialized and complex. There is nothing else in the record compelling USCIS to a different result.

USCIS may use as advisory opinion statements submitted as expert testimony. However, where an opinion is not in accord with other information or is in any way questionable, USCIS is not required to accept or may give less weight to that evidence. *Matter of Caron International*, 19 I&N Dec. 791 (Comm'r 1988). Thus, USCIS discounts the advisory opinion as not probative of any criterion of 8 CFR § 214.2(h)(4)(iii)(A).

As such, you have not shown that the nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

You have not met any of the four criteria enumerated at 8 CFR § 214.2(h)(4)(iii)(A). Therefore, you have not shown that the proffered position is a specialty occupation.

The burden of proof to establish eligibility for the benefit request rests with you. Here, that burden has not been met.

Consequently, the petition is denied for the above stated reason.

If you disagree with this decision, you may appeal to the Administrative Appeals Office (AAO) by filing a Notice of Appeal or Motion (Form I-290B) within 30 days (33 days if by mail) of the date of this decision. Alternatively, you may use Form I-290B to submit a motion to reopen or reconsider. For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283, or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at http://www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

Kathy A Baran

Kathy A. Baran
Director, California Service Center

AR0093
www.uscis.gov

Enclosures:
    Form I-290B, Notice of Appeal or Motion



AR0094

# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

MICHAEL W. HOOPS
DIRECT DIAL: +1 212 471 1846
PERSONAL FAX: +1 212 202 4881
*E-MAIL:* mwhoops@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

October 9, 2018

**VIA FEDEX**

USCIS
Attn: 290B
1820 E. Skyharbor Circle S
Suite 100
Phoenix, AZ 85034

---

## Motion to Reopen and Motion to Reconsider

---

| | |
|---|---|
| **Petitioner:** | **LexisNexis USA** |
| **Beneficiary:** | **Subhasree CHATTERJEE** |
| **Matter:** | **I-129, H-1B** |
| **Receipt#:** | **WAC1814451524** |

Dear Sir or Madam:

We represent the Petitioner in the H-1B filing listed above. On September 13, 2018, USCIS issued a Denial in the above referenced matter. We timely file this Motion to Reopen and Motion to Reconsider and respectfully request that USCIS reverse its clearly erroneous decision in the H-1B matter. For your reference, we have enclosed the following:

1. USCIS Filing Fee;
2. Form G-28 and I-290B;
3. Copy of the Decision Notice;
4. Brief in support of our Motions; and
5. Supporting documents as referenced in the brief.

| | |
|---|---|
| **Exhibit A** | Preponderance of the Evidence Memorandum |
| **Exhibit B** | Information about O*NET |
| **Exhibit C** | O*NET Report for 15-1199.08 – Business Intelligence Analyst. |
| **Exhibit D** | Printouts pertaining to the similarity of the study of statistics and mathematics to other closely related fields of study. |
| **Exhibit E** | Dr. Gerhard Steinke's Expert Opinion Letter and CV. |

DuaneMorris

Page 2

| | |
|---|---|
| **Exhibit F** | Copy of the USCIS Adjudicator's Field Manual. |
| **Exhibit G** | Memorandum from AILA to then USCIS director, Alejandro N. Mayorkas. |

Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely yours,
**DUANE MORRIS LLP**

Michael Hoops
Special Counsel

MWH/mmp
Enclosures



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

#### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name) — **Hoops**

**2.b.** Given Name (First Name) — **Michael**

**2.c.** Middle Name — **William**

#### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name — **1540 Broadway**

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr. [          ]

**3.c.** City or Town — **New York**

**3.d.** State **NY**   **3.e.** ZIP Code **10036**

**3.f.** Province [          ]

**3.g.** Postal Code [          ]

**3.h.** Country — **USA**

#### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number — **2124711846**

**5.** Mobile Telephone Number (if any) [          ]

**6.** Email Address (if any) — **mwhoops@duanemorris.com**

**7.** Fax Number (if any) — **2122024881**

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all** applicable items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority
**New York**

**1.b.** Bar Number (if applicable)
**2843894**

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
**Duane Morris LLP**

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization
[          ]

**2.c.** Date of Accreditation (mm/dd/yyyy)
[          ]

**3.** ☐ I am associated with
[          ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate
[          ]

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-290B

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ | W | A | C | 1 | 8 | 1 | 4 | 4 | 5 | 1 | 5 | 2 | 4 |

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant   ☒ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

> LexisNexis USA

**7.b.** Title of Authorized Signatory for Entity (if applicable)

> Immigration Compliance Specialist

**8.** Client's USCIS Online Account Number (if any)

▶ | | | | | | | | | | |

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- | | | | | | | | |

## Client's Contact Information

**10.** Daytime Telephone Number

> 6786946873

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

> leticia.andrade@relx.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

> 1100 Alderman Drive

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town

> Alpharetta

**13.d.** State  GA   **13.e.** ZIP Code  30005

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> USA

## Part 4. Client's Consent to Representation and Signature

## Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

Form G-28   05/23/18

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** [X] I request that USCIS send original notices on an application or petition to the U.S. business address of my attorney or accredited representative as listed in this form.

**1.b.** [X] I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** [X] I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ _Detric Anderson_

**2.b.** Date of Signature (mm/dd/yyyy)  10|04|2018

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

_[signature]_

**1.b.** Date of Signature (mm/dd/yyyy)  10/5/2018

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number

**2.b.** Part Number

**2.c.** Item Number

**2.d.**

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.**

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**



# Notice of Appeal or Motion

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-290B**
OMB No. 1615-0095
Expires 12/31/2018

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 or Form G-28I is attached. | Attorney State Bar Number (if applicable)<br>**2843894** | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>☐☐☐☐☐☐☐☐☐☐☐☐☐ |
|---|---|---|---|

Please see the USCIS Website at www.uscis.gov/i-290b to view appeal and/or motion eligibility by form type.

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About the Applicant or Petitioner

**1.a.** Family Name (Last Name) _____

**1.b.** Given Name (First Name) _____

**1.c.** Middle Name _____

**2.** Complete Name of Business/Organization (if applicable)
**LexisNexis USA**

**3.** Alien Registration Number (A-Number, if any)
▶ A- ☐☐☐☐☐☐☐☐☐

**4.** Receipt Number
**WAC1814451524**

**5.** USCIS Online Account Number (if any)
▶ ☐☐☐☐☐☐☐☐☐☐☐☐

### Mailing Address (or Military APO/FPO Address, if applicable)

**6.a.** In Care Of Name (if any)
**Leticia Andrade, Immigration Compliance Specialist**

**6.b.** Street Number and Name
**1100 Alderman Drive**

**6.c.** ☐ Apt. ☐ Ste. ☐ Flr. _____

**6.d.** City or Town **Alpharetta**

**6.e.** State **GA**   **6.f.** ZIP Code **30005**

**6.g.** Province _____

**6.h.** Postal Code _____

**6.i.** Country
**USA**

## Part 2. Information About the Appeal or Motion

You must select only one box indicating that you are filing an appeal or a motion, not both. **If more than one box is selected, your filing may be rejected.**

**NOTE: DO NOT** use this form if you are filing an appeal of a denial or a revocation of an approved Form I-130, Petition for Alien Relative, or a Form I-360, Petition for Widow(er). Those appeals must be filed with the BIA using Form EOIR-29, Notice of Appeal to the Board of Immigration Appeals from a Decision of an Immigration Officer.

**1.a.** ☐ I am filing **an appeal** to the Administrative Appeals Office (AAO). My brief and/or additional evidence is attached.

**1.b.** ☐ I am filing **an appeal** to the AAO. My brief and/or additional evidence will be submitted to the AAO within 30 calendar days of filing the appeal.

**1.c.** ☐ I am filing **an appeal** to the AAO. No supplemental brief and/or additional evidence will be submitted.

**1.d.** ☐ I am filing **a motion to reopen** a decision. My brief and/or additional evidence is attached.

**1.e.** ☐ I am filing **a motion to reconsider** a decision. My brief is attached.

**1.f.** ☒ I am filing **a motion to reopen** and **a motion to reconsider a decision.** My brief and/or additional evidence is attached.

**2.** USCIS Form for Which You Are Filing an Appeal or Motion to Reopen/Reconsider (for example, Form I-140, I-360, I-129, I-485, I-601)
**I-129**

**3.** Specific Classification Requested (for example, H-1B, R-1, O-1, EB-1, EB-2, EB-3, if applicable)
**H-1B**

**4.** Date of Adverse Decision (mm/dd/yyyy)
**09/13/2018**

**5.** Office Where Last Decision Was Issued
**California Service Center**

## Part 3. Basis for Appeal or Motion

In **Part 7. Additional Information**, or on a separate sheet of paper, you must provide a statement regarding the basis for the appeal or motion. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**Appeal:** Provide a statement that specifically identifies an erroneous conclusion of law or fact in the decision being appealed.

**Motion to Reopen:** The motion must state new facts and must be supported by affidavits and/or documentary evidence that establish eligibility at the time the underlying application or petition was filed.

**Motion to Reconsider:** The motion must be supported by citations to appropriate statutes, regulations, or precedent decisions and must establish that the decision was based on an incorrect application of law or policy, and that the decision was incorrect based on the evidence of record at the time of decision.

## Part 4. Applicant's or Petitioner's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-290B Instructions before completing this part.

### Section A

If you are filing an appeal or motion based on an **APPLICATION or PETITION FILED BY AN INDIVIDUAL (NOT AN ENTITY SUCH AS A COMPANY OR BUSINESS)**, complete this section:

### Applicant's or Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☐ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 5.** has read to me every question and instruction on this form, and my answer to every question, in

[_____],

a language in which I am fluent. I understood all of this information as interpreted.

**2.** ☐ At my request, the preparer named in **Part 6.** prepared this form for me based only upon information I provided or authorized.

### Applicant's or Petitioner's Contact Information

**3.** Applicant's or Petitioner's Daytime Telephone Number

[ 678-694-6873 ]

**4.** Applicant's or Petitioner's Mobile Telephone Number (if any)

[_____]

**5.** Applicant's or Petitioner's Email Address (if any)

[ leticia.andrade@relx.com ]

### Applicant's or Petitioner's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this form, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I certify, under penalty of perjury, that I provided or authorized all of the information in my form, I understand all of the information contained in, and submitted with, my form, and that all of this information is complete, true, and correct.

### Applicant's or Petitioner's Signature

**6.a.** Applicant's or Petitioner's Signature (sign in ink)

➡ [_____]

**6.b.** Date of Signature (mm/dd/yyyy) [_____]

### Section B

If you are filing an appeal or motion for a **PETITION FILED BY AN ENTITY**, complete this section:

### Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 5.** has read to me every question and instruction on this form, and my answer to every question, in

[_____],

a language in which I am fluent. I understood all of this information as interpreted.

## Part 4.  Applicant's or Petitioner's Statement, Contact Information, Certification, and Signature (continued)

2.  ☒ At my request, the preparer named in **Part 6.** prepared this form for me based only upon information I provided or authorized.

### Petitioner's Contact Information

3.  Petitioner's Daytime Telephone Number

> 678-694-6873

4.  Petitioner's Mobile Telephone Number (if any)

5.  Petitioner's Email Address (if any)

> leticia.andrade@relx.com

### Petitioner's Certification

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law.  I recognize the authority of USCIS to conduct audits of this form using publicly available open source information.  I also recognize that any supporting evidence submitted in support of this form may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this form on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this form, I understand all of the information contained in, and submitted with, my appeal or motion, and all of this information is complete, true, and correct.

### Petitioner's Signature

6.a.  Petitioner's Signature (sign in ink)

6.b.  Date of Signature (mm/dd/yyyy)  10/04/2018

**NOTE TO ALL APPLICANTS/PETITIONERS:** If you do not completely fill out this form or fail to submit required documents listed in the Instructions, USCIS may dismiss, deny, or reject your appeal or motion.

## Part 5.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.a.  Interpreter's Family Name (Last Name)

1.b.  Interpreter's Given Name (First Name)

2.  Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

3.a.  Street Number and Name

3.b.  ☐ Apt.  ☐ Ste.  ☐ Flr.

3.c.  City or Town

3.d.  State      3.e.  ZIP Code

3.f.  Province

3.g.  Postal Code

3.h.  Country

### Interpreter's Contact Information

4.  Interpreter's Daytime Telephone Number

5.  Interpreter's Mobile Telephone Number (if any)

6.  Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ , which is the same language specified in **Part 4., Item Number 1.b.** in **Section A** or **Section B**, and I have read to this applicant or petitioner in the identified language every question and instruction on this form and his or her answer to every question.  The applicant or petitioner informed me that he or she understands every instruction, question, and answer on the form, including the **Applicant's or Petitioner's Certification**, and has verified the accuracy of every answer.

## Part 5. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Contact Information, Statement, Certification, and Signature of the Person Preparing This Form, if Other Than the Applicant or Petitioner

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Hoops

**1.b.** Preparer's Given Name (First Name)

Michael

**2.** Preparer's Business or Organization Name (if any)

Duane Morris LLP

### Preparer's Mailing Address

**3.a.** Street Number and Name

1540 Broadway

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

New York

**3.d.** State  NY   **3.e.** ZIP Code  10036

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

UNITED STATES OF AMERICA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

2124711846

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

mwhoops@duanemorris.com

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this form on behalf of the applicant or petitioner and with the applicant's or petitioner's consent.

**7.b.** ☒ I am an attorney or accredited representative and have prepared this form on behalf of the applicant or petitioner and with the applicant's or petitioner's consent.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this form at the request of the applicant or petitioner. The applicant or petitioner then reviewed this completed form and informed me that he or she understands all of the information contained in, and submitted with, his or her form, including the **Applicant's or Petitioner's Certification**, and that all of this information is complete, true, and correct. I completed this form based only on information that the applicant or petitioner provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature (sign in ink)

**8.b.** Date of Signature (mm/dd/yyyy)   10/5/201̲5

## Part 7. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name and A-Number at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A-

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.**

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**

**NOTE:** Make sure your appeal or motion is complete before filing.

# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

*FIRM and AFFILIATE OFFICES*

MICHAEL W. HOOPS
DIRECT DIAL: +1 212 471 1846
PERSONAL FAX: +1 212 202 4881
*E-MAIL:* mwhoops@duanemorris.com

*www.duanemorris.com*

*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

October 9, 2018

## MOTION TO REOPEN AND MOTION TO RECONSIDER

Petitioner:     LexisNexis USA
Beneficiary:   Subhasree CHATTERJEE
Receipt#:       WAC1814451524

On September 13, 2018, USCIS issued a Decision to deny the above referenced H-1B filing filed on behalf of the above referenced beneficiary for the position of Data Analyst. Petitioner asserts this denial is erroneous based on the evidence previously provided in our petition and response to the Request for Evidence. Thus, Petitioner files the Motion to Reconsider. In the alternative, we provide the following in support of the Motion to Reopen the decision.

Under 8 CFR Section 214.2 (h)(4)(ii), specialty occupation is defined as:

> An occupation which requires [(1)] theoretical and practical application of a body of highly specialized knowledge in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires [(2)] the attainment of a bachelor's degree or higher in specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

To qualify as a specialty occupation, the position must meet *one* of the following criteria:

1. A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
2. The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
3. The employer normally requires a degree or its equivalent for the position; *or*
4. The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

I-290B: WAC1814451524
Page 2

$$\mathrm{D}uane\mathrm{M}orris$$

## STANDARD OF EVIDENCE

We wish to remind the Service that the standard of adjudication as it relates to immigration matters is "preponderance of the evidence." In Director Aytes' Interoffice Memorandum of January 11, 2006 (HQ 70/33.1 AD06-12), he reminds the Service Centers that,

> The standard of proof applied in most administrative immigration proceedings is the **"preponderance of the evidence"** standard. Thus, even if the director has some doubt as to the truth, **if the petitioner submits relevant, probative, and credible evidence that leads the director to believe that the claim is "probably true" or "more likely than not,"** the applicant or petitioner has satisfied the standard of proof. See U.S. v. Cardozo-Fonseca, 480 U.S. 421 (1987) (defining "more likely than not" as a greater than 50% percent probability of something occurring.) (Emphasis Added) **[Exhibit A]**

Petitioner asserts that this burden was met in the initial filing through the provision of **extensive, credible, and probative** evidence from objective sources documenting the nature of the position and requirements. Nevertheless, we provide the following in response to the Service's requests regarding the position.

1. **A Baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into this position.**

In its denial, USCIS lists the Occupational Outlook Handbook (OOH) as an authoritative source of education requirements for the various occupations within it. The O*NET Program is another authoritative source of employment information and serves as the nation's primary source of occupational information. O*NET was created for the U.S. Department of Labor (DOL) and includes information on skills, abilities, knowledge, work activities, and interests associated with occupations. This information is used for a variety of job-related purposes, including developing effective job descriptions, defining employee and/or job-specific success factors, redefining recruitment and training goals, and more. **[Exhibit B]**

As stated in the response to the Request for Evidence (RFE), we indicated that Petitioner's Data Analyst position is most closely aligned with the Department of Labor's "Business Intelligence Analyst" SOC code, which falls under the umbrella of the SOC for "Computer Occupations, All Other." Analysis of O*NET's educational degree breakdown for Business Intelligence Analyst shows that the industry generally requires a minimum of a bachelor's degree for entry into this role with **91% of responses showing a bachelor's degree requirement or higher.** This clearly indicates that the industry has a common requirement and preference for their Business Intelligence Analyst to have a post-secondary degree. **[See Exhibit C – Education]**

Regarding the secondary criteria that a specialty occupation requires a bachelor's degree in a specific specialty, O*NET does not provide a direct statement on what specific specialty is required for the Business Intelligence Analyst role. However, this information can be derived by the "Knowledge" section in the O*NET Summary.

$\mathbb{D}$uane$\mathbb{M}$orris

I-290B: WAC1814451524
Page 3

Per O*NET, the top three[1] knowledge criteria for an Business Intelligence Analyst **across all industries** includes (in alphabetical order) **[See Exhibit C – Knowledge]**:

1. Sales and Marketing
2. Administration and Management
3. Mathematics

The above list represents the top specialties required for the position of Business Intelligence Analyst. **Whether a company would require all or only some of the specialties above would depend on the focus of the job.** In Petitioner's case, the Data Analyst focuses the majority of time extracting data that will be used to describe user behavior on Petitioner's product, LexisAdvance. To that end, she will utilize SQL to access the correct data sources, check data integrity, and ensure overall data quality. She will also dedicate a large portion of her time to using statistical programming software, such as R and Python, to program analyses and generate reports leveraging proper statistical analyses, such as ANOVA, t-tests, linear models, or logistics regression so that decisions on A/B test results are made with full statistical confidence. Furthermore, she will also use R and Python, descriptive statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction to perform exploratory data analyses. She will also spend equal portions of time performing other duties that are traditionally associated with a data analytics position, including visualizing data using Business Intelligence tools, formulating web analytics A/B testing hypotheses, and training stakeholders. Accordingly, a bachelor's degree in business analytics, statistics, mathematics, or a related quantitative field is required for this role in this particular industry.

Given the above analysis, Petitioner has demonstrated that it is more likely than not that the position of Data Analyst normally requires a bachelor's degree in specific specialties for entry into the position and is a specialty occupation in line with the definition at 8 CFR § 214.2 (h)(4)(ii).

**2.  The degree requirement is common to the industry in parallel positions among similar organizations.**

As part of the RFE response, Petitioner submitted five job postings that advertised for the same or similar Data Analyst position. Please note that although these postings are from organizations outside Petitioner's industry, a Data Analyst's duties and required level of education/knowledge/skill are substantially similar across all industries. Thus, it should not matter what actual industry the employer is in as Data Analysts will still perform the same core function – retrieve and gather data, organize it and use it to reach meaningful conclusions.

Furthermore, USCIS observed that:

> "*While the postings do specify a specific specialty, they do not limit the field of study to a particular field that is appropriate to the proffered position such as Statistics or*

---

[1] "Customer and Personal Service" and "English Language" are the second and third requirements. For the purposes of this response, both requirements are disregarded for this analysis.

