UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELX, INC. d/b/a LexisNexis USA, <br><br> and <br><br> SUBHASREE CHATTERJEE <br><br> Plaintiffs, <br><br> v. <br><br> KATHY A. BARAN, <br> in her Official Capacity, <br> Director of the California Service Center, <br> U.S. Citizenship and Immigration <br> Services, U.S. Department of <br> Homeland Security, ET AL. <br><br> Defendants. | Case No.: 1:19-cv-01993-EGS |

## AFFIDAVIT OF SERVICE TO U.S. ATTORNEY GENERAL

I, Michael J. Schrier, hereby state that:

On the 8th day of July, 2019, I caused to be deposited in the United Sates Mail a copy of the Summons, Complaint, Plaintiffs' 5 U.S.C. § 705 Motion for Stay and for Fed.R.Civ.P. 65(C) Preliminary Injuction and Memorandum of Points and Authorities in Support of Plaintiffs' 5 U.S.C. § 705 Motion for Stay and for Fed.R.Civ.P. 65(C) Preliminary Injunction in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the United States Attorney General as follows:

    U.S. Attorney General
    950 Pennsylvania Ave., N.W.
    Washington, DC 20530

DM2\10130665.1

I have received the return receipt for the certified mail, No. 9414 7266 9904 2123 6574 70 (attached hereto), indicating that delivery was made upon the United States Attorney General on the 10th day of July, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: July 23, 2019 | Respectfully submitted, |
| | DUANE MORRIS LLP |
| | /s/ *Michael J. Schrier* |
| | Michael J. Schrier |
| | (D.C. Bar No. 444693) |
| | Denyse Sabagh |
| | (D.C. Bar No. 369113) |
| | DUANE MORRIS LLP |
| | 505 9th St., NW, Suite 1000 |
| | Washington, D.C. 20004-2166 |
| | Tel: 202-776-5221 |
| | Fax: 202-478-0158 |
| | MJSschrier@duanemorris.com |
| | DSabagh@duanemorris.com |

# CERTIFICATE OF SERVICE

I hereby certify on this 23${}^{rd}$ day of July, 2019, a true and correct copy of the foregoing and related exhibit was served via First Class Mail, postage prepaid to the following:

Matthew Kahn
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530
Matthew.Kahn@usdoj.gov

>                                        */s/ Michael J. Schrier*
>                                        Michael J. Schrier