UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELX, INC. d/b/a LexisNexis USA,<br><br>and<br><br>SUBHASREE CHATTERJEE<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY A. BARAN,<br>in her Official Capacity,<br>Director of the California Service Center,<br>U.S. Citizenship and Immigration<br>Services, U.S. Department of<br>Homeland Security, ET AL.<br><br>    Defendants. | Case No.: 1:19-cv-01993-EGS |

# PLAINTIFFS' EXHIBIT 1
# OF
# AFFIDAVIT OF MAILING TO
# U.S. ATTORNEY GENERAL



