UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELX, INC. d/b/a LexisNexis USA,<br><br>and<br><br>SUBHASREE CHATTERJEE<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY A. BARAN,<br>in her Official Capacity,<br>Director of the California Service Center,<br>U.S. Citizenship and Immigration<br>Services, U.S. Department of<br>Homeland Security, ET AL.<br><br>    Defendants. | Case No.: 1:19-cv-01993-EGS |

## AFFIDAVIT OF SERVICE TO FEDERAL DEFENDANT

I, Michael J. Schrier, hereby state that:

On the 8th day of July, 2019, I caused to be deposited in the United Sates Mail a copy of the Summons, Complaint, Plaintiffs' 5 U.S.C. § 705 Motion for Stay and for Fed.R.Civ.P. 65(C) Preliminary Injuction and Memorandum of Points and Authorities in Support of Plaintiffs' 5 U.S.C. § 705 Motion for Stay and for Fed.R.Civ.P. 65(C) Preliminary Injunction in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the defendant as follows:

>Kathy A. Baran, in her Official Capacity,
>Director of the California Service Center,
>U.S. Citizenship and Immigration Services,
>U.S. Department of Homeland Security
>24000 Avila Road
>Laguna Niguel, CA 92677

I have received the return receipt for the certified mail, No. 9414 7266 9904 2123 6574 25 (attached hereto), indicating that delivery was made upon said defendant on the 10th day of July, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:     July 23, 2019                              Respectfully submitted,

                                                     DUANE MORRIS LLP

                                                     */s/ Michael J. Schrier*
                                                     Michael J. Schrier
                                                     (D.C. Bar No. 444693)
                                                     Denyse Sabagh
                                                     (D.C. Bar No. 369113)
                                                     DUANE MORRIS LLP
                                                     505 9th St., NW, Suite 1000
                                                     Washington, D.C.  20004-2166
                                                     Tel:  202-776-5221
                                                     Fax:  202-478-0158
                                                     MJSschrier@duanemorris.com
                                                     DSabagh@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of July, 2019, a true and correct copy of the foregoing and related exhibit was served via First Class Mail, postage prepaid to the following:

Matthew Kahn
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530
Matthew.Kahn@usdoj.gov

>   */s/ Michael J. Schrier*
>   Michael J. Schrier

DM2\10130753.1