UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELX, INC. d/b/a LexisNexis USA,<br><br>and<br><br>SUBHASREE CHATTERJEE<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KATHY A. BARAN,<br>in her Official Capacity,<br>Director of the California Service Center,<br>U.S. Citizenship and Immigration<br>Services, U.S. Department of<br>Homeland Security, ET AL.<br><br>　　　　Defendants. | Case No.: 1:19-cv-01993-EGS |

# PLAINTIFFS' EXHIBIT 1
# OF
# AFFIDAVIT OF MAILING TO
# FEDERAL DEFENDANT

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9590 9266 9904 2123 6574 28 | A. Signature ☐ Agent / ☐ Addressee<br>X<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JUL 10 2019 |
| 1. Article Addressed to:<br>Kathy A. Baran<br>US Citizenship and Immigration Serv<br>US Dept. Homeland Security<br>24000 Avila Road<br>Laguna Niguel, CA 92677<br>US | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2123 6574 25 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2123 6574 25

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | 1935 |
| Total Postage and Fees | $ | |

Postmark Here

Sender: Kathy A. Baran
US Citizenship and Immigration Serv
US Dept. Homeland Security
24000 Avila Road
Laguna Niguel, CA 92677
US

Y7322.00387.10132 Reference Information

PS Form 3800, Facsimile, July 2015