UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELX, INC. d/b/a LexisNexis USA,<br><br>and<br><br>SUBHASREE CHATTERJEE<br><br>*Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN,<br>in her Official Capacity,<br>Director of the California Service Center,<br>U.S. Citizenship and Immigration<br>Services, U.S. Department of<br>Homeland Security, ET AL.<br><br>*Defendants*. | Civil Action No. 19-1993 (EGS) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rules 7(a) and 7(b), Defendant Kathy Baran, Director of the California Service Center of the United States Citizenship and Immigration Services ("USCIS"), through undersigned counsel, submits the following Memorandum of Points and Authorities: (1) in support of Defendants' motion to dismiss Plaintiffs' Complaint or, in the alternative, motion to stay the proceedings; and (2) in opposition to Plaintiffs' motion for summary judgment. A proposed order is attached.

Dated: July 26, 2019          Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Matthew Kahn*
MATTHEW KAHN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6718
Fax: (202) 252-2599
Matthew.Kahn@usdoj.gov

**TABLE OF CONTENTS**

**TABLE OF AUTHORITIES** ................................................................................................................ ii

**BACKGROUND** ............................................................................................................................... 2

I.       Procedural History ............................................................................................................... 2

II.     Legal Framework ................................................................................................................ 4

**ARGUMENT** ..................................................................................................................................... 5

I.       Motion To Dismiss ............................................................................................................... 5

         A.     There Is Currently No Final Agency Action .......................................................... 7

         B.     Alternatively, Further Proceedings Should Be Stayed ........................................ 11

II.     Summary Judgment and The APA .................................................................................... 11

         A.     Standard Of Review .............................................................................................. 12

         B.     USCIS Correctly Applied a Preponderance Of The Evidence Standard ............. 12

         C.     USCIS's Analysis Of The First Prong Was Not Arbitrary And Capricious ........ 13

                1.     USCIS Applied The Correct Legal Standard ........................................... 13

                2.     USCIS Did Not Interpret The Occupational Outlook Handbook ............ 13

                3.     The Occupational Outlook Handbook Is Not Dispositive ....................... 14

                4.     USCIS Correctly Applied The Preponderance Standard ......................... 15

                5.     USCIS Did Not Incorrectly Rely On The O*Net Job Title ..................... 16

                6.     USCIS Addressed Professor Steinke's Opinion ...................................... 17

                7.     USCIS Did Not Err ................................................................................... 18

         D.     USCIS's Analysis Of The Second Prong Was Not Arbitrary And Capricious ... 18

                1.     Plaintiffs Fail To Show The Degree Requirement Is Common ............... 19

                2.     Plaintiffs Fail To Show The Position Is Sufficiently Complex ............... 20

         E.     USCIS's Analysis Of The Fourth Prong Was Not Arbitrary And Capricious .... 22

**CONCLUSION** ................................................................................................................................. 24

## TABLE OF AUTHORITIES

**Cases**

*AARP v. United States Equal Employment Opportunity Comm'n*,
  226 F. Supp. 3d 7 (D.D.C. 2016) ................................................................................................ 3

*Abbott Laboratories v. Gardner*,
  387 U.S. 136 (1967) .................................................................................................................. 10

*Al-Owhali v. Ashcroft*,
  279 F. Supp. 2d 13 (D.D.C. 2003) .............................................................................................. 6

*Ashcroft v. Iqbal*,
  556 U.S. 662 (2009) ................................................................................................................ 6, 7

*Bell Atl. Corp. v. Twombly*,
  550 U.S. 544 (2007) .................................................................................................................... 6

*Bennett v. Spear*,
  520 U.S. 154 (1997) .................................................................................................................... 7

*Burlington Truck Lines v. United States*,
  371 U.S. 156 (1962) .................................................................................................................. 22

*Camp v. Pitts*,
  411 U.S. 138 (1973) .................................................................................................................. 12

*Duke City Lumber Co. v. Butz*,
  539 F.2d 220 (D.C. Cir. 1976) .................................................................................................... 9

*EEOC v. St. Francis Xavier Parochial Sch.*,
  117 F.3d 621 (D.C. Cir. 1997) .................................................................................................... 7

