UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RELX, INC. d/b/a LexisNexis USA,**<br><br>and<br><br>**SUBHASREE CHATTERJEE**<br><br>*Plaintiffs*,<br><br>v.<br><br>**KATHY A. BARAN,**<br>in her Official Capacity,<br>Director of the California Service Center,<br>U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, ET AL.<br><br>*Defendants*. | Civil Action No. 19-1993 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' *Motion to Dismiss Plaintiffs' Complaint Or, In The Alternative, Motion to Stay The Proceedings* and Defendants' *Opposition to Plaintiff's Motion For Summary Judgment*, applicable legal authorities, and the entire record herein, it is hereby:

**ORDERED** that Defendants' *Motion to Dismiss Plaintiffs' Complaint* should be, and hereby is, **GRANTED**; and it is further **ORDERED** that Plaintiffs' claim against Defendants in the above-captioned civil action should be, and hereby is, **DISMISSED**; and it is further

[or, in the alternative, it is hereby **ORDERED** that the matter is stayed pending further order of the Court, and it is further **ORDERED** that Defendants shall file a status report on or

before 60 days from today's date, and, as necessary, at 60 day intervals until further order of the Court; and it is further]

**ORDERED** that Plaintiffs' *Motion for Summary Judgment* should be, and hereby is, **DENIED**.

_____
Emmet G. Sullivan
United States District Judge