DuaneMorris

I-290B: WAC1814451524
Page 4

> *Mathematics, but allow for a wide variety of fields to include Economics, Operations Research, Business, Accounting, Engineering, etc."*

We respectfully disagree with USCIS that these fields are not appropriate or related to the proffered position. It is well established that fields such as accounting, economics, and operations research employ techniques from other mathematical principals, such as mathematical formulation, applied mathematics, and statistical analysis **[Exhibit D]**. Thus, the Data Analyst position requires a bachelor's degree that is limited to fields of study including statistics, mathematics, or fields that are closely related to those two areas of study.

Thus, Petitioner has demonstrated that it is more likely than not that the degree requirement is common to the industry in parallel positions among similar organizations.

**3.  The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.**

Effective completion of the Data Analyst duties requires one to have a thorough understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. A bachelor's degree in business analytics, statistics, mathematics, or a related quantitative field provides extensive training in these skills. Without such a degree and the associated training and skills, anyone holding a Data Analyst position would require years of on-the-job training.

Petitioner engaged a recognized expert in the field, Dr. Gerhard Steinke, **who possesses 26 years of experience** in the field of information systems project management, to opine on the specialty nature of the position, the degree requirements, and the job duties undertaken by the Data Analyst position.

The Service questioned the validity of Dr. Steinke's professional opinion by stating:

> *"The professor reached this conclusion by relying on your description of the position rather than any specific study of the position at your organization. There is no evidence that the professor knew any more about the specific duties of the position than what you provided. The professor does not demonstrate or assert in-depth knowledge of your business operations or how the duties of the position would actually be performed in the context of your business. The professor's opinion does not relate the professor's conclusion to specific, concrete aspects of your business operations so as to demonstrate a sound factual basis for the professor's conclusions about the educational requirements for the proffered position..."*

Dr. Steinke's lengthy resume attests to his knowledge in the field and confirms his extensive experience and research profile. Additionally, he has direct experience with consulting on risk assessment examinations as demonstrated by this information systems and technology security audits of credit unions in the State of Washington. He has written about complex issues relating to Big Data analytics and ethics, and has taught project management and information security courses all over the world.

DuaneMorris

I-290B: WAC1814451524
Page 5

Please see his resume appended at the end of the expert opinion letter which details his numerous accomplishments, publications, and more as evidence of his extensive and expert-level knowledge, skill, experience, training, and education. **[Exhibit E].**

The Service's requirement that Dr. Steinke be directly associated with the business information industry and provide copies of citations and research materials to support his statements is well beyond the scope of the "preponderance of the evidence" standard. It is **unduly burdensome** and **fundamentally unfair** of USCIS to expect the Petitioner to engage an expert to conduct an assessment such as suggested in the denial notice.

Dr. Steinke is qualified to provide his expert opinion based on guidance from the USCIS Adjudicator's Filed Manual, which states the following about Expert and Opinion Evidence:

> ...*[A]n expert is permitted to give his or her opinion on a particular set of facts or circumstances involving scientific, technical, or other specialized knowledge. **In order to provide such opinion testimony, the witness must be qualified as an expert by knowledge, skill, experience, training or education.***
>
> ***When an expert witness is offered, the person offering the testimony of the witness must prove the experience and qualifications of the witness and the facts of the case at hand.*** (Emphasis added). **[Exhibit F]**

Furthermore, the field manual states that the Federal Rules of Evidence (FRE) serves as a "good reference point for discussions of evidence" and that "any evidence that would be admissible under the [FRE] should be admitted in administrative proceedings."

FRE 703 states the following:

> *An expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. **If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted.** But if the facts or data would otherwise be inadmissible, the proponent of the opinion may disclose them to the jury only if their probative value in helping the jury evaluate the opinion substantially outweighs their prejudicial effect.* (Emphasis Added).

Thus, <u>**an expert need only base his opinion on objective facts that he has been made aware of and there is no burden that requires him to know more about the specific duties of the position outside what has been provided to him for his expert opinion**</u>. Additionally, it is Dr. Steinke's decades of professional experience and scholarly achievements that serve as another basis for his ability to provide an opinion and he would reasonably rely on his own first-hand knowledge of the field, and his extensive research in the fields of computer science and engineering. His meticulous breakdown of the duties performed in the context of Petitioner's mission evidences the fact that the Data Analyst position is so complex that the position normally would require a bachelor's degree in a specific specialty.

$\mathfrak{D}$uane$\mathfrak{M}$orris

I-290B: WAC1814451524
Page 6

In the position analysis, Dr. Steinke states:

*"The duties [of a Data Analyst] require the employee to understand data and information technologies, databases, design options, along with business intelligence processes and methodologies. This position requires a broad understanding of the business environment, as well as knowledge and understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. Such deeper knowledge and understanding is seldom achieved without a solid university education...*

*In particular, it is terms such as the following...that make it clear to me that this position requires at least an undergraduate degree in one of the specified fields: "checking data integrity, and ensuring overall data quality", "program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or logistic regression so that decisions on AIB test results are made with full statistical confidence", "Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction", "Use Looker or other Business Intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams", "Assist stakeholders in the formulation of hypotheses for web analytics AIB testing", and "Train stakeholders in the use of data tools such as Looker, ElasticSearch, and Kibana; document use of those tools for stakeholder reference.*

*LexisNexis USA's minimum requirement for their Data Analyst (i.e., a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field) is a standard baseline requirement common to the industry in parallel positions among similar organizations. Firms similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. Therefore, my conclusion: The position of Data Analyst, as described, would be a specialty occupation requiring an in-depth theoretical and practical knowledge, and requiring the attainment of a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field."*

## CONCLUSION

The regulation at 8 C.F.R. 214.2(h)(4)(ii) is a definitional regulation, and the term "specialty occupation" is defined there, as are a number of other terms found in the regulations governing H-1B petitions. The regulation at 8 C.F.R § 214.2(h)(4)(iii)(A) sets out objective criteria by which to determine whether a specific job is a "specialty occupation" under 8 C.F.R. § 214.2(h)(4)(ii). Meeting **one** of the objective criteria suffices to prove that the position is a "specialty occupation."

The H-1B nonimmigrant category provides U.S. employers access to highly-skilled workers from abroad. The adjudication of H-1B petitions in recent years has been marked by increasingly restrictive interpretations of key elements of the law, compounded by the impermissible introduction of factors into the adjudication of H-1B petitions that are supported by neither the statute nor the regulations. In

DuaneMorris

I-290B: WAC1814451524
Page 7

addition, the AAO has adopted an interpretation of the terms "specialty occupation" and "body of highly specialized knowledge" that is not supported by the statute, prior AAO administrative jurisprudence, or case law. Additionally, adjudication of H-1B petitions has been restricted by the application of an impermissibly narrow interpretation of the preponderance of the evidence burden of persuasion, and the rejection of probative and competent evidence drawn from resources of the Department of Labor.

In support of this petition and consistent with our argument that this petition qualifies for an H-1B, we have enclosed a copy of the Memorandum from the American Immigration Lawyers Association (AILA) to Alejandro N. Mayorkas, Director United States Citizenship & Immigration Services. **[Exhibit G].** In the memorandum AILA calls upon USCIS to conduct a review of H-1B adjudications at the Administrative Appeals Office and at Service Centers for the purpose of restoring the proper interpretation of the regulations and burden of proof.

We thank USCIS for taking the time to review this motion and respectfully request once again that the agency approve this H-1B as Petitioner has satisfied the necessary criteria.

Please do not hesitate to contact me at 212-471-1846 if you have any questions.

Regards,

Michael Hoops
Special Counsel

September 13, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship
and Immigration
Services**

LEXISNEXIS USA
c/o MICHAEL W HOOPS
DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036



WAC1814451524

Form I-129, Petition for a Nonimmigrant Worker

A111-665-024



## <u>DECISION</u>

On April 12, 2018, your organization, LEXISNEXIS USA, filed a Petition for a Nonimmigrant Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS), seeking to classify CHATTERJEE, SUBHASREE (beneficiary) as a temporary worker in a specialty occupation (H-1B) under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA).

INA § 101(a)(15)(H)(i)(b) provides, in part, for the classification of a qualified nonimmigrant:

> …who is coming temporarily to the United States to perform services…in a specialty occupation described in section 214(i)(1)…, who meets the requirements for the occupation specified in section 214(i)(2)…, and with respect to whom the Secretary of Labor determines and certifies…that the intending employer has filed with the Secretary an application under section 212(n)(1).

You seek new employment for the beneficiary and requested that USCIS notify the consulate. You stated on the Form I-129 that you are an information technology solutions business with 5603 employees. You seek to employ the beneficiary as a data analyst from October 1, 2018 to September 1, 2021.

USCIS reviewed the initial record of evidence for eligibility in accordance with the INA and Title 8, Code of Federal Regulations (8 CFR) and could not determine whether you had established eligibility for the benefit sought. Accordingly, USCIS issued a Request for Evidence (RFE) on May 7, 2018. On June 19, 2018 you submitted a response.

After careful review and consideration of the entire record, based on a preponderance of the evidence, the petition will be denied for the reasons discussed below.

### Specialty Occupation

The issue to be discussed is whether the position offered to the beneficiary qualifies as a specialty occupation.

AR0113

INA § 214(i)(1) defines "specialty occupation" as follows, in relevant part:

> ...the term "specialty occupation" means an occupation that requires-
>
> (A) theoretical and practical application of a body of highly specialized knowledge, and
>
> (B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

8 CFR § 214.2(h)(4)(ii) defines a specialty occupation to mean:

> ...an occupation which requires theoretical and practical application of a body of highly specialized knowledge in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

Pursuant to 8 CFR § 214.2(h)(4)(iii)(A), to qualify as a specialty occupation, the position must meet one of the following criteria:

> (1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
>
> (2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
>
> (3) The employer normally requires a degree or its equivalent for the position; or
>
> (4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.



A specialty occupation is defined as one that requires the theoretical and practical application of a body of highly specialized knowledge and the attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States. The regulations at 8 CFR § 214.2(h)(4)(iii)(A) further clarify how a position can qualify as a specialty occupation. However, it should be noted that 8 CFR § 214.2(h)(4)(iii)(A) must logically be read together with INA § 214(i)(1) and 8 CFR § 214.2(h)(4)(ii). Hence, the criteria stated in 8 CFR § 214.2(h)(4)(iii)(A) should logically be read as being necessary but not necessarily sufficient to meet the statutory and regulatory definition of specialty occupation. To otherwise interpret this section as stating the necessary and sufficient conditions for meeting the definition of specialty occupation would result in particular positions meeting a condition under 8 CFR § 214.2(h)(4)(iii)(A) but not the statutory or regulatory definition. To avoid this illogical result, 8 CFR § 214.2(h)(4)(iii)(A) must therefore be read as providing supplemental criteria that must be met in accordance with, and not as alternatives to, the statutory and regulatory definitions of specialty occupation. As such and consistent with INA § 214(i)(1) and the regulation at 8 CFR § 214.2(h)(4)(ii), USCIS consistently interprets the term "degree" in the criteria at 8 CFR § 214.2(h)(4)(iii)(A) to mean not just any bachelor's or higher degree, but one in a specific specialty that is directly related to the proffered position. Applying this standard, USCIS regularly approves H-1B petitions for qualified nonimmigrants who are to be employed as engineers, computer scientists, certified public accountants, college professors, and other

such occupations. These professions, for which petitioners have regularly been able to establish a minimum entry requirement in the United States of a bachelor's or higher degree in a specific specialty or its equivalent directly related to the duties and responsibilities of the particular position, fairly represent the types of specialty occupations that Congress contemplated when it created the H-1B visa category.

USCIS does not use a title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the proffered position, combined with the nature of your business operations are factors that USCIS considers. USCIS must examine the ultimate employment of the beneficiary and determine whether the position qualifies as a specialty occupation. The critical element is not the title of the position or an employer's self-imposed standards but whether the position actually requires the theoretical and practical application of a body of highly specialized knowledge, and the attainment of a bachelor's or higher degree in the specific specialty as the minimum for entry into the occupation, as required by the INA.

Each position is evaluated based upon the nature and complexity of the actual job duties to be performed with that specific employer. In addition, the beneficiary's obtainment of a degree in a related area does not guarantee the position is a specialty occupation. Further, performing specialty occupation duties that are incidental to the primary functions is insufficient to establish that the duties to be performed qualify as a specialty occupation. Through detailed descriptions of the beneficiary's duties, USCIS may discern the nature of the position and whether the position requires the theoretical and practical application of a body of highly specialized knowledge attained through attainment of at least a bachelor's degree or higher in a specific discipline.

Subsequent to the filing of the petition, you were requested to provide additional evidence to include a detailed description of the actual duties to be performed by the beneficiary on a day-to-day basis, and evidence to establish that the position meets the standards to qualify as a specialty occupation.

You described the duties of the proffered position as follows:

- Use SQL to extract data to describe user behavior on Lexis Advance, accessing the correct data sources checking data integrity, and ensuring overall data quality. (30%)
- Use R, Python, or other statistical programming software to program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or logistic regression so that decisions on A/B test results are made with full statistical confidence. (20%)
- Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling and dimensionality reduction. (20%)
- Use looker or other business intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams. (10%)
- Assist stakeholders in the formulation of hypotheses for web analytics A/B testing (10%)
- Present findings of reports to stakeholders, ensuring they understand implications of how decisions can affect the customer experience. (5%)
- Train stakeholders in the use of data tools such as Looker, ElasticSearch and Kibana; document use of those tools for stakeholder reference. (5%)

When attempting to establish whether the position is a specialty occupation, you must show that the position meets at least one of four criteria at 8 CFR § 214.2(h)(4)(iii)(A). USCIS will now discuss each criterion in turn:

1. **A bachelor's or higher degree or its equivalent is normally the minimum requirement for**



AR0115
www.uscis.gov

**entry into the particular position**

USCIS will analyze this criterion as follows:

a) LCA occupation title

USCIS recognizes the *Occupational Outlook Handbook* (OOH), a publication of the U.S. Department of Labor (DOL), as an authoritative source on the duties and educational requirements of the wide variety of occupations that it addresses.  You provided a certified Labor Condition Application (LCA) from the DOL that the proffered position is within the "computer occupations, all other" occupation. The OOH does not contain detailed profiles for the "computer occupations, all other" position category.

When the OOH does not support the proposition that a proffered position is one that meets the statutory and regulatory provisions of a specialty occupation, it is your responsibility to provide probative evidence (e.g., documentation from other objective, authoritative sources) that supports a finding that the particular position qualifies as a specialty occupation. Here, the evidence you provided is insufficient, as will be further discussed in this denial notice.   Thus, you have not shown that the position is a specialty occupation under this criterion.

b) The actual duties

A review of the beneficiary's job duties shows that the beneficiary is primarily performing quantitative and data analysis duties. Upon a review of the proposed job duties, USCIS has determined that this position does not appear to qualify as a specialty occupation. A data analyst is a position whose educational requirements may vary according to the type of industry the individual is employed at. Further, the OOH does not provide a comprehensive description for a position such as a "data analyst" or the minimum educational requirements to perform as such. It is noted that the position appears to require an individual to possess strong mathematical, quantitative, and analytical skills. However, these skills may be obtained through a variety of educational fields. Consequently, the position offered does not meet the specialty occupation definition within the meanings of the regulations.

It must be noted that a particular position is not precluded from qualifying as a specialty occupation under the criterion at 8 C.F.R. § 214.2(h)(4)(iii)(A)(1).  However, you are required to establish, through sufficient documentary evidence, that the proffered position requires a baccalaureate or higher degree, or its equivalent, at a minimum, in a specific field related to the beneficiary's education. You have not done so in this case.

As a result, USCIS finds that you have not established the proffered position as a specialty occupation under the requirements of the first criterion at 8 C. F. R. § 214.2(h)(4)(iii)(A).

> 2. **The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree**

USCIS will discuss this criterion in two parts as follows:

> a. **Degree requirement is common to the industry in parallel positions among similar organizations**

The first alternative prong requires that you submit evidence that the degree requirement (a bachelor's



AR0116

degree or higher or its equivalent in a specific specialty) is common to the industry in parallel positions among similar organizations.

Factors often considered by USCIS when determining the industry standard include: whether the OOH reports that the industry requires a degree; whether the industry's professional associations have made a degree a minimum entry requirement; or whether letters or affidavits from firms or individuals in the industry attest that such firms routinely employ and recruit only degreed individuals.

You submitted several job postings. The following table lists the employer, whether the employer is similar to your organization, the title of the position and the degree requirement for each job posting:

| Employer | Similar to Petitioning Entity | Job Title | Degree Requirement |
|---|---|---|---|
| Kum & Go | Cannot determine whether this entity is similar to petitioning entity | Data Analyst | Bachelor's degree in a quantitative field, such as business analytics, statistics, mathematics, economics, operations research, or a closely related field. |
| Northwest Tri-County intermediate Unit | Cannot determine whether this entity is similar to petitioning entity | Data Analyst | Bachelor's degree in Data Analytics, Statistics, Business, Accounting or other related field. |
| Liberty Personnel Services | Cannot determine whether this entity is similar to petitioning entity | Data Analyst SQL R Excel | Bachelor's degree in Mathematics, Statistics, Data, Economics or related field. |
| GoPuff | Cannot determine whether this entity is similar to petitioning entity | Data Analyst | BS Statistics, Applied Mathematics, Engineering, Economics, or other quantitative discipline. |
| Nutrisystem | Cannot determine whether this entity is similar to petitioning entity | Marketing Data Analyst | BA degree in Statistics, Mathematics, Data Science, Analytics, Operations Research, Economics or other quantitative field required. |



To satisfy this first alternative prong and establish that the employers who placed the job postings are similar to your organization, you must show that your organization and those employers share similar characteristics. When determining whether your organization and an advertising employer share similar characteristics, such factors may include information regarding the nature or type of organization; when pertinent, the particular scope of operations; and as well as the level of revenue and staffing (to list just a few elements that may be considered). It is not sufficient to claim that an organization is similar and in the same industry without providing a basis for such an assertion.

Although you submitted five job postings, the job postings are not sufficient evidence of a degree requirement being common to the industry in parallel positions among similar organizations. You did

AR0117
www.uscis.gov

not provide sufficient evidence for USCIS to determine whether any of job postings are from employers who are similar to your organization.

While the postings do specify a specific specialty, they do not limit the field of study to a particular field that is appropriate to the proffered position, such as Statistics or Mathematics, but allow for a wide variety of fields to include Economics, Operations Research, Business, Accounting, Engineering, etc.

In addition, you did not provide documentation that industry-related professional associations have made a bachelor's degree in a specific specialty a requirement for entry into the position. Further, you did not submit letters or affidavits from firms or individuals in the industry that attest that such businesses routinely employ and recruit only degreed individuals. Also, no other evidence was submitted that is sufficient to establish that the degree requirement is common to the industry in parallel positions among similar organizations. Accordingly, you have not met this criterion.

Thus, you have not shown that a requirement for a bachelor's degree or higher or its equivalent in a specific specialty is common to the industry in parallel positions among similar organizations.

As such, you have not shown that the degree requirement is common to the industry in parallel positions among similar organizations.

### b. Complexity and uniqueness of the proffered position

The second alternative prong allows you to show that the proffered position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher or its equivalent in a specific specialty. In reviewing this second alternative prong, USCIS looks to the Form I-129 and the documents filed in support of the petition. It is only in this manner that the agency can determine the exact position offered, the location of employment, the proffered wage, et cetera. Through detailed descriptions of the beneficiary's duties, USCIS may discern the nature of the position and whether the position requires the theoretical and practical application of a body of highly specialized knowledge attained through attainment of at least a bachelor's degree or higher or its equivalent in a specific specialty.

You submitted a breakdown of the job duties for the proffered position along with the percentage of time that the beneficiary will spend on the various duties. However, the submitted list of duties provides no further detail as to the unique or complex nature of the proffered position. This breakdown is not viewed as sufficient to establish that the proffered position is more unique or complex than other similar positions within the same industry. Without additional evidence showing the unique or complex nature of the position, or how this position differs from other similar positions within the same industry, you have not met this criterion.

As such, you have not shown that this position involves duties seen as either unique or complex so that only an individual with a bachelor's degree or higher in a specific specialty could perform them.