*Erby v. United States*,
  424 F. Supp. 2d 180 (D.D.C. 2006) ............................................................................................ 6

*Friends of Keeseville, Inc. v. FERC*,
  859 F.2d 230 (D.C. Cir. 1988) .................................................................................................. 10

*Gordon v. Fed. Deposit Ins. Corp.*,
  427 F.2d 578 (D.C. Cir. 1970) .................................................................................................. 11

*Health Carousel, LLC v. Bureau of Citizenship & Immigration Servs.*,
  Civ. A. No. 1:13-23, 2014 WL 29591 (S.D. Ohio Jan. 3, 2014) .............................................. 16

*Irish Help at Home LLC v. Melville*,
  Civ. A. No. 13-943, 2015 WL 848977 (N.D. Cal. Feb. 24, 2015) .......................................... 16

*Jerome Stevens Pharmacy, Inc. v. FDA*,
  402 F.3d 1249 (D.C. Cir. 2005) ............................................................................................... 6

*Kaempe v. Myers*,
  367 F.3d 958 (D.C. Cir. 2004) ................................................................................................. 7

*Landis v. N. Am. Co.*,
  299 U.S. 248 (1936) ............................................................................................................... 11

*Majorica, S.A. v. R.H. Macy & Co.*,
  762 F.2d 7 (2d Cir. 1985) ......................................................................................................... 3

*McGee v. United States*,
  402 U.S. 479 (1971) ............................................................................................................... 10

*Motor Vehicle Manufacturers Association v. State Farm Mutual Insurance Company*,
  463 U.S. 29 (1983) ................................................................................................................. 21

*Nat. Res. Def. Council v. Pena*,
  147 F.3d 1012 (D.C. Cir. 1998) ............................................................................................... 3

*Net-Inspect, L.L.C. v. USCIS*,
  Civ. A. No. 14-1514, 2015 WL 880956 (W.D. Wash. Mar. 2, 2015) ....................................... 8

*Newdow v. Bush*,
  355 F. Supp. 2d 265 (D.D.C. 2005) ......................................................................................... 3

*Paradise Rd., LLC v. Cissna*,
  Civ. A. No. 17-1018, 2018 WL 3312967 (D. Nev. July 3, 2018) ........................................... 15

*Public Citizen Health Research Group v. Commissioner, Food & Drug Admin.*,
  740 F.2d 21 (D.C. Cir. 1984) ................................................................................................... 9

*Reliable Automatic Sprinkler Co., Inc. v. Consumer Product Safety Commission*,
  324 F.3d 726 (D.C. Cir. 2003) ................................................................................................. 7

*Residential Finance Corp. v. U.S. Citizenship And Immigration Services*,
  839 F. Supp. 2d 985 (S.D. Ohio 2011) ................................................................................... 20

*Royal Siam Corp. v. Chertojf*,
  484 F.3d 139 (1st Cir. 2007) ................................................................................... 5, 14, 15, 16

*Transport Robert (1973) LTEE v. I.N.S.*,
  940 F. Supp. 338 (D.D.C. 1996) .................................................................................. 10

*Trudeau v. FTC*,
  456 F.3d 178 (D.C. Cir. 2006) ................................................................................. 6, 7

*True Capital Mgmt., LLC v. DHS*, No. 13-261-JSC,
  2013 WL 3157904 (N.D. Cal. June 20, 2013) ............................................................. 8

*Utah Life Real Estate Grp., LLC v. USCIS*,
  259 F. Supp. 3d 1294 (D. Utah 2017) .......................................................................... 8

**Statutes**

5 U.S.C. § 701 ................................................................................................................ 1, 12

5 U.S.C. § 704 ................................................................................................................ 7, 12

5 U.S.C. § 706(2)(A) ............................................................................................................ 12

8 U.S.C. § 1101(a)(15)(H) .................................................................................................... 4

8 U.S.C. § 1184(i) ........................................................................................................... 4, 15

**Regulations**

8 C.F.R. § 103.5(a)(5) ........................................................................................................... 8

8 C.F.R. § 214.2(h)(4)(ii) ......................................................................................... 5, 15, 20