### 3. The employer normally requires a degree or its equivalent for the position

This third criterion requires that you show that you normally require a bachelor's degree or higher or its equivalent in a specific specialty for the proffered position. USCIS looks to your employment practices as well as information regarding employees who previously held the position.

You had no evidence to present on this issue. As such, you have not established this criterion.



As such, you have not shown that you normally require a degree or its equivalent in a specific specialty for the position.

### 4. The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree

The fourth criterion requires you to establish that the nature of the specific duties is so specialized and complex that the knowledge required to perform them is usually associated with the attainment of a bachelor's degree or higher or its equivalent in a specific specialty.

You provided an advisory opinion of the proffered position from a college professor at Seattle Pacific University. The professor opined that the duties of the proffered position are so specialized and complex that the knowledge required to perform these duties requires the attainment of a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field at a minimum in order to perform the duties of the position.

The professor listed the same job duties as you provided along with your petition and justifies his finding based on the following:

"The duties listed above require the employee to understand data and information technologies, databases, design options, along with business intelligence and methodologies. This position requires a broad understanding of the business environment, as well as knowledge and understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. Such deeper knowledge and understanding is seldom achieved without a solid university education. A position with these duties would normally be entrusted only to a person with a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field at a minimum in order to competently perform the duties of the position."

The professor further states:

"Lexis Nexis USA's minimum requirement for their Data Analyst (i.e. bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field) is a standard baseline requirement common to the industry in parallel positions among similar organizations. Firms similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. Therefore, my conclusion: The position of Data Analyst, as described, would be a specialty occupation requiring an in-depth theoretical and practical knowledge, and requiring the attainment of a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics or a related quantitative field."

The professor reached this conclusion by relying on your description of the position rather than any specific study of the position at your organization. There is no evidence that the professor knew any more about the specific duties of the position than what you provided. The professor does not demonstrate or assert in-depth knowledge of your business operations or how the duties of the position would actually be performed in the context of your business. The professor's opinion does not relate the professor's conclusion to specific, concrete aspects of your business operations so as to demonstrate a sound factual basis for the professor's conclusions about the educational requirements for the proffered position. The does not explain why the knowledge required for the furtherance of the job duties can only be obtained through education in Business Analytics, Statistics, Mathematics or a related quantitative field. Further, the professor states that he drew his conclusion based on the requirement common to the industry in parallel positions among similar organizations because firms



CSCI129CSCI12000007620554

AR0119
www.uscis.gov

similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. However, the record does not support the professor's conclusion that firms similar to your organization routinely recruit and employ only individuals with such degrees

As such, the professor has not provided sufficient facts that would support the contention that the proffered position requires at least a bachelor's degree or higher or its equivalent in a specific specialty.

Given the professor's limited review of the duties of the position, based largely on the job descriptions furnished by you, USCIS gives less weight to the professor's opinion. The evidence does not distinguish the difference between the duties to be performed by the beneficiary and those normally performed by similar workers, and how the duties of the proffered position are more specialized and complex. There is nothing else in the record compelling USCIS to a different result.

USCIS may use as advisory opinion statements submitted as expert testimony. However, where an opinion is not in accord with other information or is in any way questionable, USCIS is not required to accept or may give less weight to that evidence. *Matter of Caron International*, 19 I&N Dec. 791 (Comm'r 1988). Thus, USCIS discounts the advisory opinion as not probative of any criterion of 8 CFR § 214.2(h)(4)(iii)(A).

As such, you have not shown that the nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

You have not met any of the four criteria enumerated at 8 CFR § 214.2(h)(4)(iii)(A). Therefore, you have not shown that the proffered position is a specialty occupation.

The burden of proof to establish eligibility for the benefit request rests with you. Here, that burden has not been met.

Consequently, the petition is denied for the above stated reason.

If you disagree with this decision, you may appeal to the Administrative Appeals Office (AAO) by filing a Notice of Appeal or Motion (Form I-290B) within 30 days (33 days if by mail) of the date of this decision. Alternatively, you may use Form I-290B to submit a motion to reopen or reconsider. For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283, or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at http://www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

Kathy A Baran

Kathy A. Baran
Director, California Service Center

AR0120
www.uscis.gov

Enclosures:
    Form I-290B, Notice of Appeal or Motion



AR0121

**U.S. Department of Homeland Security**
20 Massachusetts Avenue, N.W.
Washington, D.C. 20529



**U.S. Citizenship
and Immigration
Services**

HQ 70/33.1
AD06-12

# Interoffice Memorandum

To:   Service Center Directors
      District Directors
      Regional Directors
      Director, National Benefits Center
      Director, Office of Refugee, Asylum and International Operations

From: Michael Aytes /S/
      Acting Director, Field Operations

Date: January 11, 2006

Re:   Alternate definition of "American firm or corporation" for purposes of section 316(b) of the
      Immigration and Nationality Act, 8 USC 1427(b), and the standard of proof applicable in
      most administrative immigration proceedings

          Revision to *Adjudicator's Field Manual* (*AFM*) Chapter 11.1(c) (*AFM* Update AD06-12)
          Revision to *Adjudicator's Field Manual* (*AFM*) Appendix 74-14 (*AFM* Update AD06-12)

This memorandum informs U.S. Citizenship and Immigration Services (USCIS) personnel of
changes to the *Adjudicator's Field Manual* (*AFM*) regarding an alternate definition of "American
firm or corporation" for purposes of section 316(b) of the Immigration and Nationality Act (the Act),
8 USC 1427(b), and the standard of proof applicable in most administrative immigration
proceedings. These amendments are the result of the designation by Acting Deputy Director, Robert
C. Divine, of the Administrative Appeals Office (AAO) decision in Matter of ███████████ as a
USCIS Adopted Decision.

This guidance is effective immediately. Please direct any questions regarding this memorandum
through appropriate channels to the Office of Program and Regulations Development.

The *AFM* is revised at Chapter 11.1 Submission of Supporting Documents and Consideration of
Evidence by replacing paragraph (c) with:

(c) <u>Burden of Proof and Standard of Proof</u>.

The burden is on the petitioner to establish that he or she is eligible for the benefit sought.

Alternate definition of "American firm or corporation" for purposes of section 316(b)
of the Immigration and Nationality Act, 8 USC section 1427(b), and the standard of proof
applicable in most administrative immigration proceedings;

Revision to *Adjudicator's Field Manual (AFM)* Chapter 11.1(c) (*AFM* Update AD06-12)
Revision to *Adjudicator's Field Manual (AFM)* Appendix 74-14 (*AFM* Update AD06-12)

Page 2

*Matter of Brantigan*, 11 I&N Dec. 493 (BIA 1966).  This means that if an alien seeking a
benefit has not shown eligibility, the application should be denied. The government is not
called upon to make any showing of ineligibility until the alien has first shown that he is
eligible.  You may contrast this in your mind with a criminal case or with a removal hearing
in which the government must first prove its case.

Once an applicant has met his or her initial burden of proof, he or she can be said to have
made a "prima facie case." This means that the applicant has come forward with the facts
and evidence which show that, at a bare minimum, and without any further inquiry, he or
she has initial eligibility for the benefit sought. This does not mean that your inquiry is over.
An alien may have established initial eligibility, but it is up to you to determine if there are
any discretionary reasons why an application should be denied, or if there are any facts in
the record (including facts developed during the course of the adjudicative proceedings,
such as during an interview) which would make the applicant ineligible for the benefit. If
such adverse factors do exist, it is again the applicant's burden to overcome these factors.

The standard of proof should not be confused with the burden of proof.  *See* Appendix 74-
14.  The standard of proof applied in most administrative immigration proceedings is the
"preponderance of the evidence" standard.  Thus, even if the director has some doubt as to
the truth, if the petitioner submits relevant, probative, and credible evidence that leads the
director to believe that the claim is "probably true" or "more likely than not," the applicant or
petitioner has satisfied the standard of proof.  *See U.S. v. Cardozo-Fonseca*, 480 U.S. 421
(1987) (defining "more likely than not" as a greater than 50 percent probability of something
occurring).  If the director can articulate a material doubt, it is appropriate for the director to
either request additional evidence or, if that doubt leads the director to believe that the
claim is probably not true, deny the application or petition.

The preponderance of the evidence standard of proof, however, does not apply to those
applications and petitions where a higher standard is specified by law.  The statute
provides for a higher standard in some cases, such as the "clear and convincing evidence"
standard required to rebut the presumption of a prior fraudulent marriage pursuant to
section 245(e)(3) of the Act and to determine citizenship of children born out of wedlock
pursuant to section 309(a)(1) of the Act.

Additionally, the "preponderance of the evidence" standard does not relieve the petitioner
or applicant from satisfying the basic evidentiary requirements set by regulation.  Therefore,
if the regulations require specific evidence, the applicant is required to submit that

Alternate definition of "American firm or corporation" for purposes of section 316(b) of the Immigration and Nationality Act, 8 USC section 1427(b), and the standard of proof applicable in most administrative immigration proceedings;

Revision to *Adjudicator's Field Manual* (*AFM*) Chapter 11.1(c) (*AFM* Update AD06-12)
Revision to *Adjudicator's Field Manual* (*AFM*) Appendix 74-14 (*AFM* Update AD06-12)

Page 3

evidence.  *Cf.* 8 CFR section 204.5(h)(3) (requiring that specific objective evidence be submitted to demonstrate eligibility as an alien of extraordinary ability).

The *AFM* is revised at Appendix 74-14 to include the text of a memorandum from the Acting Director of USCIS to all offices dated [memorandum date].

Appendix 74-14  Administrative Appeals Office (AAO) Decision and General Counsel Opinions Affecting Eligibility For Naturalization: Sections 316(B) And 319(B).

The following is the text of a memorandum from the Acting Director of USCIS to all offices dated January 11, 2006:

As Acting Deputy Director, I hereby designate the attached decision of the Administrative Appeals Office (AAO) in ██████████ a USCIS Adopted Decision.  This AAO decision held that, for purposes of section 316(b) of the Immigration and Nationality Act (the Act), 8 U.S.C. § 1427(b), a publicly-held corporation may be deemed an "American firm or corporation" if the applicant establishes that the corporation is both incorporated in the United States and trades its stock exclusively on U.S. stock exchange markets.  If the applicant is unable to establish by a preponderance of the evidence that the employer is both incorporated in the United States and trades its stock exclusively on U.S. stock markets, then the applicant must meet the requirements of *Matter of Warrach,* 17 I&N Dec. 285, 286-87 (Reg. Comm. 1979).  As such, the nationality of the firm would be determined instead by the nationality of those who own 51 percent or more of the corporation.  *Id.*  The reasoning in this decision may also be applied in determining the nationality of a publicly-traded foreign corporation, where such a determination is required and not in conflict with existing law and/or regulations pertinent to the classification sought.

Finally, this Adopted Decision reemphasizes the preponderance of the evidence standard of proof applicable in most administrative immigration proceedings.  Thus, even if the director has some doubt as to the truth, if the petitioner submits relevant, probative, and credible evidence that leads the director to believe that the claim is "probably true" or "more likely than not," the applicant or petitioner has satisfied the standard of proof.  *See  U.S. v. Cardozo-Fonseca,* 480 U.S. 421 (1987) (defining "more likely than not" as a greater than 50 percent probability of something occurring).  USCIS adjudicators are reminded, however, that this standard of proof does not apply to those applications and petitions where a higher

Alternate definition of "American firm or corporation" for purposes of section 316(b)
of the Immigration and Nationality Act, 8 USC section 1427(b), and the standard of proof
applicable in most administrative immigration proceedings;

Revision to *Adjudicator's Field Manual* (*AFM*) Chapter 11.1(c) (*AFM* Update AD06-12)
Revision to *Adjudicator's Field Manual* (*AFM*) Appendix 74-14 (*AFM* Update AD06-12)

Page 4

standard is specified by law, such as the clear and convincing standard required to rebut
the presumption of a prior fraudulent marriage pursuant to section 245(e)(3) of the Act and
to determine citizenship of children born out of wedlock pursuant to section 309(a)(1) of the
Act.

USCIS personnel are directed to follow the reasoning in this decision in similar cases.

The following is the text of a memorandum from the Office of Examinations to all offices
dated June 11, 1996:

The Office of the General Counsel has recently issued two opinions  (Attachments 1 and 2)
which have a bearing on certain individuals applying for naturalization.

Attachment 1, issued in letter form by the General Counsel, answers an inquiry regarding
brief and casual absences for persons applying for naturalization under section 316(b) of
the Immigration and Nationality Act (INA).  Counsel notes that *Matter of Graves* (19 I&N
Dec. 337 (Comm'r 1985)), in which the Commissioner rejected the applicant's argument
that his departures from the United States for business were sufficiently insignificant so as
to not interrupt the one year uninterrupted physical presence requirement for naturalization,
is still the accepted decision for use in section 316(b) naturalization adjudications.
Accordingly, all district adjudication officers shall continue to use the Graves decision as
precedent for section 316(b) naturalization adjudications.

Attachment 2 addresses a question from the Buffalo District Office regarding applicants for
naturalization under section 319(b) of the INA. The question involved here stems from the
definition of the phrase "American firm or corporation" as it is used in section 319(b). In the
instance presented at the Buffalo district, a complete history of the corporate ownership
found that the ultimate owner of the alien spouse's company was a foreign corporation,
incorporated abroad, and more that 50 percent of the company's stock was owned by
foreign nationals. In situations such as this, Counsel found that the spouse's company is
not an American firm or corporation, thus making the alien spouse ineligible for expedited
naturalization under section 319(b).

In light of this opinion by the General Counsel, it will henceforth be policy for district
adjudications officers to adjudicate section 319(b) expedited naturalization requests based
upon the ultimate ownership of the American firm or corporation. It will be incumbent upon
the applicant to outline the corporation's ultimate ownership if the applicant is seeking an

Alternate definition of "American firm or corporation" for purposes of section 316(b) of the Immigration and Nationality Act, 8 USC section 1427(b), and the standard of proof applicable in most administrative immigration proceedings;

Revision to *Adjudicator's Field Manual* (*AFM*) Chapter 11.1(c) (*AFM* Update AD06-12)
Revision to *Adjudicator's Field Manual* (*AFM*) Appendix 74-14 (*AFM* Update AD06-12)

Page 5

expedited naturalization based upon the provisions of section 319(b).

Both opinions will have an effect on certain individuals applying for naturalization. All field adjudications officers involved with naturalization cases should be aware of and abide by these opinions and should be provided copies of the attachments to this memorandum. Field questions can be directed to the Office of Program and Regulations Development through appropriate channels. [Location to which field questions can be directed revised as of 01-11-2006.]

Louis D. Crocetti, Jr.
Associate Commissioner

Attachment 1 - Text of a Letter from the General Counsel to Attorney Endelman

SEP -7 1995

Gary E. Endelman, Esq.
AMOCO Corporation
Post Office Box 3092
3200 Southwest Freeway
Houston, TX 77253-4310

Dear Mr. Endelman:

In your May 26, 1995, letter, you request an opinion concerning whether the effect of a "brief and casual" absence from the United States on an alien's ability to preserve his or her residence for purposes of naturalization, while employed abroad, INA section 316(b), 8 USC section 1427(b), is controlled by *Matter of Copeland*, 19 I&N Dec. 788 (Comm'r 1988) and *Matter of Graves*, 19 I&N Dec. 337 (Comm'r 1985) or by INS INTERP 316.1(c)(3)(i). An alien must have been in the United States for an uninterrupted period of at least one year before applying for this benefit. INA section  316(b), 8 USC section 1427(b). INTERP 316.l(c)(3)(i) purports to excuse "brief and casual" absences. Following the decision of the Supreme Court in *INS v. Phinpathya*, 464 U.S. 183 (1984), however, the Commissioner held in Graves that section 316(b) does not authorize this exception. The Commissioner adhered to Graves in Copeland. In adjudicating applications under section 316(b), all Service officers must follow the Graves decision.  8 CFR section 103.3(c).

Alternate definition of "American firm or corporation" for purposes of section 316(b) of the Immigration and Nationality Act, 8 USC section 1427(b), and the standard of proof applicable in most administrative immigration proceedings;

Revision to *Adjudicator's Field Manual* (*AFM*) Chapter 11.1(c) (*AFM* Update AD06-12)
Revision to *Adjudicator's Field Manual* (*AFM*) Appendix 74-14 (*AFM* Update AD06-12)

Page 6

Sincerely,

**Attachment 2 - General Counsel Opinion 95-21**

The *AFM* Transmittal Memoranda button is revised by adding a new entry, in numerical order, to read:

AD 06-12 [Insert date of signature]    Chapter 11.1(c) and Appendix 72-13    This memorandum revises section (c) to Chapter 11.1 and Appendix 72-13 of the *Adjudicator's Field Manual* (*AFM*)

# EXHIBIT B

AR0128

 **O∙NET Resource Center**

Site Search: [            ]

| Help | About O*NET | Products | Developers | Data Collection | Using O*NET | About Us | | Share | O*NET Sites |

## About O*NET

The O*NET Program is the nation's primary source of occupational information. Valid data are essential to understanding the rapidly changing nature of work and how it impacts the workforce and U.S. economy. From this information, applications are developed to facilitate the development and maintenance of a skilled workforce.

Central to the project is the O*NET database, containing hundreds of standardized and occupation-specific descriptors on almost 1,000 occupations covering the entire U.S. economy. The database, which is available to the public at no cost, is continually updated from input by a broad range of workers in each occupation.

O*NET information is used by millions of individuals every year, including those taking advantage of O*NET Online, My Next Move, and other publicly and privately developed applications. The data have proven vital in helping people find the training and jobs they need, and employers the skilled workers necessary to be competitive in the marketplace.

The Occupational Information Network (O*NET) is developed under the sponsorship of the **U.S. Department of Labor/Employment and Training Administration** (USDOL/ETA) through a grant to the North Carolina Department of Commerce. Learn more about the O*NET project partners.

| About O*NET Data | O*NET Applications | Starting Points |

### Content Model
**Anatomy of an occupation**

Every occupation requires a different mix of knowledge, skills, and abilities, and is performed using a variety of activities and tasks. These distinguishing characteristics of an occupation are described by the **O*NET Content Model**, which defines the key features of an occupation as a standardized, measurable set of variables called "descriptors". This hierarchical model starts with six domains, describing the day-to-day aspects of the job and the qualifications and interests of the typical worker. The model expands to 277 descriptors collected by the O*NET program, with more collected by other federal agencies such as the Bureau of Labor Statistics □.

> Explore the Interactive Content Model to see the range of occupational descriptors in the O*NET database.

### O*NET-SOC Taxonomy
**A spectrum of occupations**

While the Content Model defines the information structure for a single occupation, the **O*NET-SOC taxonomy** defines the set of occupations across the world of work. Based on the Standard Occupational Classification □, the O*NET-SOC taxonomy currently includes 974 occupations which currently have, or are scheduled to have, data collected from job incumbents or occupation experts. To keep up with the changing occupational landscape, the taxonomy is periodically revised; the last revision was in 2010.

### Data Collection
**Real-world information**

The O*NET-SOC taxonomy defines the occupations, and the Content Model outlines which information is collected; the **Data Collection program** brings these frameworks to life with results from the working public. The O*NET database was initially populated by data collected from occupation analysts; this information is updated by ongoing surveys of each occupation's worker population and occupation experts. This data is incorporated into new versions of the database on an annual schedule, to provide up-to-date information on occupations as they evolve over time. The latest database releases are available from the Developer's Corner.

> For more about the data collection, view sample questionnaires based on the O*NET surveys, or visit RTI's O*NET site □ for information from the survey conductors.

Was this page helpful? [ ] [ ]
Job Seeker Help • Contact Us

Share: [ ][ ][ ][ ][ ]
Link to Us • Cite this Page
[ ] License

Follow us: [ ][ ][ ][ ]
About this Site • Privacy • Disclaimer
Site updated September 20, 2018

AR0129

 **O∗NET OnLine**

Help    Find Occupations    Advanced Search    Crosswalks                Share    O*NET Sites

# O*NET OnLine Help
## OnLine Overview

O*NET OnLine is an application that was created for the general public to provide broad access to the O*NET database of occupational information. O*NET OnLine offers a variety of search options and occupational data, while My Next Move is a streamlined application for students and job seekers. Both applications were developed for the U.S. Department of Labor by the National Center for O*NET Development.

The O*NET database includes information on skills, abilities, knowledges, work activities, and interests associated with occupations. This information can be used to facilitate career exploration, vocational counseling, and a variety of human resources functions, such as developing job orders and position descriptions and aligning training with current workplace needs.

Information in O*NET is available for over 900 occupations. Each occupational title and code is based on the 2010 version of the Standard Occupational Classification system.

O*NET is a unique, powerful source for continually updated occupational information and labor market research. By using a contemporary, interactive skills-based database and a common language to describe worker skills and attributes, O*NET transforms mountains of data into precise, focused occupational intelligence that anyone can understand easily and efficiently.

Businesses and human resources professionals use O*NET to:

- Develop effective job descriptions quickly and easily.
- Expand the pool of quality candidates for open positions.
- Define employee and/or job-specific success factors.
- Align organizational development with workplace needs.
- Refine recruitment and training goals.
- Design competitive compensation and promotion systems.

Job seekers use O*NET to:

- Find out which jobs fit with their interests, skills, and experience.
- Explore growth career profiles using the latest available labor market data.
- Research what it takes to get their dream job.
- Maximize earning potential and job satisfaction.
- Know what it takes to be successful in their field and in related occupations.

Previous: My Next Move
Next: Key Features

back to OnLine Help table of contents

Was this page helpful? ☐ ☐

Job Seeker Help • Contact Us

Share: ☐ ☐ ☐ ☐ ☐
Link to Us • Cite this Page
☐ License

Follow us: ☐ ☐ ☐ ☐

About this Site • Privacy • Disclaimer
Site updated August 7, 2018

AR0130

# EXHIBIT C

AR0131



# O*NET OnLine

**Help**    **Find Occupations**    **Advanced Search**    **Crosswalks**    **Share**    **O*NET Sites**

Updated 2018

## Summary Report for:
### 15-1199.08 - Business Intelligence Analysts

Produce financial and market intelligence by querying data repositories and generating periodic reports. Devise methods for identifying data patterns and trends in available information sources.

**Sample of reported job titles:** Business Intelligence Analyst; Business Intelligence Manager; Commercial Intelligence Manager; Competitive Intelligence Analyst; Consultant, Strategic Business and Technology Intelligence; Director of Enterprise Strategy; Director of Market Intelligence; Director, Global Intelligence; Intelligence Analyst; Manager, Market Intelligence

View report: | **Summary** | **Details** | **Custom** |

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education | Credentials | Interests | Work Styles | Work Values | Wages & Employment | Job Openings

## Tasks

- ⊕ Analyze competitive market strategies through analysis of related product, market, or share trends.
- ⊕ Synthesize current business intelligence or trend data to support recommendations for action.
- ⊕ Communicate with customers, competitors, suppliers, professional organizations, or others to stay abreast of industry or business trends.
- ⊕ Manage timely flow of business intelligence information to users.
- ⊕ Collect business intelligence data from available industry reports, public information, field reports, or purchased sources.

back to top

## Technology Skills

- ⊕ **Data base management system software** — Apache Pig 🔥 ; MongoDB 🔥 ; Oracle PL/SQL 🔥 ; Teradata Database 🔥
- ⊕ **Enterprise resource planning ERP software** — Microsoft Dynamics GP 🔥 ; NetSuite ERP 🔥 ; Oracle Fusion Applications 🔥 ; SAP 🔥
- ⊕ **Object or component oriented development software** — C++ 🔥 ; jQuery 🔥 ; Microsoft ActiveX 🔥 ; Python 🔥
- ⊕ **Operating system software** — Bash 🔥 ; Linux 🔥 ; Ubuntu 🔥 ; UNIX 🔥
- ⊕ **Web platform development software** — Apache Tomcat 🔥 ; Django 🔥 ; JavaScript Object Notation JSON 🔥 ; Microsoft ASP.NET 🔥

🔥 Hot Technology — a technology requirement frequently included in employer job postings.

back to top

## Tools Used

- ⊕ **Computer servers** — Storage servers
- ⊕ **High end computer servers** — Data warehouse appliances
- ⊕ **Laser fax machine** — Laser facsimile machines
- ⊕ **Photocopiers**
- ⊕ **Scanners**

back to top

## Knowledge

- ⊕ **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.
- ⊕ **Sales and Marketing** — Knowledge of principles and methods for showing, promoting, and selling products or services. This includes marketing strategy and tactics, product demonstration, sales techniques, and sales control systems.
- ⊕ **Administration and Management** — Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.

AR0132

15-1199.08 - Business Intelligence Analysts

- ⊕ **Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.
- ⊕ **Computers and Electronics** — Knowledge of circuit boards, processors, chips, electronic equipment, and computer hardware and software, including applications and programming.

back to top

## Skills

- ⊕ **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- ⊕ **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- ⊕ **Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.
- ⊕ **Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.
- ⊕ **Speaking** — Talking to others to convey information effectively.

back to top

## Abilities

- ⊕ **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.
- ⊕ **Written Comprehension** — The ability to read and understand information and ideas presented in writing.
- ⊕ **Inductive Reasoning** — The ability to combine pieces of information to form general rules or conclusions (includes finding a relationship among seemingly unrelated events).
- ⊕ **Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.
- ⊕ **Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.

back to top

## Work Activities

- ⊕ **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.
- ⊕ **Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.
- ⊕ **Updating and Using Relevant Knowledge** — Keeping up-to-date technically and applying new knowledge to your job.
- ⊕ **Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time.
- ⊕ **Interpreting the Meaning of Information for Others** — Translating or explaining what information means and how it can be used.

back to top

## Detailed Work Activities

- ⊕ Analyze market or customer related data.
- ⊕ Update knowledge about emerging industry or technology trends.
- ⊕ Develop information communication procedures.
- ⊕ Prepare analytical reports.
- ⊕ Update computer database information.

back to top

## Work Context

- ⊕ **Electronic Mail** — 100% responded "Every day."
- ⊕ **Spend Time Sitting** — 79% responded "Continually or almost continually."
- ⊕ **Face-to-Face Discussions** — 75% responded "Every day."
- ⊕ **Duration of Typical Work Week** — 88% responded "More than 40 hours."
- ⊕ **Telephone** — 71% responded "Every day."

back to top

## Job Zone

AR0133

15-1199.08 - Business Intelligence Analysts

| | |
|---|---|
| **Title** | Job Zone Four: Considerable Preparation Needed |
| **Education** | Most of these occupations require a four-year bachelor's degree, but some do not. |
| **Related Experience** | A considerable amount of work-related skill, knowledge, or experience is needed for these occupations. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified. |
| **Job Training** | Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training. |
| **Job Zone Examples** | Many of these occupations involve coordinating, supervising, managing, or training others. Examples include accountants, sales managers, database administrators, graphic designers, chemists, art directors, and cost estimators. |
| **SVP Range** | (7.0 to < 8.0) |

back to top

## Education

| Percentage of Respondents | Education Level Required |
|---|---|
| 58 ▬▬▬ | Bachelor's degree |
| 33 ▬▬ | Master's degree |
| 4 ▬ | Some college, no degree |

back to top

## Credentials

 

back to top

## Interests

Interest code: IEC   Want to discover your interests? Take the O*NET Interest Profiler at My Next Move.

- ⊕ **Investigative** — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.
- ⊕ **Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.
- ⊕ **Conventional** — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.

back to top

## Work Styles

- ⊕ **Analytical Thinking** — Job requires analyzing information and using logic to address work-related issues and problems.
- ⊕ **Integrity** — Job requires being honest and ethical.
- ⊕ **Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.
- ⊕ **Persistence** — Job requires persistence in the face of obstacles.
- ⊕ **Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace.

back to top

## Work Values

- ⊕ **Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.
- ⊕ **Working Conditions** — Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.
- ⊕ **Recognition** — Occupations that satisfy this work value offer advancement, potential for leadership, and are often considered prestigious. Corresponding needs are Advancement, Authority, Recognition and Social Status.

back to top

AR0134

15-1199.08 - Business Intelligence Analysts

## Wages & Employment Trends

Median wages data collected from **Computer Occupations, All Other.**
Employment data collected from **Computer Occupations, All Other.**
Industry data collected from **Computer Occupations, All Other.**

| | |
|---|---|
| **Median wages (2017)** | $42.56 hourly, $88,510 annual |
| **State wages** |  |
| **Employment (2016)** | 287,000 employees |
| **Projected growth (2016-2026)** | ▪▪▫ Average (5% to 9%) |
| **Projected job openings (2016-2026)** | 22,400 |
| **State trends** | Employment Trends |
| **Top industries (2016)** | Government |
| | Professional, Scientific, and Technical Services |

Source: Bureau of Labor Statistics 2017 wage data ☐ and 2016-2026 employment projections ☐. "Projected growth" represents the estimated change in total employment over the projections period (2016-2026). "Projected job openings" represent openings due to growth and replacement.

back to top

## Job Openings on the Web

Find Jobs

back to top

---

**Help**   **Find Occupations**   **Advanced Search**   **Crosswalks**                          **O*NET Sites**

Was this page helpful? ☑ ☑          Share: ☐ ☐ ☐ ☐ ☐          Follow us: ☐ ☐ ☐
Job Seeker Help • Contact Us          Link to Us • Cite this Page          About this Site • Privacy • Disclaimer
                                       ☑ License                        Site updated August 7, 2018

AR0135

# EXHIBIT D

AR0136

10/8/2018                                    How Do Accountants Use Math? | Career Trend

Brought to you by Sapling

## Using Mathematical Formulas

Mathematical formulas help accountants, management and lenders compare income, expenses, profits and debts to other those of other companies in similar industries. These formulas usually result in ratios or percentages that facilitate comparisons between a company and industry standards, although the actual income and expenses of each company may differ. Some of these formulas include debt-to-equity ratio, inventory turnover ratio, operating margin, earnings per share (EPS), P/E ratio and working capital. Accountants may calculate EPS using only outstanding shares of stock or all possible shares, including options. The EPS appears on the company's income statement because of its importance to stockholders and lenders. Accountants also use formulas to calculate depreciation on assets. However, the particular formula depends on the type of asset, such as straight-line and modified accelerated cost recovery system.

## References

- U.S. Bureau of Labor Statistics: Accountants and Auditors
- Understanding the Profit and Loss Account
- Rutgers Business School: Curriculum for Accounting Major
- O*Net Online: Accountants

## Resources

- American Institute of Certified Public Accountants

## Find a Job



Job Title
🔍 Job title or keywords

Location
📍 City, state, or zip

Search

within 10 miles ▾     posted anytime ▾

Results **1 - 4** of **22455**

**Class A Company Driver** New!
🏭 Dart Transportation   📍 Philadelphia, PA, USA
Join Dart For High Paying Truck Driving Jobs Up to $10,000 Sign-On Plus Bonus & a LOYALTY Bonus That Keeps on Giving! COMPANY DRIVERS: Dart announces a REAL PAY RAISE. This isn't a fairy tale. Join ...

**Class A Company Driver** New!
🏭 US Xpress Enterprises   📍 Philadelphia, PA, USA
Class A Truck Drivers: $10,000 Sign On Bonus - Pays $5,000 in 6 months! Call today and get $500 on your first load! US XPRESS is now offering a $10,000 Sign On Bonus for experienced drivers that PAYS ...

**Class A OTR Drivers** New!

https://careertrend.com/how-does-4913284-accountants-use-math.html

AR0137

AR0138

HOME   MATH CAREERS   CONTACT US   LOGIN

MAA
MATHEMATICAL ASSOCIATION OF AMERICA

LOGIN   JOIN   SHOP   GIVE

About MAA   Membership   MAA Press   Meetings   Competitions   Programs and Communities   News

Home » Mathematics and Operations Research in Industry

# Mathematics and Operations Research in Industry

Search MAA Online
MAA Home

## Mathematics and Operations Research in Industry

*By Dennis E. Blumenfeld, Debra A. Elkins, and Jeffrey M. Alden*

Students majoring in mathematics might wonder whether they will ever use the mathematics they are learning, once they graduate and get a job. Is any of the analysis, calculus, algebra, numerical methods, combinatorics, math programming, etc. really going to be of value in the real world?

An exciting area of applied mathematics called Operations Research combines mathematics, statistics, computer science, physics, engineering, economics, and social sciences to solve real-world business problems. Numerous companies in industry require Operations Research professionals to apply mathematical techniques to a wide range of challenging questions.

Operations Research can be defined as the science of decision-making. It has been successful in providing a systematic and scientific approach to all kinds of government, military, manufacturing, and service operations. Operations Research is a splendid area for graduates of mathematics to use their knowledge and skills in creative ways to solve complex problems and have an impact on critical decisions.

The term ?Operations Research? is known as ?Operational Research? in Britain and other parts of Europe. Other terms used are ?Management Science,? ?Industrial Engineering,? and ?Decision Sciences.? The multiplicity of names comes primarily from the different academic departments that have hosted courses in this field. The subject is frequently referred to simply as ?OR?, and includes both the application of past research results and new research to develop improved solution methods.

Some key steps in OR that are needed for effective decision-making are:

Problem Formulation (motivation, short- and long-term objectives, decision variables, control parameters, constraints);
Mathematical Modeling (representation of complex systems by analytical or numerical models, relationships between variables, performance metrics);
Data Collection (model inputs, system observations, validation, tracking of performance metrics);
Solution Methods (optimization, stochastic processes, simulation, heuristics, and other mathematical techniques);
Validation and Analysis (model testing, calibration, sensitivity analysis, model robustness); and
Interpretation and Implementation (solution ranges, trade-offs, visual or graphical representation of results, decision support systems).

These steps all require a solid background in mathematics and familiarity with other disciplines (such as physics, economics, and engineering), as well as clear thinking and intuition. The mathematical sciences prepare students to apply tools and techniques and use a logical process to analyze and solve problems.

OR became an established discipline during World War II, when the British government recruited scientists to solve problems in critical military operations. Mathematical methods were developed to determine the most effective use of radar and other new defense technologies at the time. OR groups were later formed in the U.S. to meet needs of wartime operations, such as the optimal movement of troops, supplies, and equipment.

Following the end of World War II, interest in OR turned to peacetime applications. There are now many OR departments in industry, government, and academia throughout the world. Examples of where OR has been successful in recent years are the following:

Airline Industry (routing and flight plans, crew scheduling, revenue management);
Telecommunications (network routing, queue control);
Manufacturing Industry (system throughput and bottleneck analysis, inventory control, production scheduling, capacity planning);
Healthcare (hospital management, facility design); and
Transportation (traffic control, logistics, network flow, airport terminal layout, location planning).

There are many mathematical techniques that were developed specifically for OR applications. These techniques arose from basic mathematical ideas and became major areas of expertise for industrial operations.

One important area of such techniques is optimization. Many problems in industry require finding the maximum or minimum of an objective function of a set of decision variables, subject to a set of constraints on those variables. Typical objectives are maximum profit, minimum cost, or minimum delay. Frequently there are many decision variables and the solution is not obvious. Techniques of mathematical programming for optimization include linear programming (optimization where both the objective function and constraints depend linearly on the decision variables), non-linear programming (non-linear objective function or constraints), integer programming (decision variables restricted to integer

Mathematics and Operations Research in Industry | Mathematical Association of America

solutions), stochastic programming (uncertainty in model parameter values) and dynamic programming (stage-wise, nested, and periodic decision-making).

Another area is the analysis of stochastic processes (i.e., processes with random variability), which relies on results from applied probability and statistical modeling. Many real-world problems involve uncertainty, and mathematics has been extremely useful in identifying ways to manage it. Modeling uncertainty is important in risk analysis for complex systems, such as space shuttle flights, large dam operations, or nuclear power generation.

Related to the topic of stochastic processes is queueing theory (i.e., the analysis of waiting lines). A common example is the single-server queue in which customer arrivals and service times are random. Figure 1 illustrates the queue, and the curve shows how sensitive the average queue length becomes under high traffic intensity conditions. Mathematical analysis has been essential in understanding queue behavior and quantifying impacts of decisions. Equations have been derived for the queue length, waiting times, and probability of no delay, and other measures. The results have applications in many types of queues, such as customers at a bank or supermarket checkout, orders waiting for production, ships docking at a harbor, users of the internet, and customers served at a restaurant. Examples of decisions in managing queues are how much space to allocate for waiting customers, what lead times to promise for production orders, and what server count to assign to ensure short waiting times.



$$f(\rho) = \frac{\rho^2}{1-\rho}$$

$\rho$ = Traffic Intensity = $\dfrac{\text{Demand Rate}}{\text{Service Rate}}$

*Figure 1: Single-Server Queueing System*

An important mathematical problem in manufacturing is the performance analysis of a production line. A typical production line consists of a series of workstations that perform different operations. Jobs flow through the line to be processed at each station. Buffers between stations hold the output of one station and allow it to wait as input to the next. A finite buffer can fill and block output from an upstream station or can empty and starve a downstream station for input. Blocking and starving are key mechanisms of the complex interactions between queues that form in the line. A critical measure of performance is throughput, defined as number of jobs per unit time that can flow through the line. Throughput is reduced when stations experience random machine failures, a common practical situation. Mathematical modeling is needed to capture the impact on throughput of station reliabilities, as well as processing rates and buffer sizes. A model can support operating decisions, such as how to improve a line to meet a throughput target, how to identify bottlenecks, and how much buffer space to allocate in line design.

Another real-world mathematical problem, common to many industries, is the distribution of material and products from plants to customers. For a network of origins and destinations, there are many shipping alternatives, including choices of transportation mode (e.g., road, rail, air) and geographical routes. Some key decisions are routing options over the network, and shipping frequencies on network links. As shown in Figure 2, routing options involve shipping direct, via a terminal or distribution center, and by a combination of routes. These options affect distances traveled and times in transit, which in turn affect transportation and inventory costs. Shipping frequency decisions also affect these costs. Transportation costs favor large infrequent shipments, while inventory costs favor small frequent shipments. Trade-offs between these costs are complex for large networks, and finding the optimal solution is a challenging mathematical problem. In addition to decisions for operations of a given network, there are major strategic decisions, such as the selection and location of distribution centers.

AR0140

Mathematics and Operations Research in Industry | Mathematical Association of America



**Figure 2: Network Routing Options**

Other OR topics requiring mathematical analysis are inventory control (when to reorder material to avoid shortages under demand uncertainty), manufacturing operations (what size of production run will minimize sum of inventory and production setup costs), location planning (where to locate the hub to serve markets with minimal travel distances), and facility layout (how to design airport terminals to minimize walking distances, maximize number of gates, allow for future expansion, and conform to government regulations).

OR analysts can model difficult practical problems and offer valuable solutions and policy guidance for decision-makers. Constraints involving budgets, capital investments, and organizational considerations can make the successful implementation of results as challenging as the development of mathematical models and solution methods.

In general, Operations Research requires use of mathematics to model complex systems, analyze trade-offs between key system variables, identify robust solutions, and develop decision support tools. Students of mathematics can be sure there are plenty of uses for the knowledge and skills they are developing. As the world becomes more complex and more dependent on new technology, mathematics applied to business problems is likely to play an increasingly important role in decision-making in industry.

On a personal note?

All three of us developed an interest in the mathematical sciences early on, and took undergraduate degrees in math, or math and physics. We each got into the field of Operations Research as a result of looking for practical ways to use our math training. Below, we each answer the question: ?How did you decide on a career in math and decide to join GM??

**Dennis Blumenfeld:** The math courses I liked best were the ones on applied topics. I found Operations Research an especially appealing subject, since it uses basic mathematical principles in clever ways to solve all kinds of complex problems in everyday life ? such as queueing, reliability, scheduling, and optimization. I was intrigued by applications of OR models to traffic flow and congestion, and as a graduate student at University College London I focused on modeling of transportation systems. I continued research on this topic in engineering school faculty positions at Princeton University and University College London. I knew of the traffic studies and other research at GM R & D through meetings and their publications, and was interested to gain experience of applied research in industry. I joined GM R & D, where I have had the opportunity to work in a variety of research areas, including traffic safety, logistics, inventory control, and production system design, and to see results used in practice. It always impresses me how powerful even simple mathematical models can be in providing insight into system behavior.

**Debra Elkins:** I took a lot of classes in math, computer science, physics, and chemistry, and finally realized I liked sport computing and slick mathematics applied to real world industrial problems. I ended up in Operations Research, which lets me combine my interests in probability, super computing and high performance computing, simulation, and so forth. As a graduate student in the Industrial Engineering/Operations Research Program at Texas A&M University, I found out about working at GM R&D when I was at a technical conference. I decided to interview out of curiosity. I was really surprised and delighted with the people and the caliber of research going on within GM. My first major research project was to explore financial implications of agile machining systems for GM. While working on that project, I was poking around in risk analysis work, and connected with GM Corporate Risk Management, a group that wanted some help with probabilistic modeling of risks. Now I?m working on strategic supply chain risk analysis. I?m examining how to model the GM manufacturing enterprise, exploring the frequency and severity of business interruption events? anything that interrupts production operations?and considering strategic mitigation options that can reduce GM?s risk exposure. What excites me about my research is combining ideas from different subject areas, like math, computer science, statistics, and operations research, to develop novel modeling approaches and solutions for large-scale problems.

**Jeff Alden:** I basically pursued areas that I liked, excelled in, and seemed good for a future career. Since I really enjoy problem solving, math modeling, and helping people make better decisions, I naturally migrated to Operations Research. So I was sure what I wanted to do, but not sure where to work. Well, I attended a presentation about the research

AR0141

Mathematics and Operations Research in Industry | Mathematical Association of America

opportunities at GM R &D given by Larry Burns (now a VP at GM). It seemed like an ideal place to work, so I gave him my resume and soon accepted a research position at GM R&D. For the next decade, I researched production systems looking at throughput, maintenance, leveling, stability, agility, and cost-drivers. I?m now on a two-year rotation in GM Engineering managing development of decision-support tools and methods for engineering in a variety of areas that include test-scheduling, warranty cost drivers, and work load planning.

We wish to thank Dr. Devadatta Kulkarni at General Motors R&D Center for valuable comments and suggestions.

**Bibliography**

Allen, A. O. (1990). *Probability, Statistics, and Queueing Theory - With Computer Science Applications* (Second Edition). Academic Press, Orlando, Florida.

Cohen, S. S. (1985). *Operational Research.* Edward Arnold, London.

ChvÁ¡tal, V. (1983). *Linear Programming.* W. H. Freeman, New York.

Gross, D. and Harris, C. M. (1985). *Fundamentals of Queueing Theory.* Wiley, New York.

Hillier, F. S. and Lieberman, G. J. (2001). *Introduction to Operations Research* (Seventh Edition). McGraw-Hill, New York.

Hopp, W. J. and Spearman, M. L. (2000). *Factory Physics: Foundations of Manufacturing Management* (Second Edition). Irwin/McGrawHill, New York.

Larson, R. C. and Odoni, A. R. (1981). *Urban Operations Research.* PrenticeHall, Englewood Cliffs, New Jersey.

Lewis, C. D. (1970). *Scientific Inventory Control.* Elsevier, New York.

Ross, S. M. (1983). *Stochastic Processes.* Wiley, New York.

Silver, E. A., Pyke, D. F. and Peterson, R. (1998). *Inventory Management and Production Planning and Scheduling.* (Third Edition). Wiley, New York.

Vanderbei, R,. J. (1997). *Linear Programming: Foundations and Extensions.* Kluwer, Boston.



**ABOUT MAA**
MAA History
Governance
Policies and Procedures
Advocacy
Support MAA
Our Partners
Advertise with MAA
Employment Opportunities
Staff Directory
Contact Us

**MEMBERSHIP**
Membership Categories
Become a Member
Membership Renewal
Member Discount Programs
MAA Member Lookup

**COMPETITIONS**
About AMC
AMC 8
AMC 10/12
Invitational Competitions
Additional Competition Locations
Important Dates for AMC Registration
Putnam Competition
AMC Resources
Statistics & Awards

**MAA PRESS**
Periodicals
MAA Notes
MAA Reviews
Mathematical Communication
Information for Libraries
Author Resources
Advertise with MAA

**PROGRAMS AND COMMUNITIES**
Curriculum Resources
Member Communities
Outreach Initiatives
Professional Development

**MEETINGS**
Calendar of Events
MAA MathFest
Joint Mathematics Meetings
Propose a Session
MAA Section Meetings
Carriage House Meeting Space
MathFest Archive

**NEWS**
MAA Math Alert
MAA Social Media
RSS
Math in the News
On This Day

**CONNECT WITH MAA**
  
Sign up for emails

**MAA**
**Mathematical Association of America**
P: (800) 331-1622
F: (240) 396-5647
E: maaservice@maa.org

Copyright © 2018

Terms of Use
Privacy Policy
Mobile Version

AR0143

# U.S. DEPARTMENT OF COMMERCE
# ECONOMICS AND STATISTICS
# ADMINISTRATION
# Economic and Statistical Analysis Budget

## Budget Estimates

## Fiscal Year 2014

### As Presented to Congress

### April 2013





AR0144

Exhibit 1

**Economic and Statistical Analysis Budget**
**Economics and Statistics Administration / Bureau of Economic Analysis**
**Budget Estimates, Fiscal Year 2014**
**Congressional Submission**

**Table of Contents**

| Exhibit Number | Exhibit | Page Number |
|---|---|---|
| 1 | Table of Contents | ESA - 1 |
| 2 | Organizational Chart | ESA - 3 |
| 3 | Executive Summary | ESA - 7 |
| 3a | Summary of Performance Measures | ESA - 10 |
| 5 | Summary of Resource Requirements | ESA - 19 |
| 7 | Summary of Financing | ESA - 20 |
| 9 | Justification of Adjustments to Base | ESA - 21 |
| 10 | Program and Performance: Direct Obligations | ESA - 23 |
| 12-15 | Justification of Program and Performance and Requested Initiatives | ESA - 27 |
| 16 | Summary of Requirements by Object Class | ESA - 39 |
| 22 | Outlay Analysis Table | ESA - 40 |

AR0145

Exhibit 2

# U.S. Department of Commerce
# Economic and Statistical Analysis Budget



The Economics and Statistics Administration (ESA) includes ESA, the Bureau of Economic Analysis (BEA) and the Bureau of the Census. The Bureau of the Census budget is submitted separately.

**ESA (Policy Support and Management Oversight)** consists of the Under Secretary for Economic Affairs and the Office of the Chief Economist.  The Under Secretary for Economic Affairs provides leadership and critical oversight of the Census Bureau and Bureau of Economic Analysis.  The policy support staff, located within the office of the Chief Economist, conducts economic research and policy analysis in direct support of the Secretary of Commerce and the Administration.   ESA monitors and interprets economic developments, domestic fiscal and monetary policies, and analyzes economic conditions and policy initiatives of major trading partners.

**The Bureau of Economic Analysis (BEA)**, a principal Federal statistical agency, promotes a better understanding of the U.S. economy by providing timely, relevant, and accurate economic accounts data in an objective and cost-effective manner.  BEA's national, industry, regional, and international economic accounts present valuable information on key issues such as U.S. economic growth, regional economic development, inter-industry relationships, and the Nation's position in the world economy.  Some of the widely used statistical measures produced by BEA include gross domestic product (GDP), personal income and outlays, corporate profits, GDP by state and by metropolitan area, balance of payments, and GDP by industry.  These statistics are used by Federal, state, and local governments for budget development and projections; by the Federal Reserve for monetary policy; by the business sector for planning and investment; and by the American public to follow and understand the performance of the Nation's economy.  BEA's strategic vision is to remain the world's most respected producer of economic accounts.

AR0146

# EXHIBIT E

AR0147

**Seattle Pacific**
UNIVERSITY

| School of Business and Economics | 3307 Third Avenue West, Suite 201 | 206 281 2970 phone | www.spu.edu/sbe |
|---|---|---|---|
| | Seattle, Washington 98119-1950 | 206 281 2733 fax | |

June 11, 2018

To Whom It May Concern:

I have been asked to render an opinion concerning (1) whether the position of Data Analyst qualifies as a specialty occupation, requiring a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field, (2) whether because the nature of the position is so specialized and complex that only an individual with a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field, would be able to perform the job duties, (3) whether the degree requirement is common to the industry in parallel positions among similar organizations, (4) whether firms similar to the petitioner's routinely recruit and employ only degreed individuals in the specific specialty, and (5) whether Ms. Subhasree Chatterjee is qualified for the position of Data Analyst. I have based my professional opinion on documents indirectly provided by Lexis Nexis USA.

**My Qualifications.** I received a Bachelor of Science in Computer Science degree from the University of Alberta, an MBA from Ball State University in Muncie, Indiana, and a doctorate degree (Informatik) from the University of Passau in Germany. I have served on the Computer Science faculty at Anderson University in Anderson, Indiana, taught Computer Science at Hong Kong Baptist University in Hong Kong, and since 1992 I have been on the faculty of the School of Business, Government and Economics at Seattle Pacific University as Professor of Management and Information Systems. I came to SPU to head up the graduate Master of Science in Information Systems Management degree program. SPU's School of Business, Government and Economics (SBGE) has been accredited by the AACSB (The Association to Advance Collegiate Schools of Business) since April 2000. I actively participate on various university and school wide committees, including SBE's graduate committee. I have had occasion to evaluate educational transcripts from universities outside the United States submitted by applicants to our school. I have authored and co-authored research papers in Information Systems that were published in highly competitive forums. From 2009-2013 I served as a member of the College Level Examination Program (CLEP) Test Development Committee, serving on the Information Systems Committee. This committee reviews and shapes exam questions and specifications on a regular basis. At SPU I have authority to grant college level credit for training and experience and to determine whether it applies to meeting academic requirements. I am also considered to be a recognized authority and I have issued over 250 professional opinions during the past year regarding industry and academic standards for professionals in my and allied fields to USCIS and other institutions and agencies which have been accepted as authoritative by USCIS and other institutions and agencies.

**Evidence for Assessment.** I have been provided with the following documentation:

1. A copy of a letter written to USCIS by Leticia Andrade, Immigration Compliance Specialist, dated March 7, 2018,
2. A copy of a document that provides the job responsibilities for the position of Data Analyst at Lexis Nexis USA.
3. A copy of the LCA filed for this case.

Page 1 of 6

AR0148

4. A copy of a diploma that Ms. Subhasree Chatterjee received from the University of Cincinnati stating that she earned the degree of Master of Science, along with a copy of an Official Transcript document listing the courses taken and the grades received in each course while obtaining this degree. The transcript states that she was in the Business Administration (Business Analytics) Program.

**Analysis of Position of Data Analyst.** The title of Data Analyst is given to a person who specializes in designing and performing complex data modeling, quantitative analysis and statistical analysis with a focus on enabling the business to better analyze and evaluate their processes, operations and customers.

It appears that duties and responsibilities for this Data Analyst position are similar to business intelligence analyst tasks. Duties and qualifications for typical industry-standard "Business Intelligence Analysts" employment positions are described in the Occupational Information Network (O*NET) database. The U.S. Department of Labor, Employment and Training Administration (USCOL/ETA) sponsors the development of the Occupational Information Network (O*NET) database of occupational information, containing information on hundreds of standardized and occupation-specific descriptors. O*NET contains a summary report on the Internet at https://www.onetonline.org/link/summary/15-1199.08 for job category Business Intelligence Analysts. This information reads, in part:

*"Summary Report for:*
*15-1199.08 - Business Intelligence Analysts*

*Produce financial and market intelligence by querying data repositories and generating periodic reports. Devise methods for identifying data patterns and trends in available information sources.*

*Sample of reported job titles: Business Intelligence Analyst; Business Intelligence Manager; Commercial Intelligence Manager; Competitive Intelligence Analyst; Consultant, Strategic Business and Technology Intelligence; Director of Enterprise Strategy; Director of Market Intelligence; Director, Global Intelligence; Intelligence Analyst; Manager, Market Intelligence"*

*Tasks:*
- *Analyze competitive market strategies through analysis of related product, market, or share trends.*
- *Synthesize current business intelligence or trend data to support recommendations for action.*
- *Communicate with customers, competitors, suppliers, professional organizations, or others to stay abreast of industry or business trends.*
- *Manage timely flow of business intelligence information to users.*
- *Collect business intelligence data from available industry reports, public information, field reports, or purchased sources.*
- *Identify and analyze industry or geographic trends with business strategy implications.*
- *Analyze technology trends to identify markets for future product development or to improve sales of existing products.*
- *Generate standard or custom reports summarizing business, financial, or economic data for review by executives, managers, clients, and other stakeholders.*
- *Identify or monitor current and potential customers, using business intelligence tools.*
- *Maintain or update business intelligence tools, databases, dashboards, systems, or methods.*

AR0149

- *Maintain library of model documents, templates, or other reusable knowledge assets.*
- *Create business intelligence tools or systems, including design of related databases, spreadsheets, or outputs.*
- *Conduct or coordinate tests to ensure that intelligence is consistent with defined needs.*
- *Disseminate information regarding tools, reports, or metadata enhancements."*

The O*NET description for Business Intelligence Analysts goes on with information about Job Zone requirements:

*Job Zone Summary:*
- *"Title: Job Zone Four: Considerable Preparation Needed*
- *Education: Most of these occupations require a four-year bachelor's degree, but some do not.*
- *Related Experience: A considerable amount of work-related skill, knowledge, or experience is needed for these occupations. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified.*
- *Job Training: Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training.*
- *SVP Range: (7.0 to < 8.0)"*

According to the documents I've received, as well as information found on the website, Lexis Nexis USA provides solutions and services related to data and data analytics. A quote from their website:

> *"LexisNexis® Risk Solutions provides customers with solutions and decision tools that combine public and industry specific content with advanced technology and analytics to assist them in evaluating and predicting risk and enhancing operational efficiency.*
>
> *We use the power of data and advanced analytics to help our customers make better, timelier decisions. Our innovative solutions enable organizations to manage risks like identity theft, fraud, money laundering and terrorism, and prevent financial crimes, and insurance and government benefit scams. We help those without traditional credit histories obtain access to funds, assist agencies to find uncollected revenue, and research ways to improve business outcomes for healthcare companies. We also work with law enforcement to solve crimes.*
>
> *By bringing clarity to information, we ultimately help make communities safer, insurance rates more accurate, commerce more transparent, business decisions easier and processes more efficient."* (https://risk.lexisnexis.com/about-us)

Lexis Nexis USA has an open fulltime employment position for a "Data Analyst". A job description states that the position requires a minimum of a bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field. Responsibilities, along with percentage time allocated to each set of tasks, include:

- *"Use SQL to extract data to describe user behavior on LexisAdvance, accessing the correct data sources, checking data integrity, and ensuring overall data quality (30%);*
- *Use R, Python, or other statistical programming software to program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or*

AR0150

*logistic regression so that decisions on A/B test results are made with full statistical confidence (20%);*

- *Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction (20%);*
- *Use Looker or other Business Intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams (10%);*
- *Assist stakeholders in the formulation of hypotheses for web analytics A/B testing (10%);*
- *Present findings of reports to stakeholders, ensuring they understand implications of how decisions can affect the customer experience (5%); and*
- *Train stakeholders in the use of data tools such as Looker, ElasticSearch, and Kibana; document use of those tools for stakeholder reference (5%)."*

The position of "Data Analyst" that is offered by Lexis Nexis USA incorporates a large and diverse group of responsibilities that correlate well with the primary duties and responsibilities of "Data Analysts" as outlined in the O*NET guideline. The above duties incorporate data analysis, modeling and evaluation skills. The position presupposes knowledge of information data and database technologies, business analytics, analysis, design, quality assurance and testing principles, along with an understanding of complex mathematical and quantitative functions, as well as business processes, operations and organizational initiatives. I would judge these requirements as typical of the position of a Data Analyst.

**Why the position would be considered a specialty occupation (i.e. one that requires a bachelor's degree in a specific field).** After examining the Data Analyst position in detail, it becomes apparent that a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field provides an individual with the core competencies and skills needed for the role. This is because the nature of these specific responsibilities and knowledge is so specialized and complex that knowledge required to perform these duties is usually associated with the attainment with a bachelor's degree in this field.

The duties listed above require the employee to understand data and information technologies, databases, design options, along with business intelligence processes and methodologies. This position requires a broad understanding of the business environment, as well as knowledge and understanding of quantitative, statistical and business analytics tools, processes, requirements, and strategies. Such deeper knowledge and understanding is seldom achieved without a solid university education. A position with these duties would normally be entrusted only to a person with a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field at a minimum in order to competently handle the duties required by the Data Analyst position.

In particular, it is terms such as the following (from the job description above) that make it clear to me that this position requires at least an undergraduate degree in one of the specified fields: *"checking data integrity, and ensuring overall data quality", "program analyses and generate reports leveraging proper statistical techniques such as ANOVA, t-tests, linear models, or logistic regression so that decisions on A/B test results are made with full statistical confidence", "Perform exploratory data analyses using tools like R and Python; techniques such as descriptive statistics, kmeans clustering, hierarchical modeling, and dimensionality reduction", "Use Looker or other Business Intelligence tools to visualize data to provide ongoing insight into key metrics for stakeholders in the UX and PM teams", "Assist stakeholders in the formulation of hypotheses for web analytics A/B testing", and "Train stakeholders in the use of data tools such as Looker, ElasticSearch, and Kibana; document use of those tools for stakeholder reference"*

AR0151

Lexis Nexis USA's minimum requirement for their Data Analyst (i.e., a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field) is a standard baseline requirement common to the industry in parallel positions among similar organizations. Firms similar to Lexis Nexis USA routinely recruit and employ only individuals with such a computing or quantitative-related baccalaureate degree. Therefore, my conclusion: The position of Data Analyst, as described, would be a specialty occupation requiring an in-depth theoretical and practical knowledge, and requiring the attainment of a minimum of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field.

My professional opinion is rooted not only in my in-depth understanding of the proffered position, but also in my years of experience within the field of computer science and information systems. While a visit of Lexis Nexis USA's physical premises and observation/interview of current employees was considered, I am familiar with Data Analyst positions industry-wide and would consider such a visit as superfluous. The application of this position may differ in different organizations, yet the education and skills required to sufficiently excel in the position remains the same in organizations that employ individuals with this job title of Data Analyst.

**Ms. Subhasree Chatterjee's Qualifications for the Position of Data Analyst.** Ms. Subhasree Chatterjee earned a Master of Science degree in the Business Administration (Business Analytics) Program—and thus meets the minimum requirement of a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field.

Furthermore, here are some of the relevant graduate courses that Ms. Subhasree Chatterjee has completed giving her a solid understanding of business intelligence topics such as quantitative analysis, statistics and modeling:

- Simulation Modeling
- Data Visualization
- Statistical Computing
- Probability Models
- Statistical Methods
- Data Management
- Optimization Models
- Optimization Methods
- Statistical Modelling
- Data Mining I, II
- Multivariate Methods
- Forecasting Methods
- Marketing Foundations

I conclude that Ms. Subhasree Chatterjee is qualified for the position of Data Analyst since her degree matches the minimum degree requirement and her academic program included numerous relevant courses such as the courses listed above.

**Conclusion.**
Based on my qualifications, I conclude that the position of Data Analyst is a specialty occupation as defined under 8 C.F.R. 214.2(h)(4)(ii) requiring theoretical and practical application of a body of highly specialized knowledge, a Bachelor's degree in Business Analytics, Statistics, Mathematics, or a related quantitative field and meets sufficient criteria for a specialty occupation under 8 C.F.R.

214.2(h)(4)(iii)(A). In addition, I conclude that the nature of the position is so specialized and complex that only an individual with a Bachelor's degree in such a field would be able to perform the job duties. Furthermore, the degree requirement is common to the industry in parallel positions among similar organizations and firms similar to the petitioner's routinely recruit and employ only degreed individuals in the specific specialty. I also conclude that Ms. Subhasree Chatterjee is qualified for the position of Data Analyst by virtue of her academic achievements.

Sincerely,

Gerhard Steinke, Ph.D.
Professor of Management and Information Systems
Seattle Pacific University

Page 6 of 6

AR0153

**Seattle Pacific**
UNIVERSITY

School of Business and Economics

3307 Third Avenue West, Suite 201
Seattle, Washington 98119-1950

206 281 2970 phone
206 281 2733 fax

www.spu.edu/sbe

# GERHARD H. STEINKE, PH.D.

**Professor of Management and Information Systems**
**Seattle Pacific University**
**Seattle, WA 98119, USA**
**Telephone: 206-281-2377**
**Email: gsteinke@spu.edu**

## EDUCATION
- CISSP (Certified Information Systems Security Professional), August 2000
- Ph.D., University of Passau, Germany, 1992
- M.B.A., Ball State University, Muncie, IN, May 1984
- B.S., Honors in Computer Science, University of Alberta, Edmonton, Alberta, May 1975

## TEACHING / RESEARCH INTERESTS
Teaching and research in the areas of Information Systems Management, Information Security, IS Project Management, and IS/IT Governance, as well as Privacy, Legal and Ethical issues.

## COURSES OFFERED AT SEATTLE PACIFIC UNIVERSITIY
- Management Information Systems
- Information Systems Security
- System Development
- Project Management
- Telecommunication and Networking
- IT Organization and Role of CIO

## PROFESSIONAL EXPERIENCE
- Professor of Management and Information Systems, Seattle Pacific University, School of Business, Government and Economics, Seattle, WA, from 9/92 to present.
- Adjunct Professor of Management and Information Systems, The University of Texas at Dallas, from 2012 to 2017.
- Guest Professor, Duy Tan University, Danang, Vietnam. Taught Information Systems, IT Project Management, Database Management, and Information Security, 2009 to present.
- Adjunct Professor of Management and Information Systems, Infotec, Mexico City, Mexico, from 2003 to 2017.
- Adjunct Professor of Management and Information Systems, Emanuel University, Oradea, Romania, from 1999 to present.

AR0154

## CONSULTING ASSIGNMENTS
- Appointed to the College Level Examination Program (CLEP) Test Development Committee, serving on the Information Systems Committee. This committee reviews and shapes exam questions and specifications on a regular basis.
- IT Security Risk Assessment Examinations: Conduct Information System and Technology Security Audits of credit unions in the State of Washington.
- Broadpath Healthcare Solutions: Conducted and created a process for HIPAA security assessment and compliance examinations for medical providers.
- First Montana Bank: Developed a Business Impact Analysis document and process.
- Seminar Presentations: Presented seminars on "Information Security" in Mexico, Dubai and Malaysia. Presented seminar on "Organizing the IT Function" to IT Managers at PEMEX and government Chief Information Officers (CIOs) in Mexico City.
- AT&T Wireless: Responsibility for examining security policies and procedures related to electronic commerce, working on a Computer Emergency Response Team (CERT) process and evaluating various security issues facing the organization.
- Microsoft: Consultant in the Corporate Security Department and MSN Security Team. Participated with their Red Team in finding security vulnerabilities and developing an Operation Security Policy.
- The Boeing Company: Awarded a Boeing Faculty Fellowship to evaluate computer security initiatives in their Research and Applied Technology section.

## SELECTED PUBLICATIONS
- "Big Data Analytics Sentiment: US-China Reaction to Data Collection by Business and Government." with Ryan C. LaBrie, Li Xiangmin and Joseph A. Cazier. *Technological Forecasting* Available online July 11 (2017).
- "Innovating Information System Development Methodologies with Design Thinking" with Meshal Shams Al-Deen and Ryan C. LaBrie, Proceedings of 5th International Conference on Applied Innovation in IT, March 17, 2017.
- "A Call for a Review of Software Quality Issues in Healthcare IT Systems", with Jim Nindel-Edwards and Trevor Rohm, 27th Annual Conference of the International Information Management Association (IIMA), Taipei, Taiwan, September 17-21, 2016.
- "Impacts of Unified Communications on Work" with Joseph Williams, Albert Erisman, and Ryan LaBrie, PMA 2014 Conference (Performance Management Association), Aarhus, Denmark, June, 2014.
- "Big Data Ethics: A Longitudinal Study Of Consumer, Business, And Societal Perceptions" with Ryan C. LaBrie, Joseph A. Cazier, *Journal of Management Systems*, Volume 24.2, pp. 23-38, 2014.
- "Towards a Theory of Trusted Performance in Software Development Projects" with Jim Jenkins, *Communications of the International Information Management Association (CIIMA),* Volume 12.1, pp. 27-34, 2012.
- "Towards an Understanding of Web Application Security Threats and Incidents" with Emanuel Tundrea and Kenmoro Kelly, *Journal of Information Privacy & Security*, Volume 7.4, pp. 54-69, 2011.

AR0155



**Seattle Pacific**
UNIVERSITY

Student Academic Services

September 25, 2017

To Whom It May Concern:

This letter is to confirm that Dr. Gerhard Steinke is a member of the faculty of Seattle Pacific University and thus has the authority to grant college credit for training and experience both in the area of his training/expertise and more broadly in general education and university degree requirements for our academic programs.

Faculty make decisions of course equivalency and college level experience for all students. This includes transfer credits, assessing credentials from other institutions both from other nations and within the US according to our academic policies. This is usually a function of admission, advising, major acceptance, placement, degree completion and graduate school recommendations.

A current faculty listing is available at
https://spu.edu/catalog/undergraduate/20178/about-spu/teaching-faculty

If you have further questions, please contact me at kgatlin@spu.edu.

Sincerely,

Kenda Gatlin
University Registrar

Student Academic Services
3307 Third Avenue West, Suite 113
Seattle, WA 98119-1922
P: 206-281-2031
F: 206-281-2669

AR0156

10/30/2017                    SBGE Faculty and Staff - Seattle Pacific University

SBGE Home

About >

Events >

Undergraduate
Programs >

Graduate Programs >

Continuing Education >

Center for Applied

Center for Integrity in
Business

**Faculty and Staff**

Give to SBGE

Contact

✉ sbge@spu.edu
☎ 206-281-2970
📍 McKenna Hall

NEWSLETTER
*Shareholders*

FOLLOW US

**in**

SPU Home / Academics / SBGE Home /

# Faculty and Staff

Search  🔍

**Faculty | Center Directors | Staff | View All**



**Leah Airt**
*Business and
Social Sciences
Librarian
MLIS, Florida
State University*


airtl@spu.edu
☎ 206-281-
2788
📍 Ames Library



**Bruce Baker**
*Associate
Professor of
Business Ethics
PhD, University
of St. Andrews*


bakerb@spu.edu
☎ 206-281-2775
📍 McKenna Hall
212



**Randy
Beavers**
*Assistant
Professor of
Finance
PhD, University
of Alabama*

✉ reb@spu.edu
☎ 206-281-3523
📍 McKenna Hall
219



**Denise
Daniels**
*Professor of
Management
PhD, University
of Washington*


ddaniels@spu.edu
☎ 206-281-
2243
📍 McKenna Hall
205

AR0157

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



**Jennifer Danke**

*Program Coordinator, Center for Applied Learning*
*MA, Regent College*

📞 206-281-2151
📍 SBGE Center House



**Reed Davis**

*Professor of Political Science*
*PhD, University of Virginia*


rdavis@spu.edu
📞 206-281-2395
📍 McKenna Hall 215



**Douglas Downing**

*Associate Professor of Economics*
*PhD, Yale University*


ddowning@spu.edu
📞 206-281-2890
📍 McKenna Hall 216



**Katya Drozdova**

*Associate Professor of Political Science*
*PhD, New York University*


drozdova@spu.edu
📞 206-281-2157
📍 McKenna Hall 215



**Ruth Ediger**

*Associate Professor of Political Science*
*PhD, University of Nebraska*


ediger@spu.edu
📞 206-281-2937
📍 McKenna Hall 225



**Vicki Eveland**

*Assistant Professor of Marketing*
*DBA, Mississippi State University*


evelav@spu.edu
📞 206-281-2088
📍 McKenna Hall 211

**Randal**

**John Godek**

AR0158

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



**Franz**

*Professor of
Management
PhD, Stanford
University*


rfranz@spu.edu
📞 206-281-2729
📍 McKenna Hall
203



*Associate
Professor of
Management
PhD, University
of Michigan*


godek@spu.edu
📞 206-281-
2833
📍 McKenna Hall
210

---



**Caleb Henry**

*Associate
Professor of
Political Science
PhD, Claremont
Graduate
University*


henryc@spu.edu
📞 206-281-2162
📍 McKenna Hall
206



**Dan Hess**

*Professor of
Finance
PhD, University
of Arizona*


dhess@spu.edu
📞 206-281-2192
📍 McKenna Hall
208

---



**Elisabetta
Ipino**

*Instructor of
Accounting
PhD, University
of Padova*


eipino@spu.edu
📞 206-281-2927
📍 McKenna Hall
201



**Gary Karns**

*Professor of
Marketing;
Associate Dean
for Graduate
Programs
PhD, University
of Washington*


gkarns@spu.edu
📞 206-281-
2948
📍 McKenna Hall
223

---

**Gene Kim**

*Executive
Director, Center*

**Ryan LaBrie**

*Associate
Professor of*

AR0159

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



*for Integrity in Business (CIB); Executive Director of Global Programs MBA, University of Virginia*


genekim@spu.edu
📞 206-281-2502
📍 SBGE Center House



*Management and Information Systems PhD, Arizona State University*


ryanl@spu.edu
📞 206-281-2213
📍 McKenna Hall 221

---



**Don Lee**

*Associate Professor of Management PhD, University of Pittsburgh*


donlee@spu.edu
📞 206-281-2555
📍 McKenna Hall 213



**Geri Mason**

*Associate Professor of Economics PhD, University of Hawaii at Manoa*


geri@spu.edu
📞 206-281-2709
📍 McKenna Hall 209

---



**Kristen McGaw**

*Budget Manager*


mcgawk@spu.edu
📞 206-281-2905
📍 McKenna Hall 226



**Jennifer Meredith**

*Assistant Professor of Economics PhC, University of Washington*


jmeredith@spu.edu
📞 206-281-2181
📍 McKenna Hall 217

**Bradley**

AR0160

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



**Jackqueline Miller**

*Graduate Program Director*
*EdD, Seattle University*

✉ drj@spu.edu
📞 206-281-2753
📍 McKenna Hall 222



**Bradley Murg**

*Assistant Professor of Political Science*
*PhD, University of Washington*

✉ murgb@spu.edu
📞 206-281-2651
📍 SBGE Center House, 2nd floor south



**Mark Oppenlander**

*Director, Center for Applied Learning*

✉ marko@spu.edu
📞 206-281-2942
📍 SBGE Center House



**Charity Osborn**

*Assistant Professor of Business Law*
*JD, University of Michigan Law School*

✉ osbornc@spu.edu
📞 281-2906
📍 McKenna Hall 224



**Joanna Poznanska**

*Professor of International Business*
*PhD, Warsaw Polytechnic University*

✉ jpoznan@spu.edu
📞 206-281-2935
📍 McKenna Hall 220



**Charlotte Qu**

*Assistant Professor of Accounting*
*PhD, University of Michigan*

✉ qu@spu.edu
📞 206-281-2397
📍 McKenna Hall 211

**Jim Rand**

**Kim Sawers**

5/7

AR0161

10/30/2017



*Executive in Residence*
*LLB, La Salle Extension University, 1972*



*Professor of Accounting; Associate Dean for Undergraduate Studies*
*PhD, University of Washington*

 ksawers@spu.edu
📞 206-281-2221
📍 McKenna Hall 228



### Regina Schlee

*Professor of Marketing*
*PhD, Washington State University*


rschlee@spu.edu
📞 206-281-3638
📍 McKenna Hall 207



### Richard Sleight

*Instructor, Manager of Information Systems*
*PhD, University of Washington*

 sl8@spu.edu
📞 206-281-2265
📍 McKenna Hall 123A



### Kathy Stegman

*Office Manager and Events Coordinator*


kstegman@spu.edu
📞 206-281-2992
📍 McKenna Hall 227



### Gerhard Steinke

*Professor of Management and Information Systems*
*PhD, University of Passau*


gsteinke@spu.edu
📞 206-281-2377
📍 McKenna Hall 204

AR0162

10/30/2017

SBGE Faculty and Staff - Seattle Pacific University



**Ross Stewart**

*Dean, Professor of Accounting PhD, University of Glasgow*


rstewart@spu.edu
📞 206-281-2087
📍 McKenna Hall 229



**Kenman Wong**

*Professor of Business Ethics PhD, University of Southern California*


klwong@spu.edu
📞 206-281-2353
📍 McKenna Hall 218

AR0163

10/26/2017                              Accreditation Details

U.S. Department of Education    Home   FAQ about Accreditation   FAQ about this website   Glossary   Help

The Database of Accredited Postsecondary Institutions and Programs

OFFICE OF POSTSECONDARY EDUCATION

## Accreditation > History

**Institution: Seattle Pacific University**

**General Information**                    ← Back to Results          🔍 New Search
3307 3rd Ave W
Seattle, WA  98119-1997
Phone: 206-281-2000
For more information about this institution, visit www.spu.edu        OPE ID: 00378800

### Institutional Accreditation                              * denotes an estimated date

| Agency Name | Accredited Status | Accredited Date | Current Action & Date of Current Action | Justification for Action | Next Review Date |
|---|---|---|---|---|---|
| Northwest Commission on Colleges and Universities | Accredited | 09/01/1933 | - | - | 12/31/2017 |

### Specialized Accreditation                              * denotes an estimated date

**Agency Name**

| Program Name | Accredited Status | Accredited Date | Current Action & Date of Current Action | Justification for Action | Next Review Date |
|---|---|---|---|---|---|
| **Academy of Nutrition and Dietetics, Accreditation Council for Education in Nutrition and Dietetics** | | | | | |
| Didactic Program in Dietetics | Accredited | 09/01/1991 | - | - | 1/1/2014 |
| **American Association for Marriage and Family Therapy, Commission on Accreditation for Marriage and Family Therapy Education (No Longer Recognized 🌐)** | | | | | |
| Marriage and Family Therapy (MFT) - Clinical training programs at the master's, doctoral, and postgraduate levels | Accredited | 07/31/2004 | Agency no longer recognized 04/15/2013 | - | 12/31/2014 |
| **American Psychological Association, Commission on Accreditation** | | | | | |
| Clinical Psychology (CLPSY) - PhD Doctoral programs | Accredited | 10/17/2006 | - | - | 12/31/2020 |
| **Commission on Collegiate Nursing Education** | | | | | |
| Nursing (CNURED) - Nursing education programs at the baccalaureate degree levels | Accredited | 04/30/1998 | - | - | 12/31/2019 |
| Nursing (CNURED) - Nursing education programs at the graduate degree levels | Accredited | 04/30/1998 | - | - | 12/31/2019 |
| **National Association of Schools of Music, Commission on Accreditation** | | | | | |
| Music (MUS) - Institutions and units within institutions offering degree-granting and/or non-degree-granting programs | Accredited | *09/01/1970 | - | - | 12/31/2016 |
| **National Council for Accreditation of Teacher Education (No Longer Recognized 🌐)** | | | | | |
| Teacher Education (TED) - Baccalaureate and graduate programs for the | Accredited | 05/22/1964 | - | - | - |

AR0164

10/26/2017                                    Accreditation Details

preparation of teachers and other
professional personnel for elementary
and secondary schools

## Internship/Residency

* denotes an estimated date

**Agency Name**

| Program Name | Accredited Status | Accredited Date | Current Action & Date of Current Action | Justification for Action | Next Review Date |
|---|---|---|---|---|---|
| No Internship/Residency has been found | | | | | |

Click here for more information about Accreditation in the U.S.

10/30/2017                          Gerhard Steinke - Seattle Pacific University

SBGE Home                   SPU Home / Academics / SBGE Home /

About >

Events >

Undergraduate
Programs >

Graduate Programs >

Continuing Education >

Center for Applied

Center for Integrity in
Business

**Faculty and Staff**

Give to SBGE

Contact

✉ sbge@spu.edu
📞 206-281-2970
📍 McKenna Hall

NEWSLETTER
*Shareholders*

FOLLOW US

in



# Faculty Profile



# Gerhard Steinke

*Professor of Management and
Information Systems*

**Email:** gsteinke@spu.edu
**Phone:** 206-281-2377
**Office:** McKenna Hall 204

**Education:** MBA, Ball State University,
1984; MDiv, Anderson University School of
Theology, 1985; PhD, University of Passau,
1992. At SPU since 1992.

Gerhard Steinke came to the School of
Business and Economics to bring leadership
to the graduate Information Systems
Management program. Born in Canada, he
has worked for various Canadian government
departments as well as a small consulting
firm. His academic experience includes work
at universities in the U.S., Hong Kong, and
Germany. Dr. Steinke completed his doctoral

### Why I Teach at SPU

**Gerhard Steinke,
Professor of
Management
and Information
Systems**

"I enjoy teaching
at SPU because
this is a vibrant
place that brings
together
undergraduate
and graduate
students and
dedicated faculty
in the midst of a
large city. Having
a part in
preparing
students for
challenging and
rewarding work
and impacting
their community
—that thrills my
heart."

AR0166

work at the University of Passau in Germany in 1992.

Dr. Steinke has taught Information Systems and Information Security at Seattle Pacific University for the last 20 years. In addition, he has consulted for organizations such as Boeing, Microsoft, AT&T Wireless, and the state of Washington. His international assignments include teaching courses and seminars in Mexico, Dubai, Malaysia, and Romania.

# Books

 ***Task-Based Security for Knowledge Base Systems*** Reihe Informatik, Shaker Verlag, 1992

# Selected Publications

- "Towards an Understanding of Web Application Security Threats and Incidents," with Emanuel Tundrea and Kenmoro Kelly, *Journal of Information Privacy & Security* 7.4 (2011): 54–69.
- "Integrating Failure Mode Effect Analysis Into the Medical Device Approval Process," with Vania Kurniawati and Jim Nindel-Edwards, *Communications of the IIMA,* Volume 10.3, pp. 49–58, 2010.
- "The Development of a Thorough Test Plan in the Analysis Phase Leading to More Successful Software Development Projects," with J. Nindel-Edwards, *Journal of International Technology and*

AR0167

10/30/2017                    Gerhard Steinke - Seattle Pacific University

*Information Management,* Volume 16, Number 1, 2007.

- "Business Rules as the Basis of an Organization's Information Systems," with C. Nickolette, *Journal of Industrial Management and Data Systems,* pp. 52–63, Vol 103, Number 1, 2003.
- Data Privacy Approaches From U.S. and EU Perspectives," *Telematics and Informatics Journal,* Jan. 2002.

Please view Dr. Steinke's CV (PDF) for additional publications.

# Personal Links

Dr. Steinke's website

AR0168

# EXHIBIT F

AR0169



**U.S. Citizenship and
Immigration Services**

\ afm \ Adjudicator's Field Manual - Redacted Public Version \ Chapter 11 Evidence. \ 11.1 Submission of Supporting Documents and Consideration of Evidence.
Previous Document | Next Document

**11.1  Submission of Supporting Documents and Consideration of Evidence.   [Section (n) added as of 8/26/2010; PM-602-007, AD10-43]**

(a)   General   .

A major part of your duties as an adjudicator will involve gathering, handling and evaluating evidence. The purpose of gathering evidence is to establish the truth or falsity of some fact or matter at issue. The Federal Rules of Evidence (FRE) are a good reference point for discussions of evidence. See also   *Special Agent's Field Manual,*   Appendix 11-3   . You should be aware that these rules, while they may be instructive, are not strictly binding in administrative proceedings. Generally, any evidence that would be admissible under the Federal Rules of Evidence should be admitted in administrative proceedings. But so also, generally, should any oral or documentary evidence that is relevant and material be accepted into the administrative record. This means that a particular piece of evidence must have a tendency (no matter how small) to either prove or dis prove a fact that has a bearing on the issue at hand (materiality). Despite the relatively broad admissibility of evidence in an administrative proceeding, you should familiarize yourself with the rules of evidence relating to these proceedings.

(b)   Certain Legal Considerations   .

There are certain basic legal issues that you should be aware of in your duties as an adjudicator. For example, the administrative record you create will often be crucial in later proceedings relating to the same individual, such as a rescission of status, possible removal proceedings and relief from deportation, and investigations of fraud. The administrative record will be crucial to a special agent's examination of any fraud or abuse of the immigration laws. The administrative record may even end up befo re a federal district court judge on review for abuse of discretion or in a federal tort claim or habeas case.

The Jencks Act (18 U.S.C. 3500) requires that a statement in the possession of the United States which was made by a government witness be produced after the

AR0170

Private documents include all documents other than official records of legislative, judicial or administrative bodies of government. Private documents, especially business records and tax records are often introduced as supporting evidence for visa petitions. Circumstances surrounding the creation of such records, such as evidence that a document was created immediately at the time of the event it purports to record, as part of the regular conduct of business, may affect the weight given to the document.

(i)   Expert and Opinion Evidence   .

On occasion, you may require the testimony of an expert witness to assist in completing a case. Such a witness may be in the field of handwriting, fraudulent documents or a variety of other subjects. A petitioner or applicant may also occasionally offer testimony from someone claimed to be an expert. Generally, in federal court, testimony of lay witnesses regarding their opinions or inferences is limited to those opinions or inferences which are rationally based on the perception of the witness and helpful to a clear understanding of his/her testimony or the determination of a fact at issue. See Rule 701, Federal Rules of Evidence.

Unlike most witnesses, an expert is permitted to give his or her opinion on a particular set of facts or circumstances involving scientific, technical, or other specialized knowledge. In order to provide such opinion testimony, the witness must be qualified as an expert by knowledge, skill, experience, training or education.

When an expert witness is offered, the person offering the testimony of the witness must prove the experience and qualifications of the witness and the facts of the case at hand. The testimony of expert witnesses has been accepted by      USCIS     , and findings based on their testimony have been upheld by the courts. In cases involving handwriting, counterfeit and altered documents, the ICE Forensic Document Laboratory may be used.

(j)   Privileged Information   .

While rare (especially in the case of family based petitions and applications), sometimes you may encounter the issue of privilege. A testimonial privilege allows the holder who invokes it to bar testimony that would violate the privilege. In Federal Court, as well as in an immigration proceeding, a claim of privilege will be decided on a case by case basis. See FRE 501. In contrast to incapacity of a witness, which cannot be waived, a privilege may be waived by the holder. Such a privilege may be waived by a failure to invoke the privilege. Some of the more common testimonial privileges are lawyer-client, husband-wife, and the privilege against self-incrimination.

Each privilege differs slightly as to details, such as whose testimony may be barred and who may invoke the privilege. The scope of the material covered by the privilege also differs.

# EXHIBIT G

AR0172



**AILA National Office**
Suite 300
1331 G Street, NW
Washington, DC 20005

Tel: 202.507.7600
Fax: 202.783.7853

www.aila.org

MEMORANDUM

TO:         Alejandro N. Mayorkas, Director
            United States Citizenship & Immigration Services

FROM:       American Immigration Lawyers Association

DATE:       April 4, 2012

RE:         Interpretation of the Terms "Specialty Occupation" and
            "Body of Highly Specialized Knowledge" in H-1B
            Adjudications

Dear Director Mayorkas:

The American Immigration Lawyers Association (AILA) appreciates the ongoing outreach to stakeholders conducted by USCIS. AILA is deeply concerned about the adjudication of petitions under INA § 101(a)(15)(H)(1)(b). AILA urges USCIS to review H-1B adjudications interpreting and defining the terms "specialty occupation" and "body of highly specialized knowledge."

INTRODUCTION

Restrictive interpretations of the terms "specialty occupation" and "body of highly specialized knowledge" have evolved through non-binding AAO administrative decisions, applied in turn by the Service Centers. The restriction has been accomplished by reinterpreting the relationship between the regulation at 8 C.F.R. § 214.2(h)(4) and the regulation at 8 C.F.R. § 214.2(h)(4)(iii)(A); by erroneously interpreting the terms "body of highly specialized knowledge" and "degree in the specific specialty" as they appear in INA § 214(i)(1); by failing to afford proper weight to evidence from the Department of Labor's *Occupational Outlook Handbook* and other Labor Department resources routinely consulted by the AAO in determining whether a position qualifies as a "specialty occupation;" and, by failing to apply the preponderance of the evidence in evaluating evidence from DOL resources.

We offer the following Memorandum outlining our concerns and request that steps be promptly taken to bring AAO and service center adjudications in line with the statute and regulations.

I.      Statute and Regulations

The Immigration Act of 1990 (IMMACT 90)[1] revised Section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA), substituting the previous provision permitting the admission of nonimmigrant aliens "of distinguished merit and ability" with a nonimmigrant category permitting the admission of aliens seeking to enter the United States to perform services in a "specialty occupation."[2]  Section 205(c)(2) of IMMACT 90 introduced the current definition of the term "specialty occupation" in Section 214(i) into the INA:

> (1)  For purposes of section 101(a)(15)(H)(i)(b) and paragraph (2), the term "specialty occupation" means an occupation that requires–
> (A) theoretical and practical application of a body of highly specialized knowledge, and
> (B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

Regulations at 8 C.F.R. § 214.2(h)(4)(ii) define "specialty occupation" as follows:

> *Specialty occupation* means an occupation which requires theoretical and practical application of a body of highly specialized knowledge in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

A petitioner is required to demonstrate that the position for which an alien's services are sought is a "specialty occupation."  Regulations at 8 C.F.R. § 214.2(h)(4)(iii)(A) provide four ways to do so:

> To qualify as a specialty occupation, the position must meet one of the following criteria:

> > (*1*) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
> > (*2*) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show

---

[1] Pub. L No. 101-649, 104 Stat. 4978 (Nov. 29, 1990).
[2] IMMACT 90, Section 205(c).

2

AR0174

that its particular position is so complex or unique that it can be performed only by an individual with a degree;

(3) The employer normally requires a degree or its equivalent for the position; or

(4) The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

USCIS has previously appropriately interpreted the term "degree" in 8 C.F.R. § 214.2(h)(4)(iii)(A) to mean not just any baccalaureate or higher degree, but one in a specific specialty that is directly related to the proffered position.[3]

II.    Relationship Between 8 C.F.R. § 214.2(h)(4)(ii) and 8 C.F.R. § 214.2(h)(4)(iii)(A)

The regulation at 8 C.F.R. § 214.2(h)(4)(iii)(A) describes the types of evidence that a petitioner must introduce in order to demonstrate that the position for which the alien's services are sought is one that requires the "theoretical and practical application of a body of highly specialized knowledge" in a "field[] of human endeavor," and the "attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States."

Consistent with the regulatory framework, the AAO historically properly treated 8 C.F.R. § 214.2(h)(4)(iii)(A) as listing types of evidence that a petitioner must present in order to demonstrate that a position is a "specialty occupation" within the meaning of INA §214(l) and the regulation at 8 C.F.R. § 214.2(h)(4)(ii). The AAO correctly treated 8 C.F.R. § 214.2(h)(4)(iii)(A) as listing evidence *to show* that the position in question qualified as a "specialty occupation," not as a regulation that provided criteria a petitioner must meet *in addition to* showing the position is a "specialty occupation" as defined in 8 C.F.R. § 214.2(h)(4)(ii).

For example, in an AAO decision from August 12, 2004, the AAO accurately quotes the regulation when it writes:

Pursuant to 8 C.F.R. § 214.2(h)(4)(iii)(A), to qualify as a specialty occupation, the position must meet one of the following criteria:

(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;

(2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show

---

[3] *See, e.g., Matter of [name not provided],* 30 Immig. Rptr. B2-35 (CSC) (AAO, Aug. 12, 2004); *Matter of [name not provided],* WAC 04 001 50530 (AAO, Sep. 30, 2005); *Matter of [name not provided],* WAC 04 259 50020 (AAO, Aug. 29, 2006); *Matter of [name not provided],* EAC 03 208 51938 (AAO, Sep. 7, 2007); *Matter of [name not provided],* EAC 10 127 51980 (AAO, Apr. 29, 2011).

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0175

> that its particular position is so complex or unique that it can be performed only by an individual with a degree;
> *(3)* The employer normally requires a degree or its equivalent for the position; or
> *(4)* The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.[4]

The review of a sampling of AAO decisions between 2005 and 2009 reveals identical, or substantially identical, passages.[5]  In each of its decisions addressing the interpretation of the term "specialty occupation" and the types of evidence that a petitioner must present to establish that the position is a "specialty occupation" under INA § 214(i)(1) and 8 C.F.R. § 214.2(h)(4)(ii), the AAO recognizes and properly applies the interpretation of the regulations in question that contemplate that a petitioner must provide evidence from one of the four criteria in 8 C.F.R. § 214.2(h)(4)(iii)(A) to establish that the position is a "specialty occupation" as defined in INA § 214(i)(1) and the regulation at 8 C.F.R. § 214(h)(4)(ii).

In a subtle change, which was made without notice and comment, and which has had a dramatic impact on H-1B adjudications, the AAO altered its interpretation of the relationship between the two regulatory provisions in decisions beginning in early 2009.  First, the AAO slipped the word "also" into a key passage that appears in subsequent AAO decisions.  The new bridge passage that forms the transition from the discussion of 8 C.F.R. § 214.2(h)(4)(ii) to the discussion of 8 C.F.R. § 214.2(h)(4)(iii)(A) now reads:  "Pursuant to 8 C.F.R. § 214.2(h)(4)(iii)(A), to qualify as a specialty occupation, the position must *also* meet one of the following criteria...."[6]  [Italics added.]

The significance of the addition of "also" to that passage is that it completely alters the regulatory framework. Whereas, when read properly, documentary evidence from one or more of the criteria in 8 C.F.R. § 214.2(h)(4)(iii)(A) *proves* that the position is a "specialty occupation" under 8 C.F.R. § 214.2(h)(4)(ii), under the AAO's altered reading, the petitioner must present evidence from the list of criteria *and also* prove that the position is a "specialty occupation."  To require a petitioner to do so would be, to paraphrase the U.S. District Court in *Buletini v. INS*, to require a petitioner to prove that

---

[4] *Matter of [name not provided]*, 30 Immig. Rptr. B2-35 (CSC) (AAO, Aug. 12, 2004).
[5] *Matter of [name not provided]*, WAC 04 001 50530 (AAO, Sep. 30, 2005); *Matter of [name not provided]*, WAC 04 259 50020 (AAO, Aug. 29, 2006); *Matter of [name not provided]*, EAC 03 208 51938 (AAO, Sep. 7, 2007); *Matter of [name not provided]*, WAC 06 160 52189 (AAO, Aug. 1, 2008); *Matter of [name not provided]*, WAC 07 148 51006 (AAO, Jan. 2, 2009); *Matter of [name not provided]*, WAC 07 148 54983 (AAO, Feb. 2, 2009).
[6] *Matter of [name not provided]*, WAC 07 145 50889 (AAO, Mar. 3, 2009); *Matter of [name not provided]*, WAC 07 145 54181 (AAO, Mar. 3, 2009); *Matter of [name not provided]*, WAC 08 148 53409 (AAO, Jan. 5, 2010); *Matter of [name not provided]*, EAC 08 151 52400 (AAO, Mar. 2, 2011); *Matter of [name not provided]*, WAC 10 008 50309 (AAO, Apr. 7, 2011); *Matter of [name not provided]*, WAC 09 212 51131 (AAO, Feb. 7, 2012); *Matter of [name not provided]*, WAC 09164 51575 (AAO, Feb. 12, 2012).

AR0176

the position is a "specialty occupation" by requiring the petitioner to show that the position is a "specialty occupation."[7]

The AAO appears to rely on *Defensor v. Meissner*[8] for the proposition that an H-1B petitioner must prove the existence of evidence from one of the criteria in 8 C.F.R. § 214.2(h)(4)(iii)(A), and must separately prove that the position is a "specialty occupation" under INA § 214(i)(1) and 8 C.F.R. § 214.2(h)(4)(ii).[9]   In several AAO decisions from 2009 onward, in addition to the introduction of the word "also" discussed above, the following paragraph appears in text following the recitation of the regulations at 8 C.F.R. § 214.2(h)(4)(iii)(A):

> As a threshold issue, it is noted that 8 C.F.R. § 214.2(h)(4)(iii)(A) must logically be read together with section 214(i)(1) of the Act, 8 U.S.C. § 1184(i)(1), and 8 C.F.R. § 214.2(h)(4)(ii).   In other words, this regulatory language must be construed in harmony with the thrust of the related provisions and with the statute as a whole. *See K Mart Corp. v. Cartier Inc.,* 486 U.S. 281, 291 (1988) (holding that construction of language which takes into account the design of the statute as a whole is preferred); *see also COIT Independence Joint Venture v. Federal Sav. and Loan Ins. Corp.,* 489 U.S. 561 (1989); *Matter of W-F-,* 21 I&N Dec. 503 (BIA 1996).   As such, the criteria stated in 8 C.F.R. § 214.2(h)(4)(iii)(A) should logically be read as being necessary but not necessarily sufficient to meet the statutory and regulatory definition of specialty occupation.   To otherwise interpret this section as stating the necessary *and* sufficient conditions for meeting the definition of specialty occupation would result in a particular position meeting a condition under 8 C.F.R. § 214.2(h)(4)(iii)(A) but not the statutory or regulatory definition. *See Defensor v. Meissner,* 201 F.3d 384, 387 (5th Cir. 2000).   To avoid this illogical and absurd result, 8 C.F.R. § 214.2(h)(4)(iii)(A) must therefore be read as stating additional requirements that a position must meet, supplementing the statutory and regulatory definitions of specialty occupation.   [Italics in original.][10]

Reliance on *Defensor* is misplaced.   While the court in *Defensor* did discuss the relationship between the two sections of the regulations, nothing in the *Defensor* decision would lead to the conclusion that the decision was based on such a reading of the regulations.   Though there is discussion in the opinion of alternative readings of the regulations, in the end, the court reaches no conclusion and instead assumes for the sake

---

[7] *Buletini v. INS,* 860 F. Supp. 1222 (E.D. Mich. 1994), 1231.   The District Court, discussing the INS application of 8 C.F.R. § 204.5(h)(3)(iv) and the imposition of an extra-regulatory requirement, said "…the Director's requirement would mean that plaintiff must prove he is a doctor of extraordinary ability in order to prove that he is a doctor of extraordinary ability."   The AAO repeats its mistake in the H-1B context.
[8] *Defensor v. Meissner,* 201 F.3d 384 (5th Cir. 2000).
[9] See cases cited at n6.
[10] *Matter of [name not provided],* WAC 07 145 50889 (AAO, Mar. 3, 2009); *Matter of [name not provided],* WAC 08 148 53409 (AAO, Jan. 5, 2010); *Matter of [name not provided],* EAC 08 151 52400 (AAO, Mar. 2, 2011); *Matter of [name not provided],* WAC 10 008 50309 (AAO, Apr. 7, 2011); *Matter of [name not provided],* WAC 09 212 51131 (AAO, Feb. 7, 2012); *Matter of [name not provided],* WAC 09 164 51575 (AAO, Feb. 8, 2012).

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0177

of argument that 8 C.F.R. § 214.2(h)(4)(iii)(A) creates necessary and sufficient conditions for the category. The ultimate decision in *Defensor* focused on the question whether the plaintiff, Febe Defensor, and her business, Vintage Health Services, was the "employer" for H-1B purposes, and whether the work location – the hospital in which Vintage's prospective H-1B employees were to be placed – had positions that were "specialty occupations" under 8 C.F.R. § 214.2(h)(4)(iii).[11]

The regulation at 8 C.F.R. 214.2(h)(4)(ii) is a *definitional* regulation, and the term "specialty occupation" is defined there, as are a number of other terms found in the regulations governing H-1B petitions. The regulation at 8 C.F.R § 214.2(h)(4)(iii)(A) sets out objective criteria by which to determine whether a specific job is a "specialty occupation" under 8 C.F.R. § 214.2(h)(4)(ii). Meeting one of the objective criteria suffices to prove that the position is a "specialty occupation." The AAO's alteration of the regulatory framework strips away this objectivity and leaves totally subjective what that broad definition means and how to meet it.

AILA calls upon USCIS to repudiate the line of cases and the reasoning adopted by the AAO that has imposed an extra-regulatory requirement to the regulations at 8 C.F.R. § 214.2(h)(4)(ii) and 8 C.F.R. § 214.2(h)(4)(iii)(A), and to restore to AAO administrative jurisprudence the correct reading of the regulations: 8 C.F.R. § 214.2(h)(4)(iii)(A) provides objective criteria, only one of which a petitioner must meet, to demonstrate that a position is a "specialty occupation" under 8 C.F.R. § 214.2(h)(4)(ii) and INA § 214(i)(1).

III.   Erroneous Interpretation of the Terms "Body of Highly Specialized Knowledge" and "Degree in the Specific Specialty"

The AAO has also reinterpreted the phrases "body of highly specialized knowledge" and "degree in the specific specialty" such that the AAO will only find that the position is a "specialty occupation" in those rare occupations where a single specific degree in a discrete academic major is considered suitable for entry into the occupation. This is a distinct departure from prior AAO administrative jurisprudence, and is inconsistent with INA § 214(i)(1) and the regulations at 8 C.F.R. § 214.2(h)(4)(ii).

The AAO has long held that the requisite "degree in a specific specialty" related not to the specific academic major or area of academic concentration, or to the label affixed to the academic field of study, but rather, to the specialized nature of the body of knowledge that was acquired by an individual, as evidenced by the conferral of an academic degree. Thus, the AAO routinely determined that where suitable and sufficient knowledge to perform the duties of an occupation could be imparted through studies in a variety of academic areas, the position was a "specialty occupation" because it required "highly specialized knowledge" related to the occupation. The AAO raised no objections where that knowledge could be imparted through studies in more than one academic discipline.

---

[11] *Id.*, at 388.

6

In a 2004 case, when considering a petition for the position of document quality specialist (database administrator), the AAO referred to the Department of Labor's *Occupational Outlook Handbook* (OOH), and found:

> The *Handbook* states the following: "MIS programs usually are part of the business school or college and differ considerably from computer science programs, emphasizing business and management-oriented coursework and business computing courses." A review of the beneficiary's university coursework indicates a combination of business-oriented coursework along with business computing courses, such as database management, database programming, quantitative techniques in business, logic formulation & data structure, management information systems, computer business practicum, and systems analysis and design. The beneficiary's university coursework while earning a bachelor of science degree in commerce does appear relevant to a degree in management information sciences. Thus, the beneficiary is qualified to perform the duties of the proffered position.[12]

The AAO made a similar finding in a 2006 case involving the position of comptroller for a moving and storage company. In determining that the position was one that required at least a bachelor's degree in a specific specialty, the AAO again referred to the OOH, and stated:

> With respect to the educational requirements of financial managers, including finance officers, the Handbook states as follows:
>
> > A bachelor's degree in finance, accounting, economics, or business administration is the minimum academic requirement for financial managers.
>
> Based on the foregoing information, the AAO concludes that the proffered position qualifies as a specialty occupation under 8 C.F.R. § 214.2(h)(4)(iii)(A)(*1*).[13]

In another case from 2006, in finding the position of contract administrator to be a "specialty occupation," the AAO stated:

> The AAO finds that the beneficiary's duties include those that the *Handbook* describes for a contract administrator, which is a sub-category listed under Administrative Services Managers in the *Handbook*. The *Handbook*, 2006-07 edition, gives the following information about the educational requirements for contract administration:

---

[12] *Matter of [name not provided]*, 30 Immig. Rptr. B2-35 (AAO, Aug. 12, 2004).
[13] *Matter of [name not provided]*, WAC 04 259 50020 (AAO, Aug. 29, 2006), at 5.

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0179

> Specific requirements vary by job responsibilities. . . Managers of highly complex services, such as contract administration, generally need at least a bachelor's degree in business, human resources, or finance. . . .
>
> Based on the foregoing information, the AAO concludes that the proffered position qualifies as a specialty occupation under 8 C.F.R. § 214.2(h)(4)(iii)(A)(*1*).[14]

The AAO has relied on evidence other than the OOH in finding that the "specific specialty" may be in one of several areas. In a 2007 case involving a strategic manager for an international advertising firm, the AAO relied on letters from experts to find that the "specific specialty" could include "business administration – advertising/marketing or psychology" or "management/marketing, psychology or advertising."[15]

In each of these cases, the AAO correctly focused on the substantive knowledge imparted through coursework—the "body of highly specialized knowledge"—and not the label affixed to the degree or academic major.

However, in more recent years, the AAO has equated the term "specific specialty" with a specific academic major, rather than a "body of highly specialized knowledge." For example, in a 2009 case involving a petition for the position of budget analyst, the AAO held:

> The *Handbook* fails to identify a specific degree requirement for employment as a budget analyst. Specifically, the *Handbook* indicates that:
>
> > A bachelor's degree usually is the minimum educational requirement for budget analyst jobs, but some organizations prefer or require a master's degree. Entry-level budget analysts usually begin with limited responsibilities but can be promoted to intermediate-level positions within 1 to 2 years, and to senior positions with additional experience.
> >
> > ***
> > [A] bachelor's degree in one of many areas, including accounting, finance, business, public administration, economics, statistics, political science, or sociology is a common requirement. . . .
>
> Based on the above discussion, the proffered position's budget-related duties do not require the beneficiary to hold a baccalaureate degree in a directly related *academic* field, as required for classification as a specialty occupation. [Italics added.][16]

---

[14] *Matter of [name not provided]*, WAC 04 172 53335 (AAO, Sep. 13, 2006), at 4.
[15] *Matter of [name not provided]*, LIN 05 179 53382 (AAO, Feb. 6, 2007), at 4.
[16] *Matter of [name not provided]*, WAC 07 145 50889 (AAO, Mar. 3, 2009), at 7-8.

8

AR0180

Although the OOH language quoted was almost identical to that from pre-2009 cases, the AAO takes an entirely different view, concluding that the position is not a "specialty occupation" because a degree from more than one field of study meets the minimum educational requirement threshold.

Another example of this about-face was the AAO's challenge of a service center director's finding that the position of programmer-analyst is a specialty occupation. In a January 2010 case, the AAO stated "[T]he AAO disagrees with the director's statement that 'USCIS does not dispute that a bona fide position of Programmer Analyst requires a beneficiary to have a baccalaureate degree.'"[17]

In that case, the AAO equates "specific specialty" with a single academic field, saying this:

> Moreover, similar to the petitioner's statement that the proffered position requires 'a Bachelor's degree in Computer Science, Engineering, Business, Math, Science, Technology, MIS, CIS, Finance, Economics, a related analytic or scientific discipline, or the equivalent thereof, as well as working experience in the field,' the *Handbook* section on Computer Systems Analysts reads: 'Despite the preference for technical degrees, however, people who have degrees in other majors may find employment as systems analysts if they also have technical

---

[17] *Matter of [name not provided]*, WAC 08 148 53409 (AAO, Jan. 5, 2010), at 6. Contrast the AAO's position with a December 22, 2000, memorandum on computer-related occupations prepared for Nebraska Service Center examiners by Terry E. Way, then Nebraska Service Center Director:

> Past unpublished decisions of the Administrative Appeals Office have generally held that where the position of programmer involves providing clients with customized analysis and problem resolution to unique problems, the position's complexity would require a person with at least a baccalaureate degree in computer science. The position would therefore merit eligibility as a specialty occupation.
> ...
> In accordance with the above guidelines [e.g., 8 C.F.R. § 214.2(h)(4)(iii)(A)] and in light of the fact that in 1998, 60% of the programmers had a bachelor's degree or higher, we will generally consider the position of programmer to qualify as a specialty occupation. This will be especially true if the position involves providing clients with programming analysis, custom designs, modification, and/or problem-solving software.
> ...
> Regarding other positions in the computer field, since we will now recognize most programmers as specialty occupations, it would follow that the higher level positions, such as programmer/analyst, software consultants, and computer consultants would also qualify for specialty occupation status. Therefore, if the duties described in the petition primarily constitute analysis/design/modification of software or hardware, that fact should be sufficient to establish eligibility. We no longer require a petitioner to establish that the analysis duties will constitute a majority of the proposed duties in order for the position to qualify. The higher level of programming duties described previously will also qualify as analysis.

*Reprinted at* AILA InfoNet Doc. No. 01040603 (Posted 04/06/01); *see also* 78 *Interpreter Releases* 725 (April 23, 2001).

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0181

skills.' Therefore, the *Handbook* does not indicate that programmer analyst positions normally require at least a bachelor's degree in a specific specialty.[18]

In an April 2011 decision, the AAO denied a petition for an emergency medical services manager. Holding that the position was similar to that of a medical and health services manager in the OOH, the AAO found that the position of medical and health services manager was not a specialty occupation, stating:

> While the *Handbook* states that a master's degree is the standard requirement for a generalist position, it also states that a degree "in one of a number of fields" is acceptable. As discussed previously in this decision, USCIS consistently interprets the term "degree" in the criteria at 8 C.F.R. § 214.2(h)(4)(iii)(A) to mean not just any baccalaureate or higher degree, but one in a *specific specialty* that is directly related to the proffered position. According to the *Handbook,* degrees in a wide variety of fields, such as health services administration, long-term care administration, health sciences, public health, public administration, or business administration [are acceptable].[19]

In February of 2012, the AAO declined to find that the position of "bioinformatics programmer at a government research center" was a specialty occupation, saying this in a footnote:

> Similarly, in the chapter entitled Computer Software Engineers and Computer Programmers, the Handbook states the following:
>
> > Many programmers require a bachelor's degree, but a 2-year degree or certificate may be adequate for some positions. Some computer programmers hold a college degree in computer science, mathematics, or information systems, whereas others have taken special courses in computer programming to supplement their degree in a field such as accounting, finance, or another area of business.
>
> That chapter does not indicate that computer programmers require a bachelor's degree and does not indicate that, for those programmer positions that do require a bachelor's degree, the degree must be in any specific specialty.[20]

The requirement that the degree must be in a specific academic major or have a specific title has recently been explicitly rejected by a United States District Court. The California Service Center denied an H-1B petition for a Market Research Analyst, finding that the OOH "…does not indicate that the degrees held by such workers must be in a specific specialty that is directly related to market research.…"[21] In reversing the CSC and directing approval of the petition, the court said this:

---

[18] *Id.*
[19] *Matter of [name not provided],* WAC 10 008 50309 (AAO, Apr. 7, 2011), at 8.
[20] *Matter of [name not provided],* WAC 09 121 51131 (AAO, Feb. 7, 2012), at note 1.
[21] *In Re: Residential Finance Corporation,* WAC 11 215 55179 (CSC, Nov. 11, 2011).

10

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0182

> Defendant argues that Plaintiff is attempting to read out of the statutory and regulation requirements the "specific specialty" component. But Defendant's approach is too narrow. ...Defendant's implicit premise that the title of a field of study controls ignores the realities of the statutory language involved and the obvious intent behind them. The knowledge and not the title of the degree is what is important. Diplomas rarely come bearing occupation-specific majors. What is required is an occupation that requires highly specialized knowledge and a prospective employee who has attained the credentialing indicating possession of that knowledge. *See Tapis Int'l v. I.N.S.*, 94 F. Supp. 2d 172, 175-76 (D. Mass. 2000) (rejecting agency interpretation because it would preclude any position from satisfying the "specialty occupation" requirements where a specific degree is not available in that field).[22]

The "body of highly specialized knowledge" which must be applied theoretically and practically in the performance of the duties of the occupation must by necessity be directly related to the duties of the occupation, that is, "the specific specialty." The source of that knowledge, however, may originate in different fields or disciplines, or a combination of fields or disciplines. Whatever the field named in the degree, the inquiry must go to the substance of the knowledge learned, the attainment of which is usually memorialized by the conferral of a degree.

AILA calls on USCIS to repudiate the line of cases and reasoning of the AAO that equates "specific specialty" with a single, specific, academic major or field, and to restore prior AAO jurisprudence that recognizes that "highly specialized knowledge" can be gained in related academic disciplines without regard to the name of the major or field, and that a qualifying degree, or its equivalent, can be from one of several related bodies of knowledge appropriate to the field of human endeavor, without regard to the label affixed to the degree or to the body of highly specialized knowledge.

IV.     Probative Value of Labor Department Resources

The AAO treatment of vocational and occupational preparation resources developed by the Department of Labor diminishes, or totally disregards, their probative value in establishing that an occupation is a "specialty occupation" or that a particular beneficiary possesses knowledge that constitutes "highly specialized knowledge" for H-1B purposes.

Principal DOL resources include the *Occupational Outlook Handbook*,[23] the *Occupational Information Network (O\*NET)*,[24] the Educational and Training Codes for Professional Occupations (ETCPO),[25] and Specific Vocational Preparation (SVP)

---

[22] *Residential Finance Corporation v. U.S.C.I.S*, Case No. 2:12-cv-00008 (U.S.D.C., S.D. Ohio, Mar. 12, 2012), Slip. Op. 18-19.
[23] http://www.bls.gov/oco/. (Last accessed 03/26/12.)
[24] http://www.doleta.gov/programs/onet/. (Last accessed 03/26/12.)
[25] http://www.flcdatacenter.com/TrainingCodes.aspx. (Last accessed 03/26/12.)

11

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0183

schedule.[26]   Each of these resources provides, in varying degrees, evidence that can, alone or in combination with other evidence, establish that an occupation is a "specialty occupation," as well establish that an individual has gained a body of "highly specialized knowledge" in a particular field of specialization.

As described by the DOL's O*NET Resource Center, O*NET is "the nation's primary source of occupational information."[27] According to the O*NET Toolkit for Business, O*NET is a "power tool for employers and human resource professionals ... that provides detailed information on over 900 occupations."[28] The O*NET database provides occupation-specific information and worker requirements, including skills, knowledge, and education required for each position. This information is routinely used by employers and human resource managers in developing accurate job descriptions and defining recruitment goals.

In assessing whether a position qualifies as a specialty occupation, the AAO regularly rejects evidence of a degree requirement from the Department of Labor's O*NET system. For example, in a case involving a Market Research Analyst/Marketing Manager, the AAO refused to accord any weight at all to O*NET information provided by the petitioner.[29] The AAO stated:

> *O*NET* is not a persuasive source of information regarding whether a particular job requires the attainment of a baccalaureate or higher degree in a specific specialty, or its equivalent, as a minimum for entry into the occupation. Its assessment (the JobZone classification) does not specify the particular type of degree, if any, that a particular position would require.[30]

O*NET assigns a Job Zone 4 for Market Research Analysts and Marketing Specialists. Occupations that fall within Job Zone 4 require "considerable preparation" and "most" of these occupations require a bachelor's degree. According to the O*NET data, 71% of the respondents surveyed required a bachelor's degree as a minimum for entry into the occupation, 24% required a Master's degree, and 4% required a doctoral degree. Though the O*NET description for this occupation does not specify the field or fields from which the degree must be awarded, evidence of the percentage of employers who require a degree should not be dismissed outright. Rather, the O*NET information is highly relevant to defining a base requirement of a bachelor's degree, which, when considered in conjunction with evidence that identifies the specific "body of highly specialized knowledge" that an individual has attained and the award of a degree symbolizes, should be more than sufficient to establish that a position is a specialty occupation by a preponderance of the evidence.

---

[26] http://www.flcdatacenter.com/svp.aspx. (Last accessed 03/26/12.)
[27] http://www.onetcenter.org/overview.html. (Last accessed 03/26/12.)
[28] http://www.onetcenter.org/dl_files/Toolkit/Toolkit_screen.pdf. (Last accessed 03/26/12.)
[29] *Matter of [name not provided]*, WAC 06 160 52 189 (AAO, Aug. 1, 2008).
[30] *Id.*

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0184

Moreover, it should be noted that for some positions, O*NET does indicate a specific educational background. For Environmental Engineers, for example, O*NET states that in addition to a bachelor's or master's degree, the occupation may require an educational background in environmental engineering or environmental science.[31] Therefore, where specific disciplines are indicated, USCIS should accord just as much weight to O*NET as is given to the OOH.

The Foreign Labor Certification Data Center Online Wage Library similarly assigns Education and Training Codes for Professional Occupations (ETCPO) for purposes of calculating prevailing wage determinations. In a matter involving an H-1B for a public relations specialist, the AAO dismissed evidence submitted by the employer that the position of public relations specialist is assigned an ETCPO level five, "Bachelor's Degree," which states, "Completion of the degree program generally requires at least 4 years but not more than 5 years of full-time equivalent academic work."[32] The AAO stated:

> The code does not specify the particular type of degree that a job would normally require; does not indicates [sic] whether a baccalaureate or higher degree in a specific specialty is a minimum for entry into the type of position proffered here; and does not rebut the *Handbook's* information that such positions do not normally require a degree in a specific specialty for entry into the occupation.

Similar to O*NET, evidence that an occupation is assigned an ETCPO level five, when considered in conjunction with other evidence that a degree is normally required or is common to the industry, and when accompanied by evidence identifying the "body of highly specialized knowledge," is relevant, and should be accorded appropriate weight when evaluating whether the position qualifies as a specialty occupation based on the totality of the evidence.

Finally, even the Specific Vocational Preparation (SVP) schedule provides probative evidence. According to the DOL, "Specific Vocational Preparation is defined as the amount of lapsed time required by a typical worker to learn the techniques, acquire the information, and develop the facility needed for average performance in a specific job-worker situation."[33] The SVP scales vocational preparation in nine "levels," the lowest of which, SVP 1, indicates that "average performance" in a particular job can be achieved with a "short demonstration only," and SVP 9, which indicates that average performance can only be achieved with over 10 years of vocational preparation, that is, education "organized around a specific vocational objective," training, and/or experience in the field. Rather than according no weight to information regarding the SVP,[34] the SVP level, when accompanied by evidence identifying "the body of highly specialized knowledge" necessary to perform the duties of the occupation, and evidence of the

---

[31] http://www.onetonline.org/link/summary/17-2081.00.
[32] *Matter of [name not provided]*, EAC 07 133 52477 (AAO, Apr. 1, 2010).
[33] *Supra*, n.26.
[34] *Supra*, n.32.

13

AR0185

specific education, training, and experience required, should likewise be accorded appropriate weight.

AILA urges USCIS to review the treatment of DOL resource materials by the AAO and affirm the probative value of DOL resources in determining whether a particular position is a "specialty occupation," when coupled with evidence identifying the "body of highly specialized knowledge" required to perform the duties of the "specialty occupation."

V.    Interpretation of Labor Department Resources

The AAO fails to properly apply the preponderance of the evidence standard in evaluating information on occupations found in various DOL resources.  In evaluating evidence from DOL resources proffered to demonstrate that a baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position in satisfaction of the criterion at 8 C.F.R. §214.2(h)(4)(iii)(A)(*I*), the service centers and the AAO routinely ignore the preponderance standard and take an extremely narrow approach to interpreting information contained in the DOL Occupational Outlook Handbook (OOH).

For example, in a case involving an H-1B for an accountant, the AAO referenced the OOH, which states, "[m]ost accountants and auditors need at least a bachelor's degree in business, accounting, or a related field."[35] Based on this, the AAO concluded, "'Most' is not indicative that a particular position within the wide spectrum of accountant jobs normally requires at least a bachelor's degree or its equivalent in a specific specialty."[36]

Similarly, in a computer systems analyst case, the AAO first quoted the OOH: "When hiring computer systems analysts, employers usually prefer applicants who have at least a bachelor's degree."  However, it then went on to say "...the usual preference for applicants with a bachelor's degree indicate[s] ... that, while usually preferred, a bachelor's degree is not normally required."[37]

The CSC drew a similar conclusion in denying a case for a property manager. There, relying on the OOH, the CSC stated, "...most employers prefer to hire college graduates for property management positions, particularly for offsite positions dealing with a property's finances and contract management and for most commercial properties. A bachelor's or master's degree in business administration, accounting, finance, real estate, or public administration is preferred for these positions."[38] However, despite this, the CSC went on to conclude, "There is no clear standard for how one prepares for a career as a [property] manager and no requirement for a degree in a specific specialty."[39]

---

[35] *Matter of [name not provided]*, WAC 09 140 50401 (AAO, Apr. 22, 2011).
[36] *Id.*
[37] *Matter of [name not provided]*, WAC 09 142 51714 (AAO, Apr. 29, 2011).
[38] WAC 11 055 50051 (CSC, Jul. 26, 2011).
[39] *Id.* Note that in the decision, the word "operations" appears before "manager," rather than the word "property."

14

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0186

In concluding that these positions do not *normally* require a baccalaureate or higher degree or its equivalent for entry into the particular position, USCIS is imposing a standard of proof far greater than a preponderance, which simply requires a showing of a more than 50 percent chance that an employer would require a bachelor's degree or higher. In other words, a statement in the OOH that says "'most' employers require/prefer" or "employers 'usually' require/prefer," should be deemed the equivalent of "the employer more likely than not requires," which satisfies the preponderance standard. USCIS's overly narrow reading of these provisions is flawed and is resulting in denials that are not grounded in law.

Moreover, for other positions, the OOH states that where a degree is required by "many" employers, or that an employer "typically" requires a bachelor's degree, that is insufficient. For example, in a case involving a human resources specialist, the AAO has held that where the OOH stated that "'many' employers seek college graduates who have majored in human resources, personnel administration, or industrial and labor relations," the evidence did not support the petitioner's assertion that a bachelor's degree is not normally required for the position.[40] The AAO went on to reject evidence submitted by the employer to refute the OOH, and/or to establish that a degree is common to the industry under 8 CFR §214.2(h)(4)(iii)(A)(*2*).

Where the OOH states that "many" employers require a degree, and the petitioner submits evidence of its own degree requirement or industry standard for similar employers, this should also be found to meet the preponderance standard, that it is "more likely than not" that a bachelor's degree or the equivalent is required for the position.

AILA urges USCIS to adjudicate H-1B petitions in a manner consistent with the statutory and regulatory language, and in accordance with the "preponderance of the evidence" standard of proof. The AAO's rationale should be rejected, and evidence from DOL resource materials indicating that "most" employers require a degree in one of several fields qualifying as a "body of highly specialized knowledge" should be recognized as sufficient evidence that a position is a "specialty occupation" in satisfaction of 8 C.F.R. § 214.2(h)(4)(iii)(A)(*1*). Moreover, where DOL resource materials provide evidence that "many" employers require a degree in a "body of highly specialized knowledge," the evidence that "many" employers require a degree, when coupled with evidence of complexity of duties or evidence of employer preference, is competent and probative evidence relevant to satisfaction of the regulations at 8 C.F.R. § 214.2(h)(4)(iii)(A)(*2*), (*3*), or (*4*).

VI.    Conclusion

The H-1B nonimmigrant category provides U.S. employers access to highly-skilled workers from abroad. The adjudication of H-1B petitions in recent years has been marked by increasingly restrictive interpretations of key elements of the law, compounded by the impermissible introduction of factors into the adjudication of H-1B petitions that are supported by neither the statute nor the regulations. In addition, the

---

[40] *Matter of [name not provided]*, WAC 04 010 54346 (AAO, Apr. 1, 2005).

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0187

AAO has adopted an interpretation of the terms "specialty occupation" and "body of highly specialized knowledge" that is not supported by the statute, prior AAO administrative jurisprudence, or case law.  Additionally, adjudication of H-1B petitions has been restricted by the application of an impermissibly narrow interpretation of the preponderance of the evidence burden of persuasion, and the rejection of probative and competent evidence drawn from resources of the Department of Labor.

AILA calls upon USCIS to conduct a review of H-1B adjudications at the Administrative Appeals Office and at service centers for the purpose of restoring the proper interpretation of the regulations and burden of proof.  AILA also requests that USCIS conduct a stakeholder engagement on H-1B adjudications, the proper interpretation of the terms "specialty occupation" and "body of highly specialized knowledge," and the regulations at 8 C.F.R. § 214.2(h)(4) and at 8 C.F.R. § 214.2(h)(4)(iii)(A).

We look forward to working with USCIS on this matter of great importance.

AILA InfoNet Doc. No. 12040351. (Posted 04/04/12)

AR